| **DV-110** | **Temporary Restraining Order** | *Clerk stamps date here when form is filed.* |
|---|---|---|

☑ **Original Order**   ☐ _____ **Amended Order**

**FILED**
CLERK, U.S. DISTRICT COURT
MAY - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____rsm____ DEPUTY

**Instruction:** The person asking for a restraining order must complete items ①, ②, and ③ only. The court will complete the rest of this form.

① **Protected Person** *(name):* Todd Michael Schultz

② **Restrained Person**     **2:23-CV-03452-JAK-MRWx**

* **Full Name:** Michael Christopher Thompson
* **Gender:** ☑ M   ☐ F   ☐ Nonbinary
* **Age:** 37    *(Give estimate, if age unknown.)*
  Date of Birth: September 4th, 198    Height: 5' 11"    Weight: unknown
  Hair Color: brown    Eye Color: unsure
* **Race:** Caucasion
  Relationship to person in ①: Online Acquaintance
  Address of restrained person: 234 Westheimer Rd # 3
  City: Houston    State: TX    Zip: _____
  Type, number, and location of firearms, firearm parts, or ammunition:
  _____
  _____

(**Information that has a star (\*) next to it is required** to add this order into a California police database. Give all the information you know.)

*Fill in court name and street address:*
**Superior Court of California, County of**

*Court fills in case number when form is filed.*
**Case Number:**

③ ☐ **Other Protected People**

In addition to the person named in ①, the people listed below are protected by the orders listed in ⑧ through ⑪.

| Full name | Relationship to person in ① | Age |
|---|---|---|
| _____ | _____ | ___ |
| _____ | _____ | ___ |
| _____ | _____ | ___ |

☐ Check here if you need to list more people. List them on a separate piece of paper, write "DV-110, Other Protected People" at the top, and attach it to this form.

*(The court will complete the rest of this form)*

④ **Your Hearing Date (Court Date)**

**This order expires at the end of the hearing listed below:**
Hearing Date: _____    Time: _____   ☐ a.m.  ☐ p.m.

**This order must be enforced throughout the United States. See page 7.**

**This is a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2023, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS-TRO)**
*(Domestic Violence Prevention)*

**DV-110,** Page 1 of 9 

Case Number: _____

## To the Person in ②

The judge has granted temporary orders. See items ⑤ through ⑳. **If you do not obey these orders, you can be charged with a crime, go to jail or prison, and/or pay a fine. It is a felony to take or hide a child in violation of this order.**

### ⑤ No Firearms (Guns), Firearm Parts, or Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited item listed below in b.

b. **Prohibited items are:**

(1) Firearms (guns);

(2) Firearm parts (receiver, frame, or unfinished receiver or frame as defined in Penal Code section 16531); and

(3) Ammunition.

c. Within 24 hours of receiving this order, you must sell to or store with a licensed gun dealer, or turn in to law enforcement, any prohibited items you have in your immediate possession or control.

d. If law enforcement asks you for your prohibited items, you must turn them over immediately.

e. Within 48 hours of receiving this order, you must file a receipt with the court that proves all prohibited items have been turned in, sold, or stored. (You may use form DV-800/JV-270, *Receipt for Firearms, Firearm Parts, and Ammunition*.) If law enforcement served you with the restraining order, you must give a copy of the receipt to that law enforcement agency.

### ⑥ ☐ Restrained Person Has Prohibited Items

The court finds that you have the following prohibited items:

a. Firearms and/or firearm parts

| Description *(include serial number, if known)* | Location, if known | Proof of compliance received by the court |
|---|---|---|
| (1) _____ | _____ | ☐ *(date):* _____ |
| (2) _____ | _____ | ☐ *(date):* _____ |
| (3) _____ | _____ | ☐ *(date):* _____ |
| (4) _____ | _____ | ☐ *(date):* _____ |

b. Ammunition

| Description | Amount, if known | Location, if known | Proof of compliance received by the court |
|---|---|---|---|
| (1) _____ | _____ | _____ | ☐ *(date):* _____ |
| (2) _____ | _____ | _____ | ☐ *(date):* _____ |
| (3) _____ | _____ | _____ | ☐ *(date):* _____ |
| (4) _____ | _____ | _____ | ☐ *(date):* _____ |

**This is a Court Order.**

Case Number: _____

**(7)** ☐ **Court Hearing to Review Firearms (Guns), Firearm Parts, and Ammunition Compliance**

In addition to the hearing listed on form DV-109, item ③, you must attend the court hearing listed below to prove that you have properly turned in, sold, or stored all prohibited items (described in ⑤b) you still have or own, including any items listed in ⑥. If you do not attend the court hearing listed below, a judge may find that you have violated the restraining order and notify law enforcement and a prosecuting attorney of the violation.

Date: _____  Dept.: _____

Time: _____  Room: _____

Name and address of court, if different than court address listed on page 1

_____

_____

_____

**(8)** **Cannot Look for Protected People**

You must not take any action to look for any person protected by this order, including their addresses or locations.

☐ If checked, this order was **not granted** because the judge found good cause not to make the order.

**(9)** **Order to Not Abuse**   ☐ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

You must not do the following things to the person in ① and any person listed in ③:

- Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

- "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.

- "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status. Coercive control includes reproductive coercion meaning controlling someone's reproductive choices, such as using force, threat, or intimidation to pressure someone to be or not be pregnant, and to control or interfere with someone's contraception, birth control, pregnancy, or access to health information.

**This is a Court Order.**

Case Number: _____

**⑩ No-Contact Order**   ☐ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

a. You must **not contact**   ☐ the person in ①   ☐ the persons in ③
   directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

b. ☐ Exception to 10a:
   (1) ☐ You may have brief and peaceful contact with the person in ① only to communicate about your children for court-ordered visits.
   (2) ☐ You may have contact with your children only during court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____

c. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.

**⑪ Stay-Away Order**   ☐ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

a. You must stay at least *(specify):* _____ yards away from *(check all that apply):*
   ☐ Person in ①.                      ☐ School of person in ①.
   ☐ Home of person in ①.              ☐ Persons in ③.
   ☐ Job or workplace of person in ①.  ☐ Children's school or child care.
   ☐ Vehicle of person in ①.           ☐ Other *(explain):* _____

b. ☐ Exception to 11a:
   The stay-away orders do not apply:
   (1) ☐ For you to exchange your children for court-ordered visits. You must do so briefly and peacefully.
   (2) ☐ For you to visit with your children for court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____
       _____

**⑫ Order to Move Out**   ☐ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**⑬ Other Orders**   ☐ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
_____
_____
_____
_____
_____

**This is a Court Order.**



|  |
|---|
| Case Number: |

**(14) Child Custody and Visitation**  ☐ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

Granted on the attached form DV-140, *Child Custody and Visitation Order*, and

☐ *(list other form):* _____ .

**(15) Protect Animals**  ☐ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

a. ☐ You must stay at least _____ yards away from the animals listed below.

b. ☐ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

c. ☐ The person in **(1)** is given the sole possession, care, and control of the animals listed below.

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**(16) Control of Property**  ☐ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

Until the hearing, **only** the person in **(1)** can use, control, and possess the following property:

_____
_____
_____

**(17) Health and Other Insurance**  ☐ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

The person ☐ in **(1)** ☐ in **(2)** is ordered **not** to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties —or their children, if any —for whom support may be ordered, or both.

**(18) Record Communications**  ☐ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

The person in **(1)** may record communications made by the person in **(2)** that violate this order.

**This is a Court Order.**

Case Number: _____

**⑲ Property Restraint**    ☐ Not requested    ☐ Denied until the hearing    ☐ Granted as follows:

The person ☐ in ① ☐ in ②  must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. (If the court granted ⑧, the person in ② must not contact the person in ①. To notify the person in ① of new or big expenses, have a server mail or personally give the information to the person in ① or contact their lawyer, if they have one.)

**⑳ Pay Debts Owed for Property**    ☐ Not requested    ☐ Denied until the hearing    ☐ Granted as follows:

The person in ② must make these payments until this order ends:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**㉑ Orders That May Be Made at the Hearing Date (Court Date)**

If the person in ① checked any of these orders on form DV-100, a judge could grant them at your court date.

- Child Support
- Lawyer's Fees and Costs
- Batterer Intervention Program
- Spousal Support
- Pay Expensed Caused by Abuse
- Transfer of Wireless Phone Account

**㉒ No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this order for free.
Bring a copy of all the papers that you need to be served to the sheriff or marshal.

**㉓ ☐ Attached pages** (All of the attached pages are part of this order.)
a. Number of pages attached to this nine-page form: _____
b. Attachments include forms (check all that apply):
   ☐ DV-140    ☐ DV-145    ☐ DV-820    ☐ Other: _____

**Judge's Signature**

Date: _____

_____
*Judge or Judicial Officer*

**This is a Court Order.**

Case Number:

**Certificate of Compliance With VAWA**

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. section 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

**Warnings and Notices to the Restrained Person in ②**

## Your Address to Receive Court Orders

If the judge makes a restraining order at the hearing (court date), which has the same orders as in this Temporary Restraining Order, you will get a copy of that order by mail at your last known address, which is written in ② on page 1. If your address was not listed on this form or is incorrect, contact the court. If you did not attend your hearing and want to know if the judge granted a restraining order against you, contact the court.

## Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not attend your hearing (court date), the judge can make custody and visitation orders for your children without hearing from you.

- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve **form FL-150**, *Income and Expense Declaration*, or **form FL-155**, *Financial Statement (Simplified)*, if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.

- **Spousal support:** File and serve **form FL-150**, *Income and Expense Declaration,* so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Firearms (Guns), Firearm Parts, and Ammunition

Under California law, you cannot have any firearms (guns), certain firearm parts, or ammunition. (Family Code sections 6216 and 6389(a)). Ask the court for information on how to properly turn in, sell, or store these items in your city or county. You can also contact your local police department for instructions.

**This is a Court Order.**



Case Number:

### Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

## Duties of Officer Serving This Order

The officer who serves this order on the Restrained Person must do the following:

- Ask if the Restrained Person is in possession of any of the prohibited items listed in ⑥, or has custody or control of any that they have not already turned in.
- Order the Restrained Person to immediately surrender to you all prohibited items.
- Issue a receipt to the Restrained Person for all prohibited items that have been surrendered.
- Complete a proof of personal service and file it with the court. You may use form DV-200 for this purpose.

  Within one business day of service, submit the proof of service directly into the California Restraining and Protective Order System (CARPOS), including the serving officer's name and law enforcement agency.

## Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code sections 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Penal Code section 13710(b).)

## Child Custody and Visitation

Child custody and visitation orders are listed on form DV-140 or another attached form. If the judge made these orders, look at items ⑩ and ⑪ of this order to see if the judge granted an exception for brief and peaceful contact with the person in ① as needed to follow court-ordered visits. Contact by the person in ② that is **not** brief and peaceful is a violation of this order. **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

### This is a Court Order.



| | |
|---|---|
| | **Case Number:** |

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Penal Code section 136.2 and Family Code sections 6383(h)(2), 6405(b)):

1. **Emergency Protective Order (EPO):** If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. **No-Contact Order:** If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item ⑩ is an example of a no-contact order.

3. **Criminal Protective Order (CPO):** If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Family Code sections 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Penal Code section 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. **Civil Restraining Orders:** If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(The clerk will fill out this part.)*

*Clerk's Certificate*
*[seal]*

**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

**This is a Court Order.**

Rev. January 1, 2023   **Temporary Restraining Order**   DV-110, Page 9 of 9
**(CLETS-TRO)**
**(Domestic Violence Prevention)**

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TEMPORARY RESTRAINING ORDER
(TRO)
CHECKLIST

(A)     Check one.

　　　　Filing party is represented by counsel

　　　　**Filing party is acting in pro se**   ✓

(B)     **Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? See Local Rule 231 and FRCP 65(b).**

　　　Since the harassment began in 2021, I have never once seen Mr. Thompson engage on any matter in good faith. It would be a hazard to my wellbeing to even attempt to facilitate any type of information to Mr. Thopmson directly. I am afraid of him and what he may do. Mr. Thompson's communications are always an intentional infliction of emotional distress and hazardous to my mental wellbeing.

　　　Did applicant discuss alternatives to a TRO hearing?
　　　No

　　　Did applicant ask opponent to stipulate to a TRO?
　　　No

　　　Opposing Party:

Telephone No.:

Known online aliases: **Omni-Eris, Omni-Eros, Baron Von Elmo, OmniEris, OmniEris News Network, (new aliases seem to be created in an ongoing manner).**

(C)     Has there been undue delay in bringing a TRO?

　　　Mr. Thompson has, by his own admission, inflicted emotional distress upon me in a predominantly psychological fear based campaign of abusive messaging and psychological manipulation using aliases and "sock accounts". I was unaware of that I was being targeted by Mr. Thompson for the intentional infliction of emotional distress for more than one month after it had been occuring. In response to Mr. Thompson's harassment, I became paranoid and began to display psychotic symptoms including paranoia. I underwent a medical rehabilitation that is ongoing.

　　　Could this have been brought earlier?
　　　A: Yes

(D)     What is the irreparable injury?

Mr. Thompson's bad faith, malicious and premeditated attempts to cause me psychological distress caused me to feel unsafe. Mr. Thompson wants to render me unable to speak for myself. I am in constant fear of what he will do if the situation goes on. The damages to my emotional and professional wellbeing are inexcusable and all in clear bad faith on Mr Thompson's part. He clearly states that I "want to see what happens when I piss me off that much." From December 2021 to mid 2022, Mr. Thompson had placed me under a "stipulation" that I never mention his name to anyone. The repression and ongoing fear of his continued harassment is untenable.

Why the need for an expedited hearing?

I am afraid for my emotional wellbeing. Reviewing the attached images from Mr. Thompson's previous communications with me, I believe the court will find the situation I face with Mr. Thompson untenable and until the court has a chance to review the complaint in a legal process, I need to know that Mr. Thompson cannot stalk, harass or communicate with me using any aliases or venues. I am afraid for my safety.