NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd Michael Schultz
818 N Doheny Dr. #1108
West Hollywood, CA 90069

ATTORNEY(S) FOR:

**FILED**
CLERK, U.S. DISTRICT COURT
MAY - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm   DEPUTY

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Todd Michael Schultz

Plaintiff(s),

v.

Michael C. Thompson

Defendant(s)

CASE NUMBER:

**2:23-CV-03452-JAK-MRWx**

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Todd M. Schultz_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Veronika Maigh | Associate of Mr. Thompson |
| Tonya Allemand | Associate of Mr Thompson |
| Robin Eaglesong | Former Associate of Mr. Thompson |

May 5th, 2023
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**