1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ, | No. 2:23-cv-03452-JAK (MRWx) |
| Plaintiff, | **ORDER RE REQUEST FOR A TEMPORARY RESTRAINING ORDER (DKT. 1)** |
| v. | |
| MICHAEL CHRISTOPHER THOMPSON, | |
| Defendant. | |

1

Based on a review of the Request for a Temporary Restraining Order (the "Request" (Dkt. 1)), as well as the Complaint (Dkt. 4), which is not a model of clarity, insufficient good cause has been shown for the requested relief. Therefore, the Request is **DENIED**, for the following reasons.

*First*, Plaintiff has not provided "specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to [him] before [Defendant] can be heard in opposition . . . ." Fed. R. Civ. P. 65(b)(1)(A).

*Second*, Plaintiff has not shown a likelihood of success on any of the claims presented. 18 U.S.C. §§ 226, 875 are criminal statutes and cannot be enforced through a civil cause of action. The claim under 47 U.S.C. § 223 is not supported by any factual allegations or evidence as to whether any messages from Defendant to Plaintiff were sent through a qualifying telecommunications device, whether those messages were repeated or continuous, whether the identity of the caller was disclosed or how the identity of the caller was ascertained, or the contents of those messages, including whether they were obscene, pornographic or harrassing. As to the claim for defamation, the Complaint does not allege any specific defamatory statements, nor does it present factual allegations supporting an inference that any such statements would give rise to a claim of defamation under the governing standards. As to the claim for intentional infliction of emotional distress, the Complaint contains insufficient factual allegations as to any conduct that would provide a legally sufficient basis for that cause of action.

*Third*, a request for a prior restraint on speech by a person requires the application of heightened standards and other issues under the First Amendment. Plaintiff has not provided any basis for a claim that any irreparable harm to him during the period that the requested restraining order would be in place, would outweigh any harm to Defendant for restrictions on his speech.

*Finally*, based on the foregoing, and in light of the present record, the public interest weighs against a temporary restraining order.

**IT IS SO ORDERED.**

Dated:  May 8, 2023

_____
John A. Kronstadt
United States District Judge

3