LA CV23-03452 JAK (MRWx)



FILED
CLERK, U.S. DISTRICT COURT
05/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TJ_____ DEPUTY

Dear Judge Kronstadt,

Thank you for your prompt and detailed response to my Request for a Temporary Restraining Order. Your explanation has helped me better understand the reasons for the denial of my request, and I appreciate the time and consideration you have given to my case.

FIRST AMENDED COMPLAINT

This complaint provides a clear depiction of a long standing and severe history of harassment, intimidation, bullying, psychological manipulation, and malicious planning to inflict emotional trauma and injure my reputation. I humbly ask that the court review the content I set forth and, as a matter of setting the tone of this case, I urge the Judge to look beyond my specific points, and as a general matter, get to know Mr. Thompson's internet personality and activities. I ask the court to observe the manner of discourse Mr. Thompson engages in. He frivolously defames as a matter of course.

If I don't file this he will never leave me alone and I will no longer stand for the damages to my reputation, and physical well being.

I hope the court will understand that I do not file this complaint lightly. It is unreasonable that I should have to obtain expensive counsel in order to adjudicate this issue and such I ask that the court provide me reasonable leeway.

I recognize that this is a specific circumstance that may be new to the courts, and I earnestly file this in the hopes that it not be so difficult in the future to address actors like Mr. Thompson, who bare no seriousness at all. He abuses people all day and that's what he does for a living. REAMCE is his main associate. I believe REAMCE pays all of Mr.. Thompson's bills. As a matter of fact, he donates frequently to Mr. Thompson's webcasts.

I file this complaint because Mr. Thompson engaged in a pattern of harassment and manipulation towards me over a sustained period in 2021 that I believe entitle me to compensatory damages. Additionally, I humbly ask the court to consider punitive damage at a minimum of one million dollars USD. This person is a routine offender of the public's goodwill and any judgement less than one million dollars specifically in punitive damages, leaves the public vulnerable to casual gangstalking and harassment.

Speaking as a Pro Se Litigant, Mr. Thompson has been harassing me for years without cessation. As a decent citizen, I am frankly sad that this has continued for so long and as a

representative for myself, I implore the court to acknowledge the unusual cruelty Mr. Thompson exhibits. I would also ask that YouTube be advised that further legal action is very likely.

Mr. Thompson lies pathologically and he bullies people and makes them targets. He serves absolutely no purpose. He doesn't provide any service or value that I can discern. Perhaps entertainment. However, he engages his entertainment activities as a matter of fact and doesn't consider the realities underlying his claims.

He has caused me, personally, undue injury. He acts in utter bad faith and I hope this complaint will alert companies like YOUTUBE, that users deserve a real and fair way to address bad faith and malicious actors without having to file complaints in federal court.

Mr. Thompson is, even at a glance, nowhere near engaging the spirit of the Terms of Service of virtually any platform whatsoever. Most of them have provisions against harassment. Mr. Thompson uses the ease of being able to make various accounts on sites like YouTube as a way to inflict harm and terror on his targets.violates every code of common decency, set aside what specific civil codes I have to invoke in order to bring any justice to the situation, which has seen me lose my livelihood, my reputation, and faith in society. He won't leave me alone. Whether it's him or one of his cohorts, you can see in the evidence put forth precisely what I mean. Mr. Thompson is a problem and this complaint will demonstrate a non exhaustive list of the ways he has infringed upon the civil code of the United States.

. The malicious actions perpetrated by the defendant are well documented, grotesque in their cruelty and have been recorded on video so that there can be no uncertainty: Mr. Thompson owes me damages in a significant range. I will start with the most simple violation of the civil code: defamation

**1) Defamation:**

**in this section we will demonstrate defamation including an in depth demonstration of a clear pattern of defemation being repeated on multiple videos, across multiple platforms.**

**I ask that the court use the following link. Most of the events in this complaint take place on YouTube videos. Mr. Thompson uses various platforms to livestream, but posts the finished product to youtube.**

    A) Video 1
       https://www.youtube.com/watch?v=B1zmRXHqU94

Timestamp: 1:06:10 – It would appear that Mr. Thompson intercepted the novel I have recently wrote and goes on an inchorent ramble about me claiming to be observed and secretly dosed with research chemicals. This is absurd. In a novel, it may be considered funny. Mr. Thompson must be under the impression that it was a memoir, when in fact, it's fiction.

Timestamp 1:06:26  - "Over the years that he's been observed, he's been proven to be a liar."  This is clearly damaging to my repuation and Mr. Thompson provides not one example of a lie I have told. I ask that you watch as much of the video as possible, you will see him call me a liar several more times without citing even an alleged lie.

Timestamp: 1:07:30 – "This guy knows that he's a liar. He knows the things he's saying aren't true." Your honor, this is a depiction of a person that is not me. I would ask the court to demand that Mr. Thompson provide evidence to support his claim that I am a liar.

Timestamp 1:08:50 – I ask the court to consider the exchange between Mr. Thompson and user Soren Alexander. Mr. Thompson encourages his viewers to provoke me so that they can use my reaction for this content. Your honor, if you listen to his discussion of usernames and confusion, it will help you understand the much more grotesque evidence in the following section.

   B)  Video 2

   https://www.youtube.com/watch?v=ftkE8I7gZwk&t=1s


The defamation is in the title on this one. I conducted a GoFundMe campaign in 2021 and I had two donators. Both of them are close friends and neither of them were duped in any capacity. Additionally, I did record an album's worth of cover songs, but they did not turn out as I'd hoped so I did not release them.  I did release a cover of "Walking In Memphis" and can produce covers of "Faith" by George Michael, "I Have Nothing" by Whiteney Houston, "Run Around" by Blues Traveler and various other cover songs. In other words, I did record the cover songs that I indicated I would.

Please consider Mr. Thompson's tone and tenor. He has no good faith where I am involved and he is absolutely a cyberstalker as I will demonstrate next.

2) Harassment and Cyberstalking

These videos were very difficult to watch, but necessary for the complaint and for the court to understand the seriousness of Mr. Thompson's actions.

This is a video of me calling the Houston Police Department after being harassed for days and weeks by Mr. Thompson in the live chat of the video. The live chat, is not shown in Mr. Thompson's clip.

**TODD'S COMPLETE ULTIMATE MELTDOWN 7-28-21 (CLIPPED)**
https://www.youtube.com/watch?v=eEyRkuqvZig

In this video, I musically indicate that I'm being harassed. I beg your honor to understand the incessant nature of the harassment.

  A)  Video 2
https://www.youtube.com/watch?v=fdEhnpg_Cp4&t=402s

This video is a the terrifying result of the harassment I suffered from Mr. Thompson and his allies. I have brought this complaint so that the court can see how someone like me, who is honest and perhaps a bit naïve, can become distressed to such a degree as I am being urged to consider psychiatric inpatient treatment. Under oath I tell your honor and the court that this was simply me trying to put a stop to the terrifying harassment I underwent.

In good faith I ask the court that this be enough to begin proceedings so that we can adjudicate the issue fairly.

In leaving, I will say that there is a staggering amount of incredible and extremely grotesque evidence that I in good faith will offer the court upon the court's proceedings. I am filing this in good faith and of sound mind on Friday May 12, 2023 under penalty of perjury.