2:23-cv-03452-JAK-MRW

FILED
CLERK, U.S. DISTRICT COURT

06/05/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

SECOND AMENDED COMPLAINT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

NAME OF PLAINTIFF,

      TODD MICHAEL SCHULTZ

  vs.

NAME OF DEFENDANT(s),

  MICHAEL C. THOMPSON

  GREGORY R. HOLMES

  YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRW

COMPLAINT FOR DAMAGES

     YouTube, LLC, along with defendants Michael C. Thompson, aka Omni-Eris, and Gregory Holmes, aka REAMCE, ignored and denied complaints on Mr. Thompson, a clear sociopath, by definition. Mr. Holmes funds Mr. Thompson's sociopathic activities, which include gangstalking - which he likes to joke isn't real - this means he likes to make people paranoid by harassing them via Social Networks, namely YouTube and DLive, to my knowledge.

**SECOND AMENDED COMPLAINT**

Under California law, intentional infliction of emotional distress requires "extreme and outrageous conduct by the defendant with the intention of causing, or reckless disregard of the probability of causing, emotional distress." Additionally, the national conference of State Legislatures defines cyber harrassment as "threatening or harrassing email messages, instant messages, blog entries or websites dedicated to tormenting individuals."

The "Hollywood Laughingstock" (currently titled "Hollywood Menace") created by Mr. Thompson was a retaliation to good faith critique on his past behavior, that continues to this day. YouTube is a website comprised of many interfaces and element, among them is "reporting". Mr. Thompson's "Hollywood Laughingstock" defamed, libeled, and otherwised slandered me using 100 percent of my own content. Mr. Thompson conjoins my duly owned content, per YouTube's own guidelines (a livestreamer owns his content), with defamatory titles meant to incite hatred or in his own words, "to get anyone who googles me to despise me." For a consistent two years, Mr. Thompson and Mr. Holmes operated and financed a cyberstalking outfit using YouTube Channels that resemble and act enough materially to constitute "cyber harrassment."

This is a very well established pattern of behavior from the Mr. Thompson, and it appears that Mr. Holmes has been funding his activities, while also participating in the degradation and gaslighting himself. Without Mr. Thompson and Mr. Holmes together, there is no gangstalking operation, thus both parties must be held liable.

The behavior that caught Mr. Schultz's attention in early 2021 were tweets from an account Mr. Thompson used telling a Mr. Justin Lewis Ray that even if they took "that channel down he would never stop putting up new channels."

If it's not obvious, Mr. Thompson is essentially committing himself to the cause of destroying the reputation of Mr. Ray, a person I had gotten to know myself, and found to be intelligent, thoughtful, kind and uniquely buoyant. It is

**SECOND AMENDED COMPLAINT**

sickening that Mr. Thompson feels he is permitted to conduct cyberharassment against Mr. Ray. I spoke up, as I would today, and told Mr. Thompson his actions made him a bully from the vantage of my YouTube channel, Positive Momentum (currently named "Good Work!"). His ongoing behaviors at the time, and that continue into today - Mr. Thompson seems to have gone on a campaign to get me to drop this lawsuit.  Calling Mr. Thompson a bully is putting it lightly. He's an absolute cyberstalker that can ruin a life in such a way that the victim will have almost no recourse. I admit, in my video meant to denounce Mr. Thompson's actions, I asked him to  "Do your worst!". I ask that the court dismiss that as a viable explanation for the actions and behaviors contained in this complaint so that we may move to the actual adjudication. Mr. Thompson has never engaged Mr. Schultz in good faith. He is a pathological liar for certain.

First, a victim cannot be blamed for their own abuse, there is no such thing as a valid or lawful invitation to intentionally inflict emotional distress for years, it is a vexatious response and frankly, it's fraudulent, intimidation and threatening to suggest he has legal cause for his subsequent conduct, a vexatious claim at best, evil at worst. Though I have tried on numerous occasions to level with him, they have always been in vain.

Mr. Thompson would not have been able to commit the various civil rights violations I will demonstrate in this complaint without the material support of Mr. Gregory R. Holmes of Kentucky. Mr. Holmes pays Mr. Thompson regularly (under the guise of "donations") to defame, and otherwise illegally harass Mr. Schultz. Mr. Holmes himself has committed libel, gaslighting, and harassment towards me, himself. (Ex-B)

 Prior to February 28, 2021, the date Mr. Thompson invokes as the beginning of his campaign, something only a true harasser would do, I spoke to Mr. Holmes (Known as REAMCE on social media) about Mr. Thompson's

**SECOND  AMENDED  COMPLAINT**

violating and scary behavior, and while on topics excluding Mr. Thompson, Mr. Holmes has a relatively normal demeanor and is not as, what I consider to be pathological. Where Mr. Thompson is concerned however, Mr. Holmes has demonstrated a willingness to forgo truth and decency in order to support Mr. Thompson. On a 2018 posting to my channel, Mr. Holmes expressed support for Mr. Schultz's musical talents, posting the following comment: "More. More. More! You are very talented! Absolutely wonderful." Subsequently, in 2021, sometime during the early phase of what would become a two year ongoing terror for me, I was hoping to diffuse the situation, and spoke to Mr. Holmes on the phone at some point in 2021. Where Mr. Thompson is concerned, he is unwilling to criticize, condemn or, more objectively, acknowledge, bad behavior. He has never demonstrated any attempt to minimize Mr. Thompson's egregious activities and he also funds them.

He is liable, not only because he takes part in the cyberharrasment, but unquestioningly funds the activities, knowing the extent of the harm being done to myself, as I routinely called law enforcement to help mitigate the abuse (this never worked, and never seemed to scare, but rather, emboldened, Mr. Thompson and Mr. Holmes hateful activities. Mr. Holmes was paying for these activities in regular increments as "donations" to his "DLive" a livestreaming platform Mr. Thompson uses to create his livestreaming content, and he also is the payer of Mr. Thompson's daily bills.

The "Omni Presents" webcast, is a work of torture for those featured and commented upon, which are almost always people who either struggle with mental health or money, usually both. Mr. Thompson nor Mr. Holmes have ever denied that fact. Mr. Holmes is the financial backing for all of Mr. Thompson's activities and a conspirator.

The campaign against me was propogated using every internet and social network available to Mr. Thompson (who, incidentally, creates many aliases,

committing fraud, by impersonating a non existent person, but also violating the terms and services of many of these social media providers who all have provisions to condemn and inhibit harassment.

The cyberstalking campaign included raids of antagonizers, led by Mr. Thompson, into my livechats. Mr. Thompson's activities cornered me into a life where I either accept I no longer have a place on the internet or I sue him and reclaim my right to not be harassed daily for no other reason that to harm me. One of the largests nuisances Mr. Thompson has created is the "Hollywood Laughingstock" Channel, which uses nearly 100 percent of Mr. Schultz owned content.  The manner of Mr. Thompson's delivery of the content ostensibly prevent any such fair use or parody claim. These videos are meant to provoke and otherwise harm me.

The following are some of the claims Mr. Thompson has made about me using both these channels, and other social media platforms. This is a non-exhaustive list, Exhibit Folder A will contain the material evidence for my claims.

1) That I maliciously and willfullly killed a songbird by throwing him off an 11th story balcony. (Ex A-1, A-1.1)

2) That this lawsuit isn't real and that I "made it up." (Ex A-2)

3) That I did not file this lawsuit after I already had. (Ex A-2)

4) That I recklessly commit slander and defamation against individuals. (Ex A-3)

5) That I committed fraud in conducting my business, Bret Easton Ellis Books, in 2021.

6) That I encourage frivolous lawsuits.

7) "Homelessness imminent."

8) That I wear dentures and hair plugs.

9) That I am lying about having an ADHD diagnoses. (Ex A-9)

10) That I am lying about having Childhood trauma.

11) That any attempt at good faith discussions were fraudulent on my part.

12) That I am an obvious and well known liar.

13) That I blame him for all of my problems.

14) That I falsified a copyright for my cover of Marc Cohn's "Walking In Memphis."

15) That I am incapable of suing him for his actions because I lack any credibility or the functional capacity to do so.

16) That I am a conscious liar, and thus a deceitful person in every regard.

17) That I made up the existence of a provisional patent I wrote and filed in 2021.

18) That I control my boyfriend of 13 years' cell phone and email accounts in order to prevent his fans (he is the famed author of "American Psycho" the novel) from reaching him.

19) That I am a domestic abuser.

20) That I am delusional and not able to discern reality from fiction.

21) That I do not understand the concept of "defamation" or anything related to the law.

22) That I made attempts to hide evidence from the court. (Ex A-22)

This is an overwhelmingly non-exhaustive list of Mr. Thompson's defamation, slander and libel.

Mr. Thompson's goal, to see my life ruined, is supported by his own statements he frequently makes on his livestream shows. He made the specific claim that his goal was to make certain that anybody that Google'd me would revile me in a now privated video, which Mr. Thompson will have to produce upon discovery. This would have been Mr. Thompson's legal preogative if it had been for any reason other than to harm, hurt, defame, destroy, deflect from his

own violations, and otherwise defraud the public about everything relating to Mr. Schultz. Criticism does not provide legal standing to initiate a smear campaign. Frankly, I am sorry so few people have been willing to speak out against Mr. Thompson and this complaint is essential for my reputation, mental and emotional health, physical health and, in my opinion, the public good. I ask that when considering the defendants activities, you consider the public good.

When Mr. Thompson claims that I encourage frivolous lawsuits, what he does not seem to understand is that lawsuits can bring about legal precedents that interest and aid the public good. Incidentally, I find it undeniable that this a the most compelling reason to make the punitive damages significantly higher than the what might otherwise be sufficient. Mr. Thompson is pathologically and unusually cruel with his behavior, bordering if not crossing into criminality.

I am not the first or only victim of Mr. Thompson and Mr. Holmes' cyberharrassment apparatus (Ex C-1, C-2, C-3, C-4). Mr. Thompson has a channel called "Parking Lot Criminal", created prior to "Hollywood Laughingstock" that fixates on just one individual, a person I know to be genuine, honest, self-reflective and thoughtful, even if not always perfect by societal standards. I know at least two victims of Mr. Thompson who had been forthright, kind, empathetic, encouraging and otherwise pleasant to deal with. Both of these individuals have been provoked into bouts of anger, which Mr. Thompson uses in order to further defame them. It is, in my opinion, a new class of defamation altogether, when a person provokes another, and uses that provocation to slander, defame and libel them on the internet. There can be absolutely no mistake: Mr. Thompson demonstrates a clear pattern of behavior of using "websites or blogs" to torment individuals such as myself. All of Mr. Thompson's online accounts are devoted to the humiliation, defamation and otherwise degradation of emotionally vulnerable individuals.

An "emotionally vulnerable individual" generally suffers from a lack of enfranchisement in the opinion of  Mr. Thompson, whether it be financial or mental, but he usually finds victims with both issues.

I suffer from ADHD, which was only diagnosed in 2021, and I learned was the cause of a lot of difficulties. Mr. Thompson, knowing that I was newly diagnosed, showed zero remorse or hesitance to interfere with my medications, having claimed to have called my personal doctor once, to inform him I was abusing the medication regardless of having any corroborating facts. Mr. Thompson understands vulnerability and how to exploit it.

Mr. Thompson exploited any and all avenues available to him, in order to inflict maximum damage possible. In one video, he is quoted as saying he'd like to see Mr. Schultz homeless but still streaming, presumably for his entertainment.

In one instance, I will allege, due to a proponderance of corroborating dates, that Mr. Thompson "followed" me into a Discord chat for DogeCoin, a cryptocurrency, created a username "TM5.10", used a doctored image of myself, or an image meant to look like me and my apartment, in order to scare me and harass me in an environment I was previously unaware he used. I intend to file a motion to compel discovery of any and all Discord usernames, however, the dates registered in Discord's log demonstrate that the account TM5.10 entered the DogeCoin chat the same day I did, on June 2, 2021.

It is a crime to intentionally inflict emotional or physical distress onto another person.

Mr. Thompson frequently violated my civil rights.

Mr. Thompson acted hatefully and cruelly. I ask the court to use the harsher term, when determining punitive damages, especially.

Mr. Thompson understands how difficult it is for victims to explain what is happening to them, and exploits that difficulty to further and ultimately, destroy a person's livelihood.

Mr. Thompson prays on multiple people at a time at any given moment. He has a "roster" of sorts.

All of Mr Thompson's YouTube channels, Twitter accounts, etc. are dedicated to tormenting individuals under this definition.

Mr. Thompson is the primary antagonist in this matter. Mr. Holmes is the primary financial backer of Mr. Thompson's activities.

YouTube LLC ("Youtube" going forward) aided Mr. Thompson with reckless neglect of my distress, which I reported through their normal means, and even went so far as to make a video myself begging YouTube to stop the gangstalking. I reported the "Hollywood Laughingstock" channel many times. YouTube is aware of this complaint, and they still have not found cause for taking down the channel. It is not reasonable for a corporation as large as YouTube to lack the capacity to do basic diligence on a person such as Mr. Thompson, who flagrantly uses their platform for cruelty and torture. They allowed the behavior. I cannot imagine that they were unaware of it. It is beyond a reasonable doubt, the fact, that YouTube aided Mr. Thompson through wreckless negligence in moderating their site and enforcing their Terms of Service. Virtually every social media network has anti harassment provisions in their terms of service. YouTube was given far too many opportunities to do anything in this situation, and they chose to allow Mr. Thompson to violate civil rights of citizens of the United States. If Mr. Thompson is in fact found liable for the violations I allege in this complaint, than so must YouTube be considered liable for fraud. Their Terms of Service are their terms of service, I would say.

Mr. Thompson laid serious harm to Mr. Schultz's business, Bret Easton Ellis Books, when he claimed and encouraged members of his internet

group, "The Order of Eris" to further propogate that Mr. Schultz had defrauded individuals out of books. There is no corroborating evidence that Mr. Schultz ever once committed fraud on behalf of Bret Easton Ellis Books, and Mr. Schultz made every good faith effort to make sure every person that purchased a signed book set, which was the actual product, received their merchandise. The task was immense, and required the purchase of over $2,000 USD in stock, the creation and printing of custom Bret Easton Ellis Bookmarks, and a customized stamp to cultivate the artistic value of the products being sold, as well as to preserve the legacy of the name that resides on the books. Mr. Schultz did his best in good faith to make sure customers received their merchandise. I refute the claim that I ever committed fraud in this endeavor, and frankly the amount of shipped and delivered signed book sets, and the extensive efforts I took to secure that shipment, i.e. contracting a supply warehouse, as well as the communication with angry customers, or otherwised disatisfied customers is proof that I did not act fradulently. Late ordered items are not grounds for a claim of fraud in and of themselves. The business had over 1000 skus and was a significant undertaking. The fraud accusations devastated Mr. Schultz, especially as the business had been written up (ex F) up in the Hollywood Reporter, with Mr. Schultz's name being featured, and the first day's sale of 3 thousand dollars, and a first month's   sales totaled $9 thousand dollars following the ShipMonk integration. The business was absolutely spectacular in novelty and vision and was committed to the cause of preserving books and the legacy of Mr. Schultz's long term partner, Mr. Bret Easton Ellis. Mr. Schultz personally donated two $1,500 dollar copies of the UK Hardcover first edition of American Psycho in order to raise awareness for a "keep reading" campaign he was anticipating. He also used $900 of the proceeds to send around 10 women of all backgrounds to an event held by The Wrap Hollywood.

**SECOND  AMENDED  COMPLAINT**

Mr. Schultz over saw supply chain, and had contracted someone to deliver stock upon depletion. The Bret Easton Ellis Books company was a very special project of mine, and I dedicated myself to making sure customers that wanted signed books could access them, while preserving the integrity of the brand. While Mr. Schultz admits he struggled from time to time, the starting date of Mr. Thompson's egregious campaign, was the last day of February, and the ShipMonk enabled version of the Bret Easton Ellis Books begane in late March. We had a single book sell for $3 thousand dollars USD on the first day. The catalogue was selling, and selling well. And the customers were often quite thrilled with their product and experience. I personally called and talked to to our customers on a regular basis and did my best in every instance of an order not being sent out, to amicably and hastily solve said problem.

Mr. Schultz also has an active diagnoses of ADHD, an ADA recognized neurological disorder in which the brain does not produce enough dopamine for the patient to carry out menial and everyday tasks, mostly, nor finish projects, nor keep employment. Mr. Schultz had just been diagnosed the month before Mr. Thompson began his smear campaign and cyberstalking campaign.

Mr. Schultz asks for a punitive damages for all parties to total no less than three million dollars USD and no more 5 million dollars USD. Because YouTube represents such a massive economic entity, their negligent behavior and the immense harm suffered as a victim of it, constitutes a serious violation that can no longer be tolerated by the public. Cyberstalking and "gangstalking" is becoming a serious issue in this country fast and it will not do for Mr. Thompson, Mr. Holmes and YouTube to not to receive in punitive damages, the true gravity of these violations.

I, Mr. Schultz, am a good person and I do my very best to give as much to others as I am able. I do not like to use the people I help as pawns, but if the court must hear that I am a "good person", I would be able to provide

documentation that that is the case. Further, for my emotional suffering, which has been immeasurable in dollars, to put it bluntly, I ask that I be compensated no less than 3 million dollars USD from all defendants, which may be a more extensive list upon further amendments.

To ignore the damage done to Bret Easton Ellis Books, which will have to be reestablished over time and an utterly ridiculous amount of preparation that I conducted in good faith that the public would benefit from my actions. The value is not coverable monetarily, but considering the valuation of the stock held at a ShipMonk facility, which was $300,000, Mr. Schultz asks for no less that $750,000 USD, or at least twice the value of the inventory Mr. Schultz lost as a result of the harm willfully inflicted by Mr. Thompson.

I would like to end the complaint with an anecdote that might help the court better understand Mr. Schultz's motivations where Mr. Thompson is concerned. In 2019, Mr. Schultz purchased a copy of a self-published book in order to support Mr. Thompson's ambitions to be a famous writer himself one day. I do not see that as an impossibility for Mr. Thompson, but as is said among writers who know, all writing is rewriting. And Mr. Thompson's activities and behavior need a rewrite. Mr. Holmes must take better care going forward that his finances aren't being used to inflict emotional distress on people. However, they both knew what they were doing and for the ongoing nature of it, more than 2 years, and the abject cruelty, I urge the court not miss the very important opportunity to set a precedent where cyberharassment is concerned.

I ask that the need to file against YouTube in the northern district of California be waived for convenience of the courts and myself, as well as efficiency.

I ask that California Civil Codes be invoked, despite the fact that Mr. Thompson and Mr. Holmes were found to be residing in Kentucky. They

engaged via YouTube and DLive, both of which are California based corporations.

## **SUMMARY OF RELIEF**

Punitive: For Mr. Thompson and Mr. Holmes, no less than $5 million dollars USD. Their actions amount to unusually cruel behavior and have unsually cruel consequences for his victims, and thus, should have a punitive measure that reflects such cruelty.

Compensation for emotional suffering: No less than $3 million USD for Mr. Thompson and Mr. Holmes, and no less than $2 million from YouTube LLC due to the vast and dangerous scope of reckless neglect and for not upholding their own terms of service.

Economic Damages: No less than $750,000 USD, or twice the valuation of the stock held and lost due to the ordeal.

I'll let it be known here that Mr. Thompson both intended and executed plans to obstruct me from success with a startup, GameCheck, as well as my profitable and new legacy business, Bret Easton Ellis Books. I am a privileged

individual being in proximity to an author such as Bret Easton Ellis, but I am also a very productive member of society and will not reduce my claims. I require the minimums met, and a declatory judgment against Mr. Thompson, Mr. Holmes and YouTube at minimum. The ordeal was too horrific for me to allow it to happen again. Nobody deserves the treatment Mr. Thompson, Mr. Holmes, and YouTube provides to a stalkers chosen victims, and to undervalue the judgment against him would be a crime to the public good.

Dated this 2nd of June, 2023

Todd Michael Schultz

## About

Heard Around



CE 11.

we're moving." The Disney boss added that a new programming initiative at Hulu led by Freeform president **Tara Duncan** is about to be announced: "It is programming that is by BIPOC storytellers for BIPOC audiences curated by executives of color, high-level leaders inside of our organization."

### Bret Easton Ellis Stocks His Own Merch Store

Like many a pop star and influencer before him, **Bret Easton Ellis** has a new merch store. The author, screenwriter and podcast host opened the shop last month. Along with custom bookmarks and T-shirts — including one printed with "This is not an exit," the title of a 1999 documentary about Ellis — there are first-edition, rare and autographed copies of his best known works like *American Psycho* and *Less Than Zero*. The shop is the brainchild of his partner, **Todd Michael Schultz**, who convinced Ellis to do something with the stacks filling up his office. "He's a tremendous writer, and with that comes a global audience of

**pany**
ranson
ns to
sports,
V com-
nd Gall
. The
is sum-
believe
. "Elon
ory and
will
**Doug**
weet.



# The Bret East

Bret Easton Ellis Tee Shirt



Limited Availability

**LEATHER BOUND GOLD FLAKED LESS THAN ZERO EASTON PRESS**

## Join the Bret mailin

Be the first to know about new special

# The Bret Easton Ellis Store

Bret Easton Ellis Tee Shirts        |        Signed Book Sets



**Limited Availability**  LEATHER BOUND GOLD FLAKED LESS THAN ZERO EASTON PRESS
$2,000.00



LEATHER BOUND EASTON PRESS EDITION AMERICAN PSYCHO
$5,000.00



**Limited Availability**  FIRST EDITION AMERICAN PSYCHO - W/ INSCRIPTION
$5,000.00



**Limited Availability**  GLAMORAMA SIGNED PAPERBACK GIFT SET
$195.00



GLAMORAMA BOOK MARK - SIGNED
$50.00



**Limited Availability**  SIGNED BRET EASTON ELLIS BOOKMARK COLLECTION - SMALL
$250.00



**Limited Availability**  CEN1IPEDE PRESS CUSTOM SET (E)
$3,000.00



**Limited Availability**  CEN1IPEDE PRESS CUSTOM SET (N)
$15,000.00









EXHIBIT A-1



EXHIBIT A-7



## Latest comments



Omni-Eris News Network
commented: "Homelessness
imminent"

8 hours ago

## More notifications

2:23-cv-03452-JAK-MRW

EXHIBIT A-9



Filters



### Hollywood Laughingstock SEASON 2

@HollywoodLaughingstock • 235 subscribers

Just a little casual black magick.



---

Latest from Hollywood Laughingstock SEASON 2


14:07

**Todd Schultz LARPS he's in court, lies that I threatened York Underwood, offers "mediation" 5-7-23**

No views • 2 hours ago

Hollywood Laughingstock SEASON 2

Oh boy, you're really pushing this MEDIATION angle! It's almost like you think I'm going to offer to settle with you out of court ...

New


3:30 

**Todd Schultz once again boldly claims to have been medically diagnosed with ADHD 5-8-23**

No views • 4 hours ago

Hollywood Laughingstock SEASON 2

Follow me on Twitter @OmniPresentsYT I am NOT the person in this video. These videos are being mirrored for documentary ...

New

+8 More

---


10:44 

**Todd Schultz can't believe he's despised, blatantly lies about his police interactions re: me 5-8-23**

No views • 5 hours ago

Hollywood Laughingstock SEASON 2

Follow me on Twitter @OmniPresentsYT I am NOT the person in this video. These videos are being mirrored for documentary ...

New



**Todd Schultz offers me "mediation" before this goes any further, says he needs no lawyer 5-7-23**

No views • 7 hours ago

 Hollywood Laughingstock SEASON 2

Follow me on Twitter @OmniPresentsYT I am NOT the person in this video. These videos are being mirrored for documentary ...

 

EXHIBIT A-22

 Promoted

**Tyler A. Dee** 💛 🌈 🎮 @TylerThaFox · 4m                                    ···

This is funny coming from a guy who just deleted his last Twitter account to hide any evidence of slander that he is currently being sued for.

>  **Bret's Assistant** @BEEs_Assistant · 14m
>
> He goes after vulnerable individuals (or anyone he deems vulnerable). He is an absolute menace and I am beyond tired of the harassment and slander. If anybody can help me stop his criminal behavior, please. I beg you. He is a harmful individual with no boundaries. @TwitterSupport twitter.com/TylerThaFox/st...

💬 2          🔁          🤍 1          ⬆

EXHIBIT A-1.1



EXHIBIT A-6



2:23-cv-03452-JAK-MRW

EXHIBIT A-6



## Hollywood Menace

@hollywoodmenace  234 subscribers  82 videos

A catalogue of threats, illegal activity, slander, libel, defamation and intens...  ›

🔔 Subscribed ⌄

HOME    VIDEOS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT    🔍

**The Worst of Todd** ▶ Play all

     

| | | | | | |
|---|---|---|---|---|---|
| Todd Michael Schultz' incredibly racist Twitter pos... | Todd Schultz repeatedly drops the N bomb in a... | Todd says no one would ever dare sue him for defamatio... | WHOLE UNEDITED STREAM 8-7-21 "West Hollywood... | Todd asks people to Venmo him money so he can sue... | Todd Schultz records a confrontation with building... |
| Hollywood Menace | Hollywood Menace | Hollywood Menace | Hollywood Menace | Hollywood Menace | Hollywood Menace |
| 11 views • 2 hours ago | 263 views • 1 year ago | 27 views • 2 years ago | 9 views • 27 minutes ago | 61 views • 1 year ago | 126 views • 1 year ago |

**Videos** ▶ Play all

   NOW PLAYING  

| | | | | | |
|---|---|---|---|---|---|
| WHOLE UNEDITED STREAM 6-19-21 "Book orders" Todd... | WHOLE UNEDITED STREAM 8-7-21 "West Hollywood... | Posing as Bret Easton Ellis, Todd says I'm in a Satanic... | Todd encourages everyone on Twitter to file lawsuits as... | Todd says biggest problem with HLS channel is that I'm... | Todd copies Maury routine from my show while blatant... |
| 4 views • 20 minutes ago | 9 views • 27 minutes ago | 17 views • 1 hour ago | 8 views • 1 hour ago | 2 views • 1 hour ago | 4 views • 1 hour ago |

**Created playlists**



### The Worst of Todd

Hollywood Menace • Updated today

Todd Michael Schultz' incredibly racist Twitter post that got him banned in summer 2021 • 0:56
Todd Schultz repeatedly drops the N bomb in a desperate attempt to get attention 7-31-21 (CLIPPED) • 1:36

VIEW FULL PLAYLIST

EXHIBIT
A-15

223-cv-03452AIM



Live chat

Fear AndTrembling   Judge John A Kronstadt is a senior federal district court judge

Fear AndTrembling   Because they know you're a LIAR

Mikam   Crunch crunch

Fear AndTrembling   I'll do it again LIAR

Todd Michael   https://dockets.justia.com/docket/cal...

Fear AndTrembling   more cat screeching

Fear AndTrembling   You THINK you're famous and important, so you talk to judges....when actually you're NOBODY and you LIE to make yourself seem important

Fear AndTrembling   Chime in CHAT 🥰

Fear AndTrembling   that you can sing

Fear AndTrembling   look he's taking pics for GRINDR

Fear AndTrembling   Michael can handle your lies, I just handle your fake personality

Fear AndTrembling   Is that where your cot is? OUTSIDE?

indigo Party Monsters   x q me

indigo Party Monsters   yall need marriage counciling

Todd Michael

Say something...

0/200

Document4

View   Tell me

AaBbCcDdEe
Normal

_Micha

elligence

algorithm used in classification and prediction tasks. With its abilit..

o power their operations and their bottom line. Artificial Intelli..

Search..

rom e-commerce to healthcare, AI has already found its way ..