Case 2:23-cv-03452-JAK-MRW   Document 15-1   Filed 06/08/23   Page 1 of 17   Page ID #:156

Ex. AA-1



Ex. AA-2



Ex. AA-3



Ex. AA-4



**Child of Light** @JacobofAvalon

This is day 1112 that @TeamYouTube @YouTube @YouTubeCreators @SusanWojcicki has admitted they don't care to do anything to stop harassment & hate speech & cyberstalking on their platform. No matter how many times I ask for help I get ignored.

1:16 PM · 8/23/22 from Earth

**1** Retweet

Ex. AA-5



Ex. AA-6



Ex. AA-7



Ex. AA-8

← Tweet

💬 9   🔁 6   ♡ 37   📊   📤

**Michelle WhiskeyTangoFoxtrot 🤘🖤🇺🇸**
@michellelrhodes

@YouTubeCreators and @instagram are directly responsible for this woman and her harm against others as they refuse to hold her accountable for the defamatory statements, doxxing, cyberstalking, and harassment she engages in on THEIR PLATFORMS.

10:12 PM · 1/29/22 from Earth

**1** Retweet  **14** Likes

Ex. AA-9



Ex. AA-10



Ex. AA-11



Ex. AA-12



Ex. AA-13



Ex. AA-14



Ex. AA-15





Ex. AA-17

