Dear Judge Kronstadt,

 I am writing you this letter to inform you of ongoing and severe intimidation that has been taking place since Mr. Thompson was served. I understand now that I may have serviced him with the wrong form (sum-100) and I will correct that and have him properly serviced with the AO-440 issued by the clerk, however, Mr. Thompson knows he is a party to a lawsuit by matter of fact. I am going to place the screen shots in this word document. The behavior is perhaps even more grotesque than it was before. Bret is the name of my partner of 13 years. Very few people spell it with one 'T' so it seems more than likely they created that username to upset me. If you look through, you can see how many random and new usernames are coming through that I've never seen before. And many of them are talking about the lawsuit as though it had no merit, and suggesting that I should drop it. Telling me directly to drop it or mocking the suit itself is one aspect of what is characterized in the images. The other aspect is more horrifying. They are aware of the duress I am under. They are trying to put me over the edge and into a state where I default on the lawsuit or am otherwise incapacitated, whether that be due to homelessness, as you've seen they like that angle.

     I filed this lawsuit because I have first amendment rights related to speech, an unalienable constitutional rights to pursuit of happiness. They. When I say "they" I refer to Mr. Thompson and Mr. Holmes, but YouTube, in my most deeply felt opinion, has done nothing to try and help me with this situation and I believe they also would like to see this suit default. Even with the first amended complaint and to some degree the second amended complaint, they have not taken down the main channel, "Hollywood Laughingstock" which Mr. Thompson has now changed to "Hell Toupee". It can't be because they don't know about it. And it does not stand to reason that upon inspection of the channel, which one might figure would have happened after receiving a complaint, let alone a second amended complaint, that they would have understood it to be in violation of their terms of service and copyright infringement laws, as the majority of the content is my livestream, which is constituted as my "content" under law. I declare under penalty of perjury, that the foregoing is true and correct.

     June 10, 2023        Signed by <u>Todd Michael Schultz</u>



**Live chat**

indigo Party Monsters  Dashton misses you he thought u were in a open relationship and he stil thinks u owe him ur sweater with ur sweat in the sailor moon hoody

indigo Party Monsters  do you want to communicate with him he says ur monitors that betrayed u blocked him

indigo Party Monsters  thats great to ignore ur fans and live stream

indigo Party Monsters  just spam youtube with ur lack of attention to ur videos

indigo Party Monsters  being inconsdierate of others is a great way to make friends then being parinoid skitzo of them works to

indigo Party Monsters  therpy isn't working ur oviously still smokeing ciggerst in a none smokers apartment wat a great healthy friend u are to brets apartmetn

indigo Party Monsters  just looks like u apprecate ur free rent their

indigo Party Monsters  wat keeps u up al night

indigo Party Monsters  ok tootles

indigo Party Monsters  looks like shows over or never happened

indigo Party Monsters  adhd is exsackly this you should do this in concert

indigo Party Monsters  or at a bar u dont mind the second hand sm0ke of pois0n u shud go thier instead of pollute ur free rent appartment owners landlord

NietzshELF  Who is this person?

NietzshELF  Is he a LolzCow?

NietzshELF  Is he smarter than Shanny???

**Todd Michael**

Say something...

0/200

























