# Todd Schultz embarrasses himself in another live interview, admits to illegal drug abuse 7-17-21.mp4

[00:00:03] Okay, I'll, I'll try to call you from here. You need to f you need to figure out how to, okay. Maybe it's gonna call you now. Probably won't though. Cuz I'm still blocked by Oh, it's calling. Is he gonna answer? Probably not right.

[00:00:44] Hello?

[00:00:45] Hey. You gonna answer?

[00:00:47] Probably not right? I answered

[00:00:50] So I can hear myself in your background. Okay, now it's gone. What's up Todd? I'm surprised that you wanted to talk.

[00:00:57] I don't want to, I mean, I, I guess I, I don't even, I don't even know what I want to be honest. You can hear me?

[00:01:04] I can hear you, but I can also hear the stream going

[00:01:08] Surprised that you wanted to talk. Uh, why, why you surprised? I don't, I don't know. Honest. You can

[00:01:17] Hear you, but I can also hear the stream

[00:01:19] Going. I'm just trying to figure out how to do this.

[00:01:22] This is crazy. Can't you just pause the

[00:01:30] Hear?

[00:01:35] Hey,

[00:01:37] How's it going?

[00:01:38] Oh, I'm great. How about you?

[00:01:41] I'm doing okay. It's not, not super fun listening to this, but it's, it's funny at times, I guess.

[00:01:47] So Todd, you said that I'm a liar. What have I lied about?

[00:01:50] I mean, you know, I'm watching you right now and I I'm not sure that what you're doing is actually lying, but I I think that you have a bad grasp on the facts. <laugh> bad grasp on the logic of what's happening, uh, or what I'm saying, or I don't think you know me very well. I mean, I, I don't even understand. I, I I think that you misconstrue quite a bit, so I don't know if it's lying or not. I mean, it's

[00:02:14] Not lying.

[00:02:15] Well, I can give you an an example of, uh, an instance in which you completely misconstrued the facts.

[00:02:21] Is misconstruing something a lie or is that my opinion? That's incorrect. According to you, it

[00:02:26] Was, you know, I believe that you're smart enough to be able to discern a lie from a, from a from or, or, or a misconstruction

[00:02:32] Fact. So, so if I believe something that's different than what you think is true, I'm lying.

[00:02:37] Well, well I'll give you an example. Uh, you said that I purchased a box for $3,000 when in fact I had sold it for $3,000. And, uh, you, you

[00:02:47] Didn't, I didn't say you purchased it. In fact, I was making fun of the fact that you think people would pay $3,000 for it.

[00:02:54] No, you, you, you said that I bought it and that I was dumb because I bought it in green seat. Even in the, in the comments said, no, I think he sold it and you didn't. I think that you have blinders on when you, when it comes to me, to be quite honest.

[00:03:08] Can I ask you a question? Yeah. Um, what happened to you changing your opinion about Ron and Pharaoh? You did a complete 180 on that guy. No, I,

[00:03:16] Another is another instance. I, no, I didn't, I still,

[00:03:19] I mean, we all just watched the video. I'm

[00:03:20] Watch, I'm still not convinced that about Dylan Farrah's story. Okay. Uh, for various reasons. That's just where I, I don't, that's where I stand on it. But I was watching, uh, the catch and and release, uh, podcast and it seemed that he did something pretty brave and in, in, in

outing Harvey Weinstein. Who, by the way, I'm not saying Harvey Weinstein or defending him, what he's done, what I said was that I didn't think that the vicious cycle or the attacks on him were at a point. I thought they were overboard. I thought that it was like it was a diminishing return. That's, that was my my point. Not that, you know, he should be allowed to continue working or doing anything.

[00:04:00] Oh no. We all, we all agree Harvey Weinstein's a bad guy. Um, yeah, I I'm just curious, I'm just curious why you said that Ronan Pharaoh was worse than Harvey Weinstein. Cuz he uses the truth to lie. Could you be more specific what you meant by that?

[00:04:16] I think that I was, I've been going through a kind of a, an awakening of sorts. Or maybe it's a falling asleep. I don't know of, uh, <laugh>.

[00:04:24] Those are very different things. You know,

[00:04:27] I, well I'm trying to give you the benefit of the doubt and say that maybe I'm wrong, maybe I don't know. But what I

[00:04:32] Are you, are you saying that you might be wrong? Cuz that would be very interesting.

[00:04:36] I always, I always, I try to, I try to put that forward. I try to, to make sure people know that I am not saying I'm a God or that I know everything. Cause I don't, but I,

[00:04:45] But are you still literary royalty?

[00:04:48] Okay. I mean, no, I guess not If that makes you happy, <laugh>. I mean, if that's,

[00:04:52] Do you think Brett is

[00:04:54] Uh, yeah, I kind of do actually. I think he's one of the best writers. Yes. I do think he's one of the better writers on the planet. Yes.

[00:05:01] Okay. That's, I mean, you're entitled to your opinion. I mean, I think Brett's a pretty good writer. I'll be honest.

[00:05:05] I mean, I, I know for a fact he is. I, you know, I watched his process and it's, it's pretty deliberate and and it works. It's effective. And I've seen his first drafts and I've seen his final drafts and there's a huge difference. And they're really, it, it, it's indicative of somebody that puts a lot of work in.

[00:05:21] Well, I wanna actually ask you about, um, the shards a little bit, but, um, before we do that, I wanna stay on topic. Is it possible that you changed your opinion about Ron and Pharaoh

because you were sucking up to Rose McGowan on Twitter, hoping that she would give you some kind of clout? I know,

[00:05:37] I know Rose McGowan. I don't.

[00:05:38] Oh yeah, you do. Yeah. How well do you know her?

[00:05:42] I, I knew her more so in the, in like the first few years that I was living out here when I was with Brett. And we had, I had met her many times, uh, hung out with her many times and she's very, uh, here's part of where we could talk about the detector testing mcg. When I knew, I met her a few times. Friends with good friends with a mutual friend, um, Josh Miller. And, uh, she, she was very chill, very down to earth, very kind, very honestly smart and ki you know, she was honest. She was, she was a good person. And then the E thing came out and I feel like she was portrayed in a kind of negative light, you know? And I feel like she had, she'd been, she'd been portrayed screaming a lot and being, and, and honestly I felt like, you know, her career had stalled out a little bit, right? And then, so then coinciding with that was this me too thing. And so I was figuring things out and it seemed at some points that she was maybe using the Me Too thing in her favor. But now I, in retrospect, I think maybe the media was just mis mis portraying her badly and, and doing it on purpose potentially. You know, I really do believe that, that, you know. Yeah, go

[00:06:55] Ahead. Can I, I just wanna ask, um, how do you think that she would feel about your comments about her good friend Ron and Pharaoh being, uh, worse than her, honestly worse than her abuser Harvey Weinstein. How do you think she would feel about that? Would she still be friendly with you? Share your opinion?

[00:07:14] I try not to, uh, hold opinions for the sake of, uh, other people's, uh, favorable opinions of

[00:07:20] Me. That's not what I asked though. I said, how do you think she would feel about it?

[00:07:24] I mean, how would she feel about it? In what context? In terms of maybe you telling In

[00:07:28] The con No, in the context of you saying that her good friend Ronan Farrow is worse than her abuser. I

[00:07:34] Know Michael. I don't know. I don't

[00:07:36] Know. Well, you, you know, well, most logical people would automatically know how she would feel about it, which would be to be utterly disgusted.

[00:07:44] I don't think you know her at all.

[00:07:46] I don't think that you knew either. I think you could possibly be lying about knowing her because you're that fucking gross. I know,

[00:07:53] I mean, I met her several times. I hung out with her in Palm Springs

[00:07:56] Several times. Bet she would deny it

[00:07:58] Fine. That that would be okay with me. But I, I mean, there were people there. They would be, I never lied. Would never say I never tell lie, honestly. I never fly. That's fine. I mean, you guys can call me a liar all you want. I mean, that's, that's your prerogative, you know, Todd,

[00:08:14] That's my prerogative. You wanna do a duet?

[00:08:18] No,

[00:08:18] No, no. Um, Todd, you think the shards is about you still?

[00:08:23] Uh, well I happen to be in the first chapter and then in like, chap another. I happened to be in it several times. Uh, so I do think that there's some, there's some iterations of me and, and having been with Brett for 11 years, I noticed there's potentially iterations of me in the Canyons, if you've ever seen the Canyons. I

[00:08:42] Agree. Agree. You're like the Lindsay Lohan character. Well,

[00:08:45] And her name is Tara in the movie. And my twin sister's name is a

[00:08:48] Lot of detective test determinants. That was a lot. So there's,

[00:08:51] It's not a full hearted, uh, biography of me. But yeah, I think that there's some influence there. Probably.

[00:08:58] Am I in the shorts?

[00:09:01] Maybe <laugh>, maybe.

[00:09:02] I would love that.

[00:09:03] Maybe. Maybe you are. I really don't know. I mean, I don't have inside Brett's brain. I I I've seen iterations personally. I've seen iterations of what I've perceived to be you in the shards. But I, but then again, really, I dunno if I'm projecting myself onto it or if I'm just seeing myself in it

or what,

[00:09:21] You know, I've known Brett for eight years now, right?

[00:09:25] Uh, uh Okay. How, how have you known? How have you known Brett?

[00:09:29] I met Brett back in Louisiana, uh, during, um, what was that, Katrina? No, you

[00:09:34] Let him. Yeah. You dunno him Michael. You dunno him.

[00:09:37] I'm lying. Anyway, but you believed it for second. I don't think ever. You believe me. <laugh>.

[00:09:42] I don't think Brett's ever been to Louisiana. <laugh>,

[00:09:45] But we did meet there for real.

[00:09:47] Okay. I I think he's been to Texas. So, I mean, you could say, you could have said that.

[00:09:51] You still think I live in Texas. Justin thinks I live in Alaska.

[00:09:54] No, I do think you live in Texas. I Why do you think that? I think you live in the Houston area. Actually,

[00:09:59] You know, I used a text now number. Right?

[00:10:02] Uh, I don't even know what number you're talking about. Cause I've never,

[00:10:05] The one you got the area code from that made you think? I live in Texas.

[00:10:08] Nope, not Michael. That's not, that's actually

[00:10:10] I live in Hawaii, dude. <laugh>.

[00:10:12] Okay,

[00:10:13] Greg. And I love it here.

[00:10:16] Okay.

[00:10:17] Um, what, okay, so I wanna stop like, making fun of you for a second cuz I actually ha I do seriously wanna talk to you. I'm sorry. It's really hard for me not to because I have such enmity toward you, but I do actually wanna have a real conversation with you. So I wanna say, I really actually can't believe I'm saying this, but I respect the fact that you decided to come on the air live and have a conversation that is one of the most respectable things I've ever seen you do. So I wanna be totally honest about that. And if I sound like a douchebag about anything else, you should know that that's something I totally mean. Um, so, okay.

[00:10:47] That's an, that's an interesting, uh, uh, change of tone for, from you. So

[00:10:52] I still feel mostly the same. Don't worry. But, um, I

[00:10:55] Don't, I mean, I don't really know how, I don't really understand where, why you, why you have such a passionate, uh, answer.

[00:11:01] Well, you asked me to. You asked me to,

[00:11:04] But, but I don't, I don't think I did to be

[00:11:06] Quite honest. But you did, you said do your worst, Michael, and you said, I'm gonna learn my lesson.

[00:11:09] That's after, that's after months of antagonism.

[00:11:12] No, no. That was how you reintroduce yourself to me.

[00:11:16] Oh, was it? Okay. I mean, you were bullied to me before, so No,

[00:11:19] I wasn't, I said one thing to you. I said you're obnoxious and annoying. That's all I said. That's not a bully.

[00:11:24] Okay. All right. Well, I I have a different take on, on the past.

[00:11:27] Well, everyone who saw it knows what happened.

[00:11:30] Well, I mean, that's fine. I'm not, you know, honestly, I I'm not really gonna try to substantiate that my opinion's fine. You is that you're a bully. And that's,

[00:11:38] Well, I think the same about you, but let's, let's not get stuck in the weeds. We were talking about the shards and you said that you appear in there. Like wh in what context did you appear, uh,

[00:11:47] In the first chapter when Brett's driving and he sees his friend from, uh, a high school and I'm in the car next to him. Like, how about that one bro? And how about in the chapter that I listened to recently, bro, but I, which my name is referring and how about the sharks is about Brett's life now tied with Brett's life back then and it's sort of the melding of the two. And that's what the Sharks is about. But you've even listened to it.

[00:12:11] I haven't.

[00:12:12] Okay, so then what the fuck are you talking

[00:12:14] About? I do know that it's ending soon because you accidentally broadcast a six hour live stream where Brett told you in confidence that he's ending the shards. You

[00:12:23] Didn't tell. See, see, you have a misunderstanding of both of us. You think that we're like these private secretive people and we're not. And I, that's not, I don't

[00:12:31] That I never said that the

[00:12:33] Shark does not, it's not a secret that it's coming to an, it's a novel. It's an audio drama and it's a novel. It will be a

[00:12:38] Novel. But when it's coming to an end was supposed to be a secret.

[00:12:42] Not really. Not really. Not

[00:12:43] Really. Well, not anymore.

[00:12:45] It, it really wasn't. And do you know when it's coming to an end, by the way, do you

[00:12:48] Know soon? Because that's what Brett said to you in confidence. So soon,

[00:12:52] So soon can be like in three months It can be, but soon you don't even know. So it's like, you know, you're so,

[00:12:57] You're so silly. You're so silly. Brett said on camera when he didn't realize he was being recorded, that he has a surprise to tell his audience that the shards is ending soon. And now you're dancing around. Like that's not what happened.

[00:13:08] Did he say that He had a surprise? Did he pass? Yeah,

[00:13:10] That's what he said.

[00:13:11] Okay. Okay.

[00:13:13] You're so silly. Like you don't know what's happen. I don't

[00:13:15] Remember, dude. I don't

[00:13:16] Remember. I know, I know. And listen, listen. I'm speaking to human, human, human to human right now. Listen to me. I know you don't remember and that's a problem for you. It's

[00:13:24] Also No, it's not a problem, Michael.

[00:13:26] It is though. I don't you don't even remember what you said about Ronan Farrow. I

[00:13:30] Think you remember I said that he was a How

[00:13:32] Do I remember? Because I saw you say it.

[00:13:35] I see you, you see, you're lying right now. You're I'm

[00:13:38] Not lying. How am I lying?

[00:13:41] Obviously I remember that I was not happy with Ron Farrell, obviously. Okay. I I I am not totally off of that. I feel like Ron Farrell kind of is a, the king of the media in a lot of ways right now. And it's sort of like

[00:13:55] He's not, he's not that powerful. Well,

[00:13:56] He kind of puts just, when he puts forth a story, it tends to resonate, doesn't it? So the Britney movement really got a big catapult by Ron and Pharaoh, didn't it?

[00:14:05] No. Britney Spears is more beloved than Ron and Pharaoh. I know,

[00:14:09] But Michael, I'm just trying to find, we can have different perspectives on the media and Ron,

[00:14:12] You're just trying to make things fit your narrative. You don't care if it's if it's true or not.

[00:14:17] No, no. You're trying to say that I forgot something that I didn't forget. No,

[00:14:20] You did forget. You said Ronan Pharaoh was worse than Harvey Weinstein.

[00:14:25] Okay. I was, I was exaggerating for a purpose. Who

[00:14:29] Care? Are we supposed to know? You're exaggerating when you do it because you don't act like you're exaggerating. You act like you're coming from a place of truth. I'm telling the truth.

[00:14:38] No, no, you're not. You're not.

[00:14:40] What am I lying about?

[00:14:41] You? I mean, I, you, you, you might be lying to yourself honestly, if you, who

[00:14:45] Am I? Who, okay. What

[00:14:46] You are wrong about.

[00:14:47] Am I lying to anyone other than myself? You're wrong.

[00:14:49] You are wrong about so many things that you say about me. Like what? Well, one thing, when's the last time I did Coke Michael?

[00:14:56] Uh, a few weeks ago. Maybe a month ago.

[00:14:58] Okay, good. So why do you insinuate that I'm on Coke all the time?

[00:15:01] So I'm right. <laugh>.

[00:15:03] It was about like a month and month. Dude,

[00:15:05] My instincts about you are dead, right? Alright. Yeah. You

[00:15:07] Lie and that means that you lied. I

[00:15:09] Didn't lie. You just said I was right.

[00:15:11] Well, let's take a look at the, uh, YouTube.

[00:15:13] You clown. You just said that I was right.

[00:15:16] So Michael, let's take a look at YouTube and the is our channel. And let's see how many times

[00:15:21] You, you should actually take a look at it and see what is on there about you. Cuz you have no, no bad, no idea how bad it is for you.

[00:15:30] I have no idea how bad it is for me.

[00:15:31] You don't what,

[00:15:32] How an idea what

[00:15:33] Your own words. You don't even know what you've said. You don't even know the threats and accusations you've made against people. Okay? You don't know how bad it is for you and how deep you've dug yourself in the hole.

[00:15:43] You're just talking loudly and over me and it's not gonna work.

[00:15:46] You know what, how does that feel? How does that feel, buddy? I

[00:15:50] Mean, if you were speaking to probably differently,

[00:15:52] How does that sound? <unk>

[00:15:55] I mean, in what is that, what are you relating this to? Like what, what You're trying to insinuate that I do the same thing.

[00:16:01] Todd, do you think I take you seriously enough? Do you think I take you seriously enough to actually have a, like a real conversation with you, Michael?

[00:16:08] I think that you're kind of pathetic and, uh, you're a pathetic human being.

[00:16:12] Todd, how many people watch your lives seem earlier?

[00:16:14] I think you're just,

[00:16:15] You know what? I am pathetic Todd. Seriously Todd,

[00:16:18] Pathetic. You're just taking me seriously so that you can hide behind your lies and your bullshit and that you're not really capable of construing the truth because you're so ego fragile. You're so fragile, Michael, that anytime you feel affronted, you just come back with the same,

[00:16:36] Oh God.

[00:16:37] I mean, you're a psychopath. NA's the difference.

[00:16:45] Why do you hate me? Daddy?

[00:16:48] I, I, I mean frankly, I, I mean, I dunno. I mean, so like, is this it?

[00:16:55] No, I'm sorry. I'm sorry. No, no, no, no. I'm sorry. I'm sorry. Sorry, I'm drunk. I have a, I have a problem with alcohol. Yeah,

[00:16:59] I know you're an alcoholic. I'm sorry about that. <laugh>.

[00:17:02] Yeah. Alcohol's legal.

[00:17:04] Oh, okay. Is weed legal in Texas? Uh,

[00:17:07] Yes.

[00:17:07] Is it?

[00:17:08] Yes, it's, I have a medical license. So

[00:17:09] Wait, wait. So weed's legal here too. Great. And did you hear that? Is

[00:17:12] Cocaine, is cocaine legal? They don't,

[00:17:14] They don't.

[00:17:14] Prosecute is vi is Vivance and Adderall without a prescription legal.

[00:17:19] Viva. I've never taken Viva without a prescription ever.

[00:17:21] What about Adderall?

[00:17:23] Adderall I started, yeah, fine. I take it, I take it illegally. Okay, so you wanna use that against me? Go ahead. Honestly, see what I said when I don't lie, Michael, I don't lie. I'm not gonna tell you a fucking lie.

[00:17:35] Have you ever done heroin?

[00:17:37] No.

[00:17:38] Um, what about, are they gun heroin,

[00:17:41] Pcp? No. Never done pcp? No.

[00:17:43] Um, what's the craziest drug you've ever done? Let's, let's be real. I I used to do a lot of drugs, so let's do, let's do like a used two. Yeah. Years. Years two. Well now I just smoke weed and drink vodka. Alright,

[00:17:54] And what other, what drugs have you taken Michael in the past? Like,

[00:17:56] I've done methamphetamine, I've done cocaine, I've done l s d, I've done mushrooms, uh, and probably Xanax. And so a couple pills. I don't even know what they were. What about you? What have you done? Why

[00:18:07] Is it such a problem when I do it?

[00:18:09] Because when I did them, I didn't get online and start threatening people.

[00:18:13] When have I threatened anybody?

[00:18:14] You've threatened me numerous times.

[00:18:17] Michael, you are a criminal.

[00:18:19] I'm not a cri. What crime have I committed?

[00:18:21] Defamation. You committed intentional infliction to emotions.

[00:18:24] It's not defamation. If I share my opinion,

[00:18:27] You've intentionally inflicted emotional distress on many.

[00:18:29] That's not a crime intentionally in inflicting emotional distress. What, what law is it that I cannot intentionally? It's actually

[00:18:36] One of the definitions of illegal activity.

[00:18:38] What is No, it's not. What is the law that says that I cannot intentionally upset you? Show me the law. Okay? You intentionally upset me. You came outta nowhere after I said your

name in three fucking years to try to start a fight with me. You tried to fucking intentionally upset me, bitch. And it worked. Here's

[00:18:57] What you do. This is why you're sympathetic because you really, I'm pathetic a liar. And

[00:19:00] You, you're gonna be homeless soon. You're gonna be homeless. You fucking crack head loser. See,

[00:19:04] You're, you are a pathetic individual

[00:19:07] Who's really pathetic. You won't even, you,

[00:19:09] You, you're 100% coming from a non liar. That's

[00:19:14] You, right, Todd? Like, look at me. Between me and you, between me and you, I'm the one that looks pathetic. You got it.

[00:19:20] Know what? You're sitting in a, a gaggle of your, your cronies and your your conspirators.

[00:19:26] How many do you have? Do you have any, do you have any cronies or conspirators?

[00:19:30] I know, I i I don't try to gather people.

[00:19:33] You know why you don't? No one is good enough for you. If someone doesn't suck your disgusting asshole, then you fucking attacks him. I'll just kick you off and keep going. You fucking loser on dude. By the way, city council, you will never be elected to shit except maybe president of the psych ward.

[00:19:55] Oh God, dude. Why do you use these as insults? Like you say psych ward and you say drugs, it's,

[00:20:00] I dunno, I'm gonna let you talk for as long as you want

[00:20:02] Someone that uses drugs on a regular basis.

[00:20:06] Vodka and weed are not cocaine. Yeah. They're fucking substances. Not, they're not Adderall. Vodka and weed are not Adderall and cocaine. You clown

[00:20:15] People go to rehab all the time for alcohol. Have

[00:20:18] You gone to rehab? Have you gone to rehab bitch?

[00:20:22] Yeah, I have.

[00:20:23] Oh, and that didn't clearly work for you because you've graduated now to doing cocaine and Adderall on a regular basis. You just admitted you do Adderall illegally and you think that people shouldn't email your doctor for your Vivance prescription. You fucking idiot. No one should give you a Vima

[00:20:38] Prescription. You emailed our,

[00:20:40] By the way, I didn't email your doctor stupid. I don't know how many times I have to tell you.

[00:20:47] I mean, you are just like,

[00:20:48] Show the clip. Show the clip bitch. Show the fucking clip. Michael,

[00:20:52] You're a psycho.

[00:20:53] Show the clip where I said that I emailed your doctor. Show the clip.

[00:20:57] I mean, look, look, I, I I I I know

[00:21:00] You're a psycho. You think you're gonna be elected to the city council of I'm gonna run West Hollywood. I'm gonna run, you're not gonna run either. You're so psychotic that you think you're gonna run. You're not gonna run for shit, bitch. You're not even gonna pay the money to file to run you fucking loser. You're gonna snort it up your nosey little cokehead

[00:21:19] Bra. I have run before

[00:21:22] And don't, I'm so happy. I'm so happy that you will soon be thrown outta that apartment because they will sue Brett to force you out of there

[00:21:29] Real Who,

[00:21:29] Who? The homeowner's association And,

[00:21:32] And what, what grounds are they gonna do?

[00:21:33] I'm the president of the Homeowner's Association of Doheny Plaza. And you are out buddy. You're out. Actually, I'm his son. What's your name? I'm his son Jack. Jack Mathany?

[00:21:43] Yeah. That's not, that's, that's not the

[00:21:45] That is my name.

[00:21:47] I don't, Michael, I I would be shocked if you had any concept of how it even works. Uh, so Well,

[00:21:52] Trust me, I know

[00:21:54] I don't trust you and I know you don't know.

[00:21:57] Oh. But I trust you Todd. You seem like a really believable person.

[00:22:03] Are you done? Is this it? Are you done? Do you have any?

[00:22:05] Daddy? Why don't you love me? Daddy?

[00:22:10] I do love you,

[00:22:12] Daddy.

[00:22:13] Why didn't

[00:22:13] You pay me any attention growing up? Why do you love Ben more than me? More than I,

[00:22:22] Michael, I'll talk to later.

[00:22:34] That was great.

[00:22:38] That's great.

[00:22:41] That was the perfect interview with Todd.