

> this town - it was cause he was nailed

> Are u close w Sepi she has the pics - wouldn't be surprised if she is saving them to use against him -

8:19 PM

> Sepi betrayed me.


> I mean betrayed me

> She hurt me more then words because I never felt a bad bone toward her