# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL CHRISTOPHER THOMPSON, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–03452–JAK–MRW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __6/10/2023__

Document No.:   __16__

Title of Document:   __REQUEST FOR JUDICIAL NOTICE Ex Parte Application__

**ERROR(S) WITH DOCUMENT:**

Local Rule 83–2.5 no letters to the Judge.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _June 11, 2023_         By: _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

   **Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**