TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
(310)435-5847
TODDSCHULTZ86@GMAIL.COM

IN PRO PER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAME OF PLAINTIFF, | ) Case No.: 2:23-CV-03452-JAK-MRW |
| Todd Michael Schultz | ) **NOTICE OF WITHDRAWAL OF REQUEST** |
| vs. | ) **FOR JUDICIAL NOTICE AND REQUEST FOR JUDICIAL NOTICE MOTION** |
| NAME OF DEFENDANT(S), | ) |
| Michael C. Thompson | ) **DATE:  June 12, 2023** |
| Gregory Holmes | ) |
| YouTube L.L.C. | ) Judge: John A. Kronstadt |
| | ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws its Request for Judicial Notice and Request For Judicial Notice Motion.

DATED: June 12, 2023

*Todd Michael Schultz*
YOUR NAME
In Pro Per