

LA CV23-03452 JAK (MRWx)



 Tyler A. Dee 💛🌈🗽 @TylerThaFox

I've been editing these Justin videos and this just popped up in the playlist lol

"Weird" Al Yankovic - Amish Paradise (Official Parody of "Gangsta's Para... youtu.be/lOfZLb33uCg via @YouTube


"Weird" Al Yankovic - Amish Paradise (Official Pa...
Watch the official music video for "Amish Paradise" performed by "Weird" Al Yankovic Music video by ...
🔗 youtube.com

 1         8    

 Tyler A. Dee 💛🌈🗽 @TylerThaFox · Apr 27

Justin Lewis Ray shares his thoughts on tampering with evidence, i.e. hiding it (MIRROR) youtu.be/EpEuZkssID4 via @YouTube


Justin Lewis Ray shares his thoughts on tamperin...
All the videos, songs, images, and graphics used in the video belong to their respective owners and ...
🔗 youtube.com

    ⟲ 2     5    

 Tyler A. Dee 💛🌈🗽 @TylerThaFox · Apr 27

Here's the new Justin Lewis Ray mirror channel.

Justin Lewis Ray - This Is My Last Video To Omni 4-23-21 (MIRROR) youtu.be/aemJGRKeG7A via @YouTube


Justin Lewis Ray - This Is My Last Video To Omni ...
All the videos, songs, images, and graphics used in the video belong to their respective owners and I ...
🔗 youtube.com







## What's happening

MLB · Last night
**Mariners at Athletics**

Music · Trending
**#RockHall2023**

Music · Trending
**Missy Elliott**

Trending in United States
**Rock & Roll Hall of Fame**

Trending in United States
**The Spinners**

Show more

## Who to follow

**Elon Musk**
@elonmusk
Follow

**Andy Daly**
@TVsAndyDaly
Follow

**DuckDuckGo**
@DuckDuckGo
Promoted
Follow

Show more

# @omnieris

## Account suspended

Twitter suspends accounts that violate the Twitter Rules. Learn more

