Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TODD MICHAEL SCHULTZ

Plaintiff

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

Defendant(s).

CASE NUMBER:

2:23-CV-03452-JAK-MRWx

To be supplied by the Clerk of
The United States District Court

**MOTION FOR LEAVE TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff, Todd Michael Schultz, in Pro Per, has dispatched service of the THIRD AMENDED COMPLAINT as filed on Monday June 26 at 11:33 pm. Upon the filing of the executed summons for the defendants Thompson, Holmes and Youtube, Plaintiff moves this court for an ORDER allowing for a FOURTH AMENDED COMPLAINT to be filed. I ask that the court ORDER give leave, upon successful service of summons to all parties, leave to amend to file a FOURTH AMENDED COMPLAINT. Due to the following mistakes made on THIRD AMENDED COMPLAINT filed Tuesday June 26th at 11:33 pm:

**1)** Plaintiff did not provide, nor did he intend to provide, exhibits for THIRD AMENDED COMPLAINT, thus, in a corrected version, any verbiage suggesting the

Attachement of exhibits and the mention of said exhibits will be removed.

**2)** The word "Facebook's" was used mistakenly for the word "Youtube's" on pg.14, ¶30. Plaintiff acknowledges this was a mistake and seeks to retract the accidental allegation. It was merely a typo, as one might say.

**3)** Pagination. Plaintiff fixed the pagination (i.e. page numbers) to be centered at the bottom of each page, per the court's instruction.

**4)** The twitter account @laughingstock is incorrect. The correct name for the mentioned account mentioned on page 10 (¶24) is "@HWLaughingstock".

Plaintiff acknowledges his errors and asks the court humbly to grant a FOURTH AMENDED COMPLAINT that may be served electronically upon filing of executed summons for all parties.  Plaintiff does not believe the erroneous aspects of the original filed THIRD AMENDED COMPLAINT change the basic information or summary of facts and that defendants are welcome to the exhibits mentioned in aforementioned complaint upon request and in discovery.. Plaintiff asks the court to give leave to file a FOURTH AMENDED COMPLAINT, to be delivered to Defedant's counsels electronically via email. Plaintiff thanks the court for guidance on forthcoming ORDER.

Dated: Thursday, June 29, 2023

Signed by:

Todd Michael Schultz

(Plaintiff)

3