AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Todd Michael Schultz<br><br>*Plaintiff(s)*<br>v.<br>Michael C. Thompson;<br>Gregory R. Holmes;<br>Youtube LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  2:23-cv-03452-JAK-MRWx<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael C. Thompson
234 Westheimer Rd #3
Harris County, TX 77006

Gregory R. Holmes

Youtube LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd Michael Schultz
818 N Doheny Dr. #1108
West Hollywood, CA 90069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gregory R. Holmes** was received by me on *(date)* **06/29/2023**.

☐ I personally served the summons on the individual at *(place)* **303 Stokesay St, #5, Ludlow, KY 41016** on *(date)* **06/30/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **140.00** for services, for a total of $ **140.00**.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

**Cherica Bryant**
*Printed name and title*

**424 4th Avenue, Dayton, KY 41074**
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Gregory R. Holmes with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 240-300 lbs with glasses.