| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):<br>Todd Schultz <toddschultz86@gmail.com><br>818 N Doheny Dr. #1108<br>TELEPHONE NO.: 310-435-5847   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Todd Michael Schultz | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: 350 W 1st Street Suite 4311<br>MAILING ADDRESS: 350 W 1st Street Suite 4311<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: Todd Michael Schultz | CASE NUMBER:<br>2:23-CV-03452-JAK-MRW |
| DEFENDANT/RESPONDENT: Michael C. Thompson; Gregory R. Holmes; Youtube LLC | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>REF-13120237 |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**Summons in a Civil Action; Third Amended Complaint**

I attempted to serve        **Michael C. Thompson**
at the address of           **3507 Kimberly Dr #11, Erlanger, KY 41018**

and was unable to effect service for the following reasons:
**6/30/2023 10:15 AM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**

Fee for service: **$ 140.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Cherica Bryant**
**424 4th Avenue, Dayton, KY 41074**
**513-915-5765**
**, #**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 06/30/2023

BY FAX

Cherica Bryant
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)