# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>      Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE MOTION FOR LEAVE TO AMEND COMPLAINT (DKT. 29)** |

1

Based on a review of the Motion for Leave to Amend Complaint (the "Motion" (Dkt. 29)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED**, as follows:

Plaintiff is granted leave to file a Fourth Amended Complaint for the limited purpose of correcting the errors identified in the Motion; provided, however, this is not a determination as to the adequacy of the Third Amended Complaint, the proposed Fourth Amended Complaint, or any other pleading. Any Fourth Amended Complaint shall be filed within seven days of the date all Defendants have been served with the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 5, 2023

John A. Kronstadt
United States District Judge