AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Todd Michael Schultz <br><br> *Plaintiff(s)* <br> v. <br> Michael C. Thompson; <br> Gregory R. Holmes; <br> Youtube LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-03452-JAK-MRWx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael C. Thompson
234 Westheimer Rd #3
Harris County, TX 77006

Gregory R. Holmes

Youtube LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd Michael Schultz
818 N Doheny Dr. #1108
West Hollywood, CA 90069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Youtube LLC__ was received by me on *(date)* __Sat 07/01/2023__ .

' I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* __Nicole Stauss__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Youtube LLC__ on *(date)* __Mon 07/03/2023 01:00 PM__ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:

My fees are $ __$140__ for travel and $ _____ for services, for a total of $ __$140__ .

I declare under penalty of perjury that this information is true.

Date: __7/6/23__

Server's signature

Kenneth Woo, Process server
*Printed name and title*

4010 Foothills Blvd Suite 103-73 Roseville, CA 95747
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Nicole Stauss who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses.