Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

Email: toddschultz86@gmail.com

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>V.<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC | 2:23-CV-03452-JAK-MRWx<br><br>MOTION FOR LEAVE<br>TO FILE DISCOVERY<br>MOTION |

    I, Todd Michael Schultz (onward "Plaintiff") acting in a pro se capacity hereby move the court for an ORDER, pursuant to F.R.Civ.P 26, specifying a date by which all parties must confer and meet in good faith, or that a MOTION FOR LEAVE TO FILE DISCOVERY MOTIONS be granted as soon as is legally applicable, potentially at an accelerated time table. All parties have been served. Thompson was served this morning in Kentucky according to the Kenton County Sheriff Office I declare under pentalty of perjury.  Plaintiff has no basis for good faith communications with Defendants, which makes current MOTION necessary to lodge with the court immediately to ensure trial expedience and good faith adjudication.

1
2
3
4
5

      I, Plaintiff, contend that the matter at hand sufficiently constitutes a "Complex Civil Case" due to its novelty in discussing AI, Cyberstalking and Cyberharassment, as well as it's specific relationships with novel and important to the public good laws like §230 or the Communications Decency Act ("CDA"), making potential modifications to procedure worthy of request or acknowledgement at least.

6
7
8
9
10
11
12

Dated:
Thursday, July 10th, 2023

Signed by:   Todd Michael Schultz

(Plaintiff)

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28