| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> Todd Schultz <toddschultz86@gmail.com> <br> 818 N Doheny Dr. #1108 <br><br> TELEPHONE NO.: 310-435-5847   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: TODD MICHAEL SCHULTZ <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **US District Court, California Central District, Los Angeles at First Street Federal Courthouse** <br> STREET ADDRESS: 350 W 1st Street Suite 4311 <br> MAILING ADDRESS: 350 W 1st Street Suite 4311 <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: **TODD MICHAEL SCHULTZ** <br> DEFENDANT/RESPONDENT: **MICHAEL C. THOMPSON; ET AL.** | CASE NUMBER: <br> **2:23-CV-03452-JAK-MRW** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.: <br> **REF-13120236** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS IN A CIVIL ACTION; COMPLAINT**

I attempted to serve    **Youtube**
at the address of    **901 Cherry Avenue, San Bruno, CA 94066**

and was unable to effect service for the following reasons:
**6/30/2023 2:08 PM: I spoke with an individual who identified themselves as the security manager and they stated service not permitted.  All legal documents must be served at CSC LAWYERS at 2710 Gateway Oak Dr Suite 150N, Sacramento, CA 95833**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Gustavo Moreira Machado Lino**　　　　　　　　　　　For:　　**ABC Legal Services, LLC**
**P.O. BOX 1848, Pacifica, CA 94044**　　　　　　　　Registration #:　**6779**
**415-488-5759**　　　　　　　　　　　　　　　　　　County:　　**Los Angeles**
**San Francisco, #2020-0001407**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 07/06/2023

　　Gustavo Moreira Machado Lino　　　　　　　　　　　　　　　　　　　　　　(signature)
　　(PRINTED NAME OF DECLARANT)　　　　　　　　　　　　　　　　　　　(SIGNATURE OF DECLARANT)

BY FAX