# Legal support contact information

If you prefer to contact us via email, postal mail, or fax, here's how:

**Email:** legal@support.youtube.com

 We can process claims submitted within the body of an email more quickly than claims that are submitted as a PDF.

**Fax:** +1 650 872 8513

**Address:**

Legal Support
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066
USA

If you live in the European Economic Area (EEA) or Switzerland, you can contact us at this address:

Legal Support
Google Ireland Ltd.
Gordon House
Barrow Street
Dublin 4
Ireland

 Give feedback about this article