| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> Todd Schultz <toddschultz86@gmail.com> <br> 818 N Doheny Dr. #1108 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 310-435-5847   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Todd Michael Schultz | |

**United States District Court, Central District of California**
STREET ADDRESS: 350 W 1st Street Suite 4311
MAILING ADDRESS: 350 W 1st Street Suite 4311
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: First Street Federal Courthouse

| PLAINTIFF/PETITIONER: Todd Michael Schultz | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Michael C. Thompson; Gregory R. Holmes; YouTube LLC | 2:23-CV-03452-JAK-MRW |

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.: <br> REF-13217323 |
|---|---|---|---|

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Plaintiff's Request for Admissions**

3. a. Party served *(specify name of party as shown on documents served)*:
   **YouTube LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Rebecca Vang, I delivered the documents to Rebecca Vang who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent and glasses.**

4. Address where the party was served:
   **2710 Gateway Oaks Dr, Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/14/2023** at *(time)*: **1:18 PM**

   b. [ ] **by substituted service.** On *(date)*:            at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 
   from *(city)*:                     or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Todd Michael Schultz | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Michael C. Thompson; Gregory R. Holmes; YouTube LLC | 2:23-CV-03452-JAK-MRW |

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. **Person who served papers**
   a. Name: **Kenneth Woo**
   b. Address: **4010 Foothills Blvd, Suite 103-73, Roseville, CA 95747**
   c. Telephone number: **916-796-2799**
   d. The fee for service was: **$ 140.00**
   e. I am:

   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:
       (i) [ ] owner [ ] employee [X] independent contractor.  For: **ABC Legal Services, LLC**
       (ii) [X] Registration No.: **16-003**  Registration #: **6779**
       (iii) [X] County: **Placer County CA**  County: **Los Angeles**

BY FAX

7. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 07/14/2023

**Kenneth Woo**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*/s/ Kwoo*
(SIGNATURE)

REF: **REF-13217323**

**PROOF OF SERVICE (CIVIL)**

Page 2 of 2
Tracking #: **0110272750**

