Name:   TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone:  310-435-5847

Email:toddschultz86@gmail.com

In Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>V.<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC | 2:23-CV-03452-JAK-MRWx<br>Honorable Judge John A. Kronstadt<br><br>REQUEST FOR<br>JUDICIAL NOTICE |

To All Parties and Attorneys of Record:
Please take notice Plaintiff, Todd Michael Schultz (onward, "Plaintiff")
requests that pursuant to Federal Evidence Code 402 - providing that all
relevant evidence is admissiable - requests the court to take notice of
relevant writings and ideas presented by the United States Department of
Justice concerning the adjudication, effects, etc, as it pertains to the
funcitonality and dysfunctionality of Section 230 ("Communications
Decency Act" further "§230") especially as it pertains to -  Plaintiff has been
 told during the Fed.P.C.26 conference between Plaintiff and YouTube LLC
's counsel, Mr. Conor Tucker (onward "Youtube") - what will be a motion
to dismiss invoking §230 on behalf of Youtube.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## 1. Documents From The U.S. Department of Justice

Plaintiff requests that the court consider the June 2020 document from the U.S. Department of Justice entitled "Section 230 Nurturing Innovation or Fostering Unaccountability." Specifically, Section 4 (b), which seeks to specify the meaning of "good faith" as it refers to moderation of content by corporations like Youtube. A section from said document states: "Clarifying the meaning of "good faith" should encourage platforms to be more transparent and accountable to their users, rather than hide behind blanket Section 230 protections."

Plaintiff strongly feels that this case is broader than 230, however, Plaintiff acknowledges the commonplaceness of 230 barring any scrutiny of companies such as Youtube as it relates to their relationship with their users and their decision making process, as it pertains to moderation. Plaintiff feels a dismissal of this case would be to forgo the opportunity to clarify the important matter of good faith moderation and which would make more duly aware of rules and regulationst that may go on to determine the course of many lives, without exaggeration.

Dated:
Friday, July 14th, 2023

Signed by
Todd Michael Schultz
(Plaintiff)