Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

Email: toddschultz86@gmail.com

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| TODD MICHAEL SCHULTZ<br><br>V.<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC | 2:23-CV-03452-JAK-MRWx<br>Honorable Judge John A. Kronstadt<br><br>**MOTION FOR LEAVE<br>TO FILE FOR<br>JUDICIAL NOTICE** |
|---|---|

To All Parties and Attorneys of Record:
Plaintiff, Todd Michael Schultz, acting in a pro se capcity and pursuant to California Rules of Court, rule 3.400 (a) - A "complex case" is an action that requires exceptional judicial management to avoid placing unnecessary burdens on the court or the litigants and to expedite the case, keep costs reasonable, and promote effective decision making by the court, the parties, and counsel - file this motion for leave to request Judicial Notice concurrently with previously filed REQUEST FOR JUDICIAL NOTICE - and seek to employ Evidence Code sections 452 (h), 453 (b) 454 (a) in requesting this Court take judicial notice of video evidence of Mr. Thompson's behavior, actions and his own words.

Plaintiff believes this will clarify the case before the court for the Judges and the Jury. Thompson is cruel, mean and seeks to harass Plaintiff overtly and unmistakably. Said video content will be provided upon an ORDER granting LEAVE for Plaintiff to file for Judicial Notice. Additionally, such content will demonstrate Youtube LLC (onward " Youtube")  failure to apply good faith in moderation of taking down such harassing content. Plaintiff alleges Youtube cannot employ §230 for immunity if they cannot prove that allegations of lack of "good faith" moderation occured. They must therefore, prove that they employed such "good faith" in order to be granted a motion to dismiss on the basis of §230 according to Plaintiff's interpretation of said statute. Additionally, Plaintiff, in a pro se capacity, is applying the law to the best of his abilities and humbly requests that the court order

modifications of documents where they might succeed - and where they might affect the outcome of this matter - due to improper designation of rules or codes.

Dated:
Sunday, July 16th, 2023

                                          Signed by
                                        Todd Michael Schultz
                                        (Plaintiff)