Kenton County Sheriff's Office
1840 Simon Kenton Way, Suite 1200
Covington, KY 41011

Charles L. Korzenborn
Sheriff

859-392-1800

Name _Michael Thompson_

Date _7/7/23_

Time _____

RE: ☐ Legal Matters
☐ Carrying Concealed Weapon License
☐ Vehicle Inspection
☑ Other _Summons_

We stopped by with important documents while
you were away. Please call the Sheriff's Office
(Monday thru Friday) at 859-392-1800, between
8:30 a.m. and 5:00 p.m.

If it is after 5:00 p.m. and on the weekends,
please call the Kenton County Communications
Center at 859-356-3191.

Refer to: _____ Deputy or On Duty Deputy

Thank You,
Sheriff Chuck Korzenborn

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Todd Michael Schultz

*Plaintiff(s)*

v.

Michael C. Thompson;
Gregory R. Holmes;
Youtube LLC

*Defendant(s)*

Civil Action No. 2:23-cv-03452-JAK-MRWx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael C. Thompson
234 Westheimer Rd #3
Harris County, TX 77006

Gregory R. Holmes

Youtube LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff attorney, whose name and address are:

Todd Michael Schultz
818 N Doheny Dr. #1108
West Hollywood, CA 90069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was
received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 7/10/2023
@ 11:10 Am
In Office

Server's signature

Amberly A. Brooking
KGSB Admin
Printed name and title

1810 Simon Kenton Way
Covington, Ky 41011
Server's address

Additional information regarding attempted service, etc: