# SERVICE CALLS

SECTOR: 31

NAME: MICHAEL THOMPSON

ADDRESS FOR SERVICE: 3507 KIMBERLY DR

PHONE NUMBER: 859-445-6218

DATE & TIME SERVICE CAN BE MADE: 7/10/2023

PERSON TAKING CALL: COOK

DEPUTY PAGED: YES

NOTES: WILL PICK UP INOFFICE MONDAY MORNING
11 AM PLEASE LEAVE PAPER WORK IN PICK UP.