# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL C. THOMPSON, et al., <br><br> Defendants. | No. 2:23-cv-03452-JAK (MRWx) <br><br> **ORDER RE MOTION FOR LEAVE TO FILE DISCOVERY MOTION (DKT. 34)** |

1

Based on a review of the Motion for Leave to File Discovery Motion (the "Motion" (Dkt. 34)), insufficient good cause has been shown for the requested relief. Therefore, the Motion is **DENIED**, as follows:

The deadlines for discovery shall be set based on the parties' joint Rule 26(f) Report. The deadline for the parties to complete the joint Rule 26(f) Report will be set after the Defendants answer the Complaint, or after any Motions to Dismiss are resolved.

**IT IS SO ORDERED.**

Dated: July 18, 2023      _____

John A. Kronstadt
United States District Judge