LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: tlallas@lsl-la.com
        mhurwitz@lsl-la.com

Attorneys for Defendant,
GREGORY R. HOLMES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>v.<br><br>MICHAEL C. THOMPSON, GREGORY R. HOLMES, and YOUTUBE LLC<br><br>Defendants. | Case No. 2:23-CV-03452-JAK-MRWx<br><br>Hon. John A. Kronstadt<br><br>**EX PARTE APPLICATION OF DEFENDANT GREGORY R. HOLMES FOR CONFIRMATION OF DATE TO FILE RESPONSE TO OPERATIVE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARK D. HURWITZ**<br><br>[No hearing unless ordered] |

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA  90049

1
**EX PARTE APPLICATION**

Defendant Gregory R. Holmes ("Holmes") hereby applies ex parte to this Court for an order confirming that Holmes has until August 7, 2023 respond to the operative complaint of Plaintiff Todd Michael Schultz ("Plaintiff") in this matter, which now appears to be the Fourth Amended Complaint filed on July 17, 2023.

This application is based upon the following grounds:

1.      Counsel for Holmes in this matter was not engaged until July 18, 2023, as Holmes is a resident of the Commonwealth of Kentucky and until now did not have California counsel.

2.      Holmes contemplates filing a motion under Rules 12(b), 12(e) and/or 12(f) of the Federal Rules of Civil Procedure and understands that in order to do so, pursuant to Local Rule 7-3 of this Court, his counsel must meet and confer with Plaintiff at least seven days before filing such a motion.

3.      Upon checking the docket in this matter, Holmes' counsel saw an entry indicating that Holmes' response was purportedly due on July 21, 2023, but the docket also shows that on July 17, 2023, Plaintiff filed a Fourth Amended Complaint that has not yet been served on Holmes.

4.      Plaintiff orally agreed that, in light of the Fourth Amended Complaint, Holmes may have until August 7, 2023 to respond thereto.

This application is based upon the attached Memorandum of Points and Authorities and Declaration of Mark D. Hurwitz, the papers and pleadings on file with the Court in this action, and such other and further matters as the Court may consider.

Holmes is informed and believes that Plaintiff is representing himself and that his name, address, telephone number and email address are:

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

2
EX PARTE APPLICATION

1   Todd Michael Schultz

2   818 N. Doheny Drive, # 1108

3   West Hollywood, CA 90069

4   (310) 435-5847

5   ToddSchultz86@gmail.com.

6

7       Plaintiff stated orally, during a telephone conference with Holmes' counsel

8   on July 21, 2023, that he does not oppose this application to confirm that Holmes

9   has until August 7, 2023 to respond to the Fourth Amended Complaint.

10

11  DATED:  July 21, 2023                    LEVY, SMALL & LALLAS
                                             A Partnership Including Professional
12                                           Corporations
                                             TOM LALLAS
13                                           MARK D. HURWITZ

14

15                                           By: _____*Mark Hurwitz*_____
16                                                  MARK D. HURWITZ
                                             Attorneys for Defendant
17                                           Gregory R. Holmes

18

19

20

21

22

23

24

25

26

27

28

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA  90049

3

**EX PARTE APPLICATION**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2   Holmes hereby applies ex parte pursuant to Local Rule 7-19 to confirm the

3   date by which he must respond to Plaintiff's operative complaint in this matter.

4   When given oral notice that this application would be filed, Plaintiff agreed that

5   Holmes has until August 7, 2023 to file his response to the operative complaint.

6   Holmes, who is a resident of the Commonwealth of Kentucky, did not have

7   California counsel when he purportedly was served with a Summons and Third

8   Amended Complaint in this matter.  Holmes engaged the undersigned counsel on

9   July 18, 2023.  Upon reviewing the docket in this matter, counsel noted an entry

10  indicating that Holmes' response was due on July 21, 2023 [Docket No. 30], but

11  also noted that a Fourth Amended Complaint was filed on July 17, 2023 [Docket

12  No. 42].  The Fourth Amended Complaint has not yet been served on Holmes

13  (although Plaintiff may contend that it has been).  Pursuant to Rule 15(a)(3) of the

14  Federal Rule of Civil Procedure ("FRCP"), "Unless the Court orders otherwise,

15  any required response to an amended pleading must be made within the time

16  remaining to respond to the original pleading or within 14 days after service of the

17  amended pleading, whichever is later."  Accordingly, Holmes is entitled to at least

18  fourteen (14) days after service of the Fourth Amended Complaint to respond

19  thereto, and no default may be entered against him in the meantime.

20  The additional time afforded by FRCP Rule 15(a)(3) is appropriate in any

21  event because Holmes may respond to the operative complaint by filing a motion

22  under FRCP Rules 12(b), 12(e) and/or 12(f), and Holmes understands that pursuant

23  to Local Rule 7-3 of this Court, counsel must meet and confer with Plaintiff at least

24  seven days before filing such a motion.  Since counsel was first engaged on July

25  18, 2023, there was no time to meet and confer under Local Rule 7-3 before July

26  21, 2023.

27  In any event, Holmes should not have to respond to the Third Amended

28  Complaint, let alone any complaint prior thereto.  As the Ninth Circuit Court of

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA  90049

4

**EX PARTE APPLICATION**

Appeals stated in *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015): "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' … Consequently, the Plaintiff's Second Amended Complaint superseded the First Amended Complaint, and the First Amended Complaint ceased to exist." [Citations omitted.]  There is no reason for Holmes to have to respond to a non-existent prior complaint.

   For the foregoing reasons, Holmes respectfully requests that the Court grant this application and issue an order in the form submitted herewith.

DATED:  July 21, 2023                    LEVY, SMALL & LALLAS
                                         A Partnership Including Professional
                                         Corporations
                                         TOM LALLAS
                                         MARK D. HURWITZ


                                         By:  *Mark Hurwitz*
                                              _____
                                              MARK D. HURWITZ
                                              Attorneys for Defendant
                                              Gregory R. Holmes

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA  90049

5
EX PARTE APPLICATION

## <u>DECLARATION OF MARK D. HURWITZ</u>

I, Mark D. Hurwitz, declare as follows:

1.    I am an attorney at law duly admitted to practice before this Court and all courts of the State of California and am an attorney at Levy, Small & Lallas, A Partnership Including Professional Corporations ("LSL"), attorneys of record for Defendant Gregory R. Holmes ("Holmes") in the above-captioned matter.  I have personal, first-hand knowledge of the entire contents of this Declaration and, if called upon to do so, could and would competently testify thereto.

2.    On July 21 2023 at approximately 11:10 a.m., I spoke by telephone call with Plaintiff Todd Michael Schultz ("Plaintiff") and informed him of the accompanying ex parte application.  Plaintiff told me that since he filed a Fourth Amended Complaint, Holmes has additional time to respond, and to resolve any ambiguity over the response date, Plaintiff agreed that Holmes has until August 7, 2023 to respond to the Fourth Amended Complaint.

3.    LSL was first engaged, and I first became aware that LSL would represent Holmes in this matter, on July 18, 2023.  After LSL was engaged, I reviewed the docket in this case and found that, among other things, (a) Docket No. 30 states that Holmes was purportedly served on June 30, 2023 with the Summons in this action and that his response was due on July 21, 2023, and (b) on July 17, 2023, Plaintiff filed a Fourth Amended Complaint in this action.

4.    As of July 21, 2023 at 8:30 a.m., the Fourth Amended Complaint has not been served on Holmes.  Although Plaintiff told me he believes he has served Holmes with the Fourth Amended Complaint and that he did not need to serve it in the same manner as a summons, Plaintiff's agreement to the August 7, 2023 response date moots this issue for purposes of this application.

5.    Holmes is a resident of the Commonwealth of Kentucky and did not have any attorney to represent him in California until LSL was engaged on July 18, 2023.

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA  90049

**EX PARTE APPLICATION**

6.      LSL is contemplating filing a motion on behalf of Holmes under Rules 12(b), 12(e), and/or 12(f) of the Federal Rules of Civil Procedure, but there would not be time to hold a meet and confer with Plaintiff seven days in advance of the filing of any such motion if Holmes somehow were still required to file a response by July 21, 2023.

7.      Concurrently with the filing of this application, in addition to the Notice of Electronic Filing that will be sent to Plaintiff, I am sending to Plaintiff, at the email address stated in his pleadings, an email message attaching a copy of this application (and the proposed order thereon) and stating (even though Plaintiff told me he does not oppose) that any opposition to this application must be electronically filed no later than Monday, July 24, 2023 at 12:00 noon (as the time that is 24 hours after service of the application falls on a Saturday).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2023 at Los Angeles, California.


*Mark Hurwitz*
Mark D. Hurwitz

**EX PARTE APPLICATION**

# PROOF OF SERVICE

*Todd Michael Schultz vs. Michael C. Thompson, et al.*

**U.S. District Court – Central District, Case No. 2:23-CV-03452-JAK-MRWx**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On July 21, 2023, I served the foregoing document described as: **EX PARTE APPLICATION OF DEFENDANT GREGORY R. HOLMES FOR CLARIFICATION OF DATE TO FILE RESPONSE TO OPERATIVE COMPLAINT** on all interested parties in this action ☒ by placing a true copy ☐ by placing true copies thereof enclosed in sealed envelopes addressed as shown on the below service/mailing list in the manner indicated below:

☒   **(BY SERVICE OF COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))** Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document.  I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below.

- **Todd Michael Schultz**
  818 N. Doheny Drive, #1108
  West Hollywood, CA 90069
  toddschultz86@gmail.com

☒   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2023, at Los Angeles, California.

*/s/Mark D. Hurwitz*
Mark D. Hurwitz

**EX PARTE APPLICATION**

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA  90049