LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: tlallas@lsl-la.com
          mhurwitz@lsl-la.com

Attorneys for Defendant
GREGORY R. HOLMES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>v.<br><br>MICHAEL C. THOMPSON, GREGORY R. HOLMES, and YOUTUBE LLC<br><br>Defendants. | Case No. 2:23-CV-03452-JAK-MRWx<br><br>Hon. John A. Kronstadt<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT GREGORY R. HOLMES FOR CONFIRMATION OF DATE TO FILE RESPONSE TO OPERATIVE COMPLAINT** |

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

The Court having considered the Ex Parte Application of Defendant Gregory R. Holmes for Confirmation of Date to File Response to Operative Complaint, and the papers and arguments in support thereof and (if any) in opposition thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Gregory R. Holmes ("Holmes") has until August 7, 2023 to file a response to Plaintiff's Fourth Amended Complaint, and no default shall be entered against Holmes in the interim.

IT IS SO ORDERED.

Dated: July _____, 2023

_____
Hon. John A. Kronstadt
United States District Judge

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA 90049

2
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

# PROOF OF SERVICE

<u>Todd Michael Schultz vs. Michael C. Thompson, et al.</u>

**U.S. District Court – Central District, Case No. 2:23-CV-03452-JAK-MRWx**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On July 21, 2023, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT GREGORY R. HOLMES FOR CLARIFICATION OF DATE TO FILE RESPONSE TO OPERATIVE COMPLAINT** on all interested parties in this action ☒ by placing a true copy ☐ by placing true copies thereof enclosed in sealed envelopes addressed as shown on the below service/mailing list in the manner indicated below:

☒ **(BY SERVICE OF COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))** Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below.

- **Todd Michael Schultz**
  818 N. Doheny Drive, #1108
  West Hollywood, CA 90069
  toddschultz86@gmail.com

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

Executed on July 21, 2023, at Los Angeles, California.

/s/Mark D. Hurwitz
Mark D. Hurwitz