**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE EX PARTE APPLICATION OF DEFENDANT GREGORY R. HOLMES FOR CONFIRMATION OF DATE TO FILE RESPONSE TO OPERATIVE COMPLAINT (DKT. 45)** |

1

Based on a review of the Ex Parte Application of Defendant Gregory R. Holmes for Confirmation of Date to File Response to Operative Complaint (the "Application" (Dkt. 45)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Application is **GRANTED**, as follows:

Defendant Holmes has until August 7, 2023 to respond to Plaintiff's Fourth Amended Complaint. Any response filed on or before that date will be timely. No response is required to any previous pleadings.

**IT IS SO ORDERED.**

Dated: July 24, 2023

John A. Kronstadt
United States District Judge

2