Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-CV-03452-JAK-MRWx<br><br>To be supplied by the Clerk of<br>The United States District Court<br><br>EX-PARTE MOTION<br>FOR EXPEDITED<br>HEARING |

PLEASE TAKE NOTICE that Plaintiff, Todd Michael Schultz, in Pro Per, move this court to expedite the scheduling of YouTube LLC's (onward "Youtube") MOTION TO DISMISS. In the spirit of rule 1.100 as well as the wellbeing of Plaintiff, Plaintiff requests that Youtube's motion to dismiss due to "immunities under Section 230" and failure to state cause be held as soon as the court is amenable and able. Plaintiff suffered substantial harm during the matters outlined in FOURTH AMENDED COMPLAINT and perhaps an equal or greater amount during the process of litigating it, reviewing evidence and amending the complaint to achieve a sufficiently answerable COMPLAINT.

CV-126 (09/09)    **MOTION FOR LEAVE TO AMEND COMPLAINT**

1

Plaintiff requests that the court consider whether the emotional relief is worthy of requested relief in the form of an expedited hearing. Plaintiff has informed both opposing counsels of this motion and chooses to exercise his right to file it Ex-Parte for "extraordinary relief" and that it is at the court's discretion on whether to GRANT or DENY.

Dated: Friday July 28, 2023

Signed by:

Todd Michael Schultz

(Plaintiff)