UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>      Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE EX PARTE MOTION FOR EXPEDITED HEARING (DKT. 48)** |

1

Based on a review of the Ex Parte Motion for Expedited Hearing (the "Motion" (Dkt. 48)), insufficient good cause has been shown for the requested relief. Therefore, the Motion is **DENIED**, as follows:

No Defendant has moved to dismiss, and it would be premature to set a hearing date for a motion that has not yet been filed.

**IT IS SO ORDERED.**

Dated: July 31, 2023

John A. Kronstadt
United States District Judge