1

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
2   CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
3   1900 Avenue of the Stars, Suite 2800
Los Angeles, California 91356
4   Telephone: (424) 446-6900
Facsimile: (866) 974-7329
5

6   Attorney for Defendant YouTube LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   TODD MICHAEL SCHULTZ            ) Case No.: 2:23-cv-03452-JAK
                                     ) (MRWx)
13            Plaintiff,             )
                                     )
14        v.                         )
                                     )
15   MICHAEL C. THOMPSON et al.      ) **DEFENDANT YOUTUBE LLC'S**
                                     ) **L.R. 7.1-1 NOTICE OF**
16        Defendants.                ) **INTERESTED PARTIES**
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )

20

21

22

23

24

25

26

27

28

YOUTUBE LLC'S
L.R. 7.1-1 NOTICE OF INTERESTED PARTIES
CASE NO. 2:23-CV-03452-JAK (MRWx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## YOUTUBE LLC'S LOCAL RULE 7.1-1
## NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the United States District Court for the Central District of California, Defendant YouTube, LLC discloses the following.  The undersigned, counsel of record for YouTube LLC, certifies that in addition to the parties appearing in this case, the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:  YouTube LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.  No publicly traded company holds 10% or more of Alphabet Inc.'s stock.

Respectfully submitted,

Dated: July 31, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ *Conor Tucker*
Conor Tucker

*Attorney for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

The undersigned certifies that on July 31, 2023, the below-listed document was electronically filed via the court's CM/ECF system, which will serve counsel of record for all parties and Plaintiff proceeding *pro se*.

**DEFENDANT YOUTUBE LLC'S LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**

Mandatory chambers copies have been scheduled for delivery to the assigned district judge and magistrate judge.  In addition, the above-listed document was transmitted via email and first-class U.S. mail as indicated below:

Todd Michael Schultz
818 N. Doheny Dr., #1108
West Hollywood, CA 90069
    Toddschultz86@gmail.com

Dated: July 31, 2023                 */s/ Conor Tucker*

                                                                    Conor Tucker