| | |
|---|---|
| Name: TODD MICHAEL SCHULTZ | |
| Address: 818 N DOHENY DR. #1108 | |
| WEST HOLLYWOOD, CA 90069 | |
| Phone: 310-435-5847 | |
| In Pro Per | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC<br><br>Defendant(s). | CASE NUMBER:<br>2:23-CV-03452-JAK-MRWx<br>To be supplied by the Clerk of<br>The United States District Court<br><br>SECOND<br>EX-PARTE MOTION<br>FOR EXPEDITED<br>HEARING |

   PLEASE TAKE NOTICE that Plaintiff, Todd Michael Schultz, in Pro Per, move this court to expedite the scheduling of YouTube LLC's (onward "Youtube") MOTION TO DISMISS. In the spirit of rule 1.100 as well as the wellbeing of Plaintiff, Plaintiff requests that Youtube's motion to dismiss due to "immunities under Section 230" and improper venue be held as soon as the court is amenable. Plaintiff suffered substantial harm during the matters outlined in FOURTH AMENDED COMPLAINT and perhaps an equal amount during the process of litigating it. Plaintiff cannot remove Google LLC from his environment without reasonable burden. This case must be therefore adjudicated as soon as possible for the saftey and emotional wellbeing of a person who is alleging such harm from such a large corporation. I pleade with the court to expedite the hearing all motions to dismiss from Google LLC and YouTube LLC. I humbly requests the court for an ORDER to GRANT or DENY as soon as possible.

CV-126 (09/09)   1

SECOND EX-PARTE MOTION FOR EXPEDITED HEARING

1  I do not know the position of opposing counsel. I will refile if the court deems it

2  necessary with the opinions of opposing counsel for YouTube LLC.

4  Dated: Friday July 28, 2023        Signed by:

6                                     Todd Michael Schultz

7                                     (Plaintiff)