Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC<br><br>Defendant(s). | CASE NUMBER:<br>2:23-CV-03452-JAK-MRWx<br><br>To be supplied by the Clerk of<br>The United States District Court<br><br>THIRD<br>EX-PARTE MOTION<br>FOR EXPEDITED<br>HEARING |

   PLEASE TAKE NOTICE that Plaintiff, Todd Michael Schultz, in Pro Per, move this court to expedite the scheduling of YouTube LLC's (onward "Youtube") MOTION TO DISMISS. In the spirit of rule 1.100 as well as the wellbeing of Plaintiff, Plaintiff requests that Youtube's motion to dismiss due to "immunities under Section 230" and improper venue be held as soon as the court is amenable. Plaintiff suffered substantial harm during the matters outlined in FOURTH AMENDED COMPLAINT and perhaps an equal amount during the process of litigating it. Plaintiff cannot remove Google LLC from his environment without reasonable burden. Plaintiff wants to Holmes and Thompson to be present at the same hearing so we can expedite the case for the courts. If it's improper, then so be it. This case must be therefore adjudicated as soon as possible for the saftey and emotional wellbeing of a person who is alleging such harm from such a large corporation. I pleade with the court to expedite the hearing all motions to dismiss from Google LLC and YouTube LLC, Michael C. Thompson and Gregory R. Holmes.

I do not know the position of opposing counsel - for YouTube LLC, a subsidiary of Google LLC, Conor D. Tucker not the opinion Mr. Hurwitz, but provided that they were prepared to dismiss, let the court decide as soon as possible. I don't need a lot of time to explain why both dismissal I will refile if the court deems it necessary with the opinions of opposing counsel for YouTube LLC, Mr Tucker nor Mr. Hurwitz, the counsel for both Mr. Thompson and Mr. Holmes. I humbly request the court for an ORDER to GRANT or DENY a hearing with at least 3 days in advance notice. I'm prepared to make my opposition as they have already prepared their dismissals.

Signed by:

Dated: Friday July 28, 2023                    Todd Michael Schultz

(Plaintiff)

**counsel For Mr. Holmes and Mr. Thopmpson**

**Mr. Thompson and Mr. Holmes' counsel**
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, California  90049
Tel: 310-471-3000  Fax: 310-471-7990
Email:  MHurwitz@lsl-la.com

**counsel for Google LLC and YouTube LLC**

**Conor Tucker (he/him) |**
Wilson Sonsini Goodrich & Rosati
1900 Avenue of the Stars, Suite 2800 | Los Angeles, CA 90067 | direct: (424) 446-6925 | ctucker@wsgr.com