LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: tlallas@lsl-la.com
       mhurwitz@lsl-la.com

Attorneys for Defendants
MICHAEL C. THOMPSON and
GREGORY R. HOLMES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>v.<br><br>MICHAEL C. THOMPSON, GREGORY R. HOLMES, and YOUTUBE LLC<br><br>Defendants. | Case No. 2:23-CV-03452-JAK-MRWx<br><br>Hon. John A. Kronstadt<br><br>**OPPOSITION OF DEFENDANTS MICHAEL C. THOMPSON AND GREGORY R. HOLMES TO PLAINTIFF'S THIRD EX PARTE MOTION FOR EXPEDITED HEARING** |
|---|---|

1

**OPPOSITION OF DEFENDANTS MICHAEL C. THOMPSON AND GREGORY R. HOLMES TO PLAINTIFF'S THIRD EX PARTE MOTION FOR EXPEDITED HEARING**

Defendants Michael C. Thompson ("Thompson") and Gregory R. Holmes ("Holmes") hereby oppose the "Third Ex Parte Motion for Expedited Hearing" [Docket No. 55] ("Ex Parte") filed by Plaintiff Todd Michael Schultz ("Plaintiff") to the extent the Ex Parte purports to limit or affect the rights of Thompson and Holmes with respect to their pending motion to dismiss ("Motion") [Docket No. 53]. Among other things, Thompson and Holmes are entitled to the full period under the Local Rules and the procedures of this Court to prepare, file and serve papers in reply to any opposition that Plaintiff may submit to their Motion. The Ex Parte does not set forth any good cause for limiting the rights of Thompson and Holmes or, for that matter, for asking the Court to deviate from its standard motion scheduling procedures. Thompson and Holmes set the Motion for hearing on the earliest date that was available on the Court's calendar at the time they filed the Motion. If the Court nonetheless is inclined to set the Motion for hearing on an earlier date, Thompson and Holmes will not object so long as they have the full seven days, after service of any opposition that Plaintiff may submit to their Motion, to prepare, file and serve reply papers in support of their Motion.

Thompson and Holmes do not take any position on the Ex Parte to the extent it only concerns the pending motion filed by YouTube LLC [Docket No. 50].

DATED: August 1, 2023

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS
MARK D. HURWITZ

By: *Mark Hurwitz*
MARK D. HURWITZ
Attorneys for Defendants
Michael C. Thompson and
Gregory R. Holmes

2

**OPPOSITION OF DEFENDANTS MICHAEL C. THOMPSON AND GREGORY R. HOLMES TO PLAINTIFF'S THIRD EX PARTE MOTION FOR EXPEDITED HEARING**

# PROOF OF SERVICE

*Todd Michael Schultz vs. Michael C. Thompson, et al.*

**U.S. District Court – Central District, Case No. 2:23-CV-03452-JAK-MRWx**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On August 1, 2023, I served the foregoing document described as: **OPPOSITION OF DEFENDANTS MICHAEL C. THOMPSON AND GREGORY R. HOLMES TO PLAINTIFF'S THIRD EX PARTE MOTION FOR EXPEDITED HEARING** on all interested parties in this action ☒ by placing a true copy ☐ by placing true copies thereof enclosed in sealed envelopes addressed as shown on the below service/mailing list in the manner indicated below:

☒ **(BY SERVICE OF COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))** Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below.

- Todd Michael Schultz  *Plaintiff in propria persona*
  818 N. Doheny Drive, #1108
  West Hollywood, CA 90069
  toddschultz86@gmail.com

  Conor Tucker, Esq.  *Attorneys for YouTube LLC*
  Wilson Sonsini Goodrich & Rosati
  1900 Avenue of the Stars, Suite 2800
  Los Angeles, California 91356
  ctucker@wsgr.com

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2023, at Los Angeles, California.

*/s/Mark D. Hurwitz*
Mark D. Hurwitz

3

**OPPOSITION OF DEFENDANTS MICHAEL C. THOMPSON AND GREGORY R. HOLMES TO PLAINTIFF'S THIRD EX PARTE MOTION FOR EXPEDITED HEARING**