# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>  Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE SECOND EX PARTE APPLICATION TO EXPEDITE HEARING (DKT. 52) AND THIRD EX PARTE APPLICATION TO EXPEDITE HEARING (DKT. 55)** |

1

Based on a review of the Second Ex Parte Application for Expedited Hearing (Dkt. 52) and the Third Ex Parte Application for Expedited Hearing (Dkt. 55) (the "Applications"), sufficient good cause has been shown for the requested relief. Therefore, the Applications are **GRANTED**, as follows:

The hearing on Defendants' Motions to Dismiss is set for September 11, 2023. *See* Dkts. 50, 53. The hearing is presently scheduled for 8:30 a.m.; provided, however, the time of this hearing may change when the final calendar for that date issues. The deadlines for the parties' briefing on the Motions to Dismiss shall be those set forth in this Court's Civil Standing Order. *See* Dkt. 8.

**IT IS SO ORDERED.**

Dated: August 1, 2023            _____

John A. Kronstadt
United States District Judge

2