TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

   vs.

DEFENDANTS

  MICHAEL C. THOMPSON
  GREGORY R. HOLMES
  YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

MOTION TO SET EXPEDITED HEARING DATE

Jury Trial Demanded: YES

As the court has granted both my SECOND and THIRD motions to EXPEDITE the hearing dates for all parties' dismissal hearings, I request that the court ORDER the hearing for Monday, the 7th of August, 2023, at whatever time the court is capable. Plaintiff is grateful for the offered relief and requests a hearing date set for the 7th, the time to be left to the discretion of the court. Plaintiff will be prepared and not waste court time, recognizing that it is Plaintiff's civic duty to expedite this case in a just manner so

that all sides may be heard equally and that process is speedy and does not waste court resources. Please provide or allude (i.e. point to STANDING ORDER, etc) to any necessary specific instructions on attendance, whether or not it will be on Zoom, or if we will be required to be at the District Court House, etc.

Dated Wednesday August 2nd, 2023

SIGNATURE of Plaintiff acting in Pro Per

Todd Michael Schultz