2:23-cv-03452-JAK-MRW

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

    vs.

DEFENDANTS

  MICHAEL C. THOMPSON
  GREGORY R. HOLMES
  YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

MOTION FOR SANCTIONS ON
OPPOSING COUNSEL FOR
DEFAMATION AND PERJURY

Jury Trial Demanded:  YES

_____

    PLAINTIFF TODD MICHAEL SCHULTZ, in Pro Per, requests that sanctions be

placed on Conor D. Tucker per rule 4.1 (1)(2) for his defamatory and untruthful

statements in YouTube LLC.'s (onward Youtube) motion to dismiss. Mr. Tucker is

wrong. I do not "know" that my claims are barred by Section 230 and I am nearly as

certain as one can reasonably be that they are NOT barred. Mr. Tucker misrepresented

my character many times in his motion. He stated that I sought to "vent out my anger on

1

MOTION FOR SANCTIONS ON OPPOSING COUNSEL

Youtube". That is not true. Youtube is potentially liable under applicable laws such as Misprision as well as Fraud. It is a certainty that fraud occurred. All gestures from Google LLC's Youtube insinuate and state as fact that they take down content that violates guidelines. Copyright infringement is also not allowed. The latter is a given based on the materials posted by Mr. Thompson. The former, meaning which guidelines were broken, many is the answer. Many. And my reports, which the ToS encourages users to do in order to protect against bad behavior, if not received, constitute Fraud on Youtube's part, in my opinion. If they received the reports, then it is likely Misprision was going on at Youtube and neither scenario is barred by 230 which "does not change law" per the law's own wording. It is nearly impossible, as Plaintiff sees it that his claims are barred by 230. Thus, Mr. Tucker, in any outcome, must retract and accept sanctions in the form of monetary or injunctive relief to be determined by the court. If the court requires that I request specific relief, I will provide for such a request. Plaintiff requests a retraction and typical relief under similar circumstances.


 Dated Wednesday August 2nd, 2023

                                  SIGNATURE of Plaintiff acting in Pro Per

                                  Todd Michael Schultz

2:23-cv-03452-JAK-MRW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION FOR SANCTIONS ON OPPOSING COUNSEL**