2:23-cv-03452-JAK-MRW

TODD MICHAEL SCHULTZ

818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

    vs.

DEFENDANTS

   MICHAEL C. THOMPSON
   GREGORY R. HOLMES
   YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

MOTION FOR SANCTIONS ON DEFENDANTS MICHAEL C. THOMPSON GREGORY R. HOLMES AND YOUTUBE FOR MISPRISON, WITNESS AND PLAINTIFF INTIMIDATION

Jury Trial Demanded:  YES

    PLAINTIFF TODD MICHAEL SCHULTZ, in Pro Per, requests that sanctions be

placed on both Defendants Michael C. Thompson and Defendant Gregory R. Holmes.

The behavior described in the FOURTH AMENDED COMPLAINT (4AC) has

continued and highly likely, due to improper intimidation on YouTube's Live Chat,

Twitter (currently called "X") and emails from the long time stalker of Plaintiff's

1

MOTION FOR SANCTIONS ON DEFENDANTS

boyfriend. A woman, Soledad Haren has commented often on HL Channel (4AC) and

has participated in Thompson's Livechat's, to the best of my knowledge. Many very

toxic and otherwise harassing emails have come from Ms. Haren. Plaintiff alleges that

Mr. Thompson likely played a role in a major amount of all of this conduct. Conduct has

included using aliases like "Bret Has HIV" in the LiveChat. Let it be known that relief at

the end of this trial must indicate some redress for the functionality that allows for this

type of impulsive and anonymous illegal behavior on Youtube, admittedly, the largest

platform for User Generated Content. YouTube, let it be put in the record, does not

market itself as an "anything goes" type of company. Mr. Thompson knows he is

breaking their terms of service. He is responsible for that behavior. YouTube may be

responsible as well. Provided that they have provided no voluntary redress for the issue

of a functional live chat, they continue to operate with no redress to an issue that I, a

victim, stated. Were I not suing YouTube in federal court alongside Holmes and

Thompson, they would simply be waiting on the outcome of the trial to decide whether or

not Thompson and Holmes' extensive set of illegal activity continues to take place. And

they would have to be aware insofar as they were emailed the FIRST AMENDED

COMPLAINT upon request. A lack of investigation and firm reason based decision is

highly damning, and Plaintiff requests that where appropriate, all defendants be

Sanctioned as the court sees fit. Granted, Plaintiff chooses to continue using YouTube,

Plaintiff does not harass or participate in illegal or harmful behavior when doing so and

MOTION FOR SANCTIONS ON DEFENDANTS

so invokes, if it were at all necessary, his first amendment rights and YouTube's explicit

notice to remove if they take issue with me using their platform. It's the only platform I

have where I can reasonably reach people and play music for them. Plaintiff requests an

injunctive protective order from Michael Thompson and Gregory Holmes, extending to

any conspiracy, meaning that they will testify to aforementioned alleged activities they

are aware of having taken place since May 5ᵗʰ of 2023. Allegations requiring sactions:

1) Mr. Thompson and Mr. Holmes knew of attempts to harass Plaintiff and supported, participated or executed them as of May 5 2023.

2) Mr. Thompson and Mr. Holmes know of attempts to intimidate Plaintiff via Twitter using handles such as "Judge Dooty" featuring mocking and dangerously close to defamation and otherwise significantly corrupt, especially in the context of being a party to said lawsuit for similar conduct.

3) YouTube LiveChats from users such as "GREG CHAR" and usernames related to Plaintiff's Pro Se status were used to intimidate Plaintiff and prevent him from executing his duties as a Pro Se Litigant.

4) Mr. Thompson must answer whether he has ever written or helped to write any of the offensive emails Ms. Haren has sent.

Plaintiff contends that not all speech he finds offensive is harassment. However, in the

context of the matter at hand, such conduct is necessary to be lodged with the court as

3

**MOTION FOR SANCTIONS ON DEFENDANTS**

precisely as possible so that due process for Plaintiff can occur and assure that

Defendants themselves are not engaged in activities to disrupt that process, which would

be the basis for requested sanctions.

Further, Defendant Youtube should be required to admit or deny that Mr.

Thompson's HL Channel, which has since been copyright stricken by myself, after

obtaining an 875 dollar copyright of the videos Thompson posted (meaning Plaintiff

owned the copyright prior to registration, too, or copyright would not have been granted).

They should be sanctioned if after brief questioning, they determine that the channel was

in violation of their guidelines and applicable law, then they are proven to have

committed misprision throughout this case.

Plaintiff is new to the court system, but comfortable asserting the truth as he sees

fit. Plaintiff is always amenable to court instruction provided any mistakes are during use

of the court system at his discretion. Rules are rules, and Plaintiff seeks to follow such

rules.

If the court requires that I request specific relief, I will provide for such a request.

Plaintiff requests acknowledgement of any of the aforementioned conduct or the

misprision of any such conduct, provided the court agrees knowledge of such behavior

(intended to prevent Plaintiff's due process) indeed sufficiently violates Federal Code and

Rule of Law. Plaintiff provides that it is merely possible Thompson and Holmes are not

involved with these activities but very PROBABLE given his knowledge of their

**MOTION FOR SANCTIONS ON DEFENDANTS**

previous conduct. Therefore, Plaintiff finds it fair to lodge and request sanctions if it is found that they are in violation. Plaintiff will lodge the exhibits at the will of the court and stipulation of all parties on naming, but for the sake of this motion, leaves it to the opposing sides to deny all allegations in sufficient detail. Plaintiff has not engaged in this type of activity and can clearly state "No" if asked similar, but reversed claims.

Plaintiff urges the court to determine whether or not the defendants are involved in an intimidation campaign and to sanction them wherever deemed necessary as the harassment is not just hurtful, but harmful to the public discourse and in turn, stimulating intellectual discourse on the internet, which is in the spirit of the internet as regarded in Section 230 A(3) for example.

Dated Wednesday August 2nd, 2023

SIGNATURE of Plaintiff acting in Pro Per

Todd Michael Schultz

_____

MOTION FOR SANCTIONS ON DEFENDANTS