UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>    Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE MOTION TO SET EXPEDITED HEARING DATE (DKT. 58)** |

1

Based on a review of the Motion to Set Expedited Hearing Date (the "Motion" (Dkt. 58)), insufficient good cause has been shown for the requested relief. Therefore, the Motion is **DENIED**, as follows:

As previously stated, the hearing on the pending Motions to Dismiss shall be held on September 11, 2023, which is the first available date on the Court's civil calendar. All parties that wish to appear by Zoom may do so. Any party who elects to do so, shall notify the Courtroom Deputy Clerk by e-mail.

**IT IS SO ORDERED.**

Dated:  August 4, 2023                    _____
                                          John A. Kronstadt
                                          United States District Judge