## <u>MOTION TO EXHIBITS IN SUPPORT OF MEMORANDUM TO OPPOSE DISMISSAL BY YOUTUBE LLC</u>

TODD MICHAEL SCHULTZ

v

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

HONORABLE JUDGE JOHN A KRONSTADT
COURTROOM 10B
350 W 1st St,
Los Angeles, CA 90012
HEARING DATE: SEPT, 11 2023
8:30 AM

Counsel for Michael C. Thompson and Gregory R. Holmes:
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, California  90049
Tel: 310-471-3000  Fax: 310-471-7990
Email:  MHurwitz@lsl-la.com

Counsel for YouTube LLC:
**Conor Tucker (he/him) |**
**Wilson Sonsini Goodrich & Rosati**
1900 Avenue of the Stars, Suite 2800 |
Los Angeles, CA 90067 |
direct: (424) 446-6925 |
Email ctucker@wsgr.com

# Exhibit

# G

# EXHIBIT G



# EXHIBIT

# H

EXHIBIT H



Todd Schultz is about to get thrown out by the Doheny Plaza HOA + SovCit arrested 7-10-21 (REPLAY)

243 views • Premiered Jul 11, 2021

# Exhibit

# I

# EXHIBIT I



# Exhibit

# J

# EXHIBIT J



# Exhibit

# K



Exhibit K