# EXHIBIT AA





Justin says Cassandra is going to prison + Todd admits to arrest & digs even

208 views • Premiered Aug 22, 2021



Omni-Eris
1.87K subscribers

SHAMANWATCH / DOC SAVAGE: https://www.youtube.com/channel/UCVAE...

# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA



### Omni-Eris News Network commented on your video

 The Road To Pop Stardom; Season 2 Ep 2 "Family Values" or "Baseball"

 **Omni-Eris News Network**
Look at the way you talk to your mother today. Shame on you.

**REPLY**   **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066



# EXHIBIT AA



# EXHIBIT AA

Did you mean: hollywood *laughing stock*



**Hollywood Laughingstock**

143 subscribers • 194 videos

This channel is named Negative Inertia because it is the exact opposite of any sort of Momentum that is Positive in nature.

**SUBSCRIBE**

## Latest from Hollywood



**Todd's had too much Coca-Cola 8-20-21 (CLIPPED)**
86 views • 17 hours ago

 Hollywood Laughingstock

Follow me on Twitter @HWLaughingStock I am NOT the person in this video. These videos are being mirrored for documentary ...

New



**Todd Schultz continues his campaign for Los Angeles Mayor from Red Roof Inn 8-20-21 (CLIPPED)**
69 views • 17 hours ago

 Hollywood Laughingstock

Follow me on Twitter @HWLaughingStock I am NOT the person in this video. These videos are being mirrored for documentary ...

New

+8 MORE

# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA



**GameCheck (The Official)**
152 subscribers

**HOME**  VIDEOS  PLAYLISTS  CHANNELS  DISCUSSION  ABOUT



Todd writes the Hollywood Laughingstock theme song live o...
426 views • 4 weeks ago

Todd writes the Hollywood Laughingstock theme song live o...

Needs a little more development Todd but it has potential. When Tonya came up with your name, who knew it would stick like this?!

Follow me on Twitter @HWLaughingStock

All the videos, songs, images, and graphics used in the video belong to their respective owners and neither I or this channel
READ MORE

**Uploads**   ▶ PLAY ALL

    

| 2:58 | 52:50 | 0:09 | 7:33 | 2:04 |
|---|---|---|---|---|
| Need a hit? I've got a bat! | TURD VS. THE ORDER (TM) - ROUND INFINITY 8-22-21... | TMI | Todd Schultz claims gangstalkers are using... | Todd Schultz explains how the Doheny Plaza staff wer... | Todd Sch... Jeff Rags... |
| 42 views • 5 hours ago | 201 views • 1 day ago | 207 views • 3 days ago | 104 views • 3 days ago | 160 views • 3 days ago | 51 views • ... |

# EXHIBIT AA

    

# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA



# EXHIBIT AA


**Todd calls police on me again, threatens to file a...**
142 views • 2 weeks ago


**TODD'S COMPLETE ULTIMATE MELTDOWN 7-...**
348 views • 2 weeks ago


**Todd Schultz repeatedly drops the N bomb in a...**
184 views • 2 weeks ago


**A weepy Todd gets tricked by "Justin Ray" into saying...**
205 views • 3 weeks ago


**Todd calls police on me for being part of a celebrity-...**
136 views • 3 weeks ago

# EXHIBIT AA

   

# EXHIBIT AA






# EXHIBIT AA

