TODD MICHAEL SCHULTZ

818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

   vs.

DEFENDANTS

   MICHAEL C. THOMPSON
   GREGORY R. HOLMES
   YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

MOTION FOR SANCTIONS ON DEFENDANTS YOUTUBE LLC AND MICHAEL C. THOMPSON VIOLATING 17 U.S.C. § 107 THE FAIR USE DOCTRINE AND POTENTIAL RETAILAION/ SUPPRESSION OF EVIDENCE

Jury Trial Demanded:  YES

   PLAINTIFF TODD MICHAEL SCHULTZ, in Pro Per, requests that sanctions be placed on YouTube LLC (Onward Youtube) And Michael C. Thompson (onward Thompson) for violating Plaintiff's rights to fair use of material in a published video. Thompson has a video called "TRUE SHAMANISM + How to be a gangstalker." In a livestream, which means none of Mr. Thompson's video appeared on my screen, only me.

1

**MOTION FOR SANCTIONS ON OPPOSING COUNSEL**

I was playing this video to demonstrate what Mr. Thompson was likely doing to me, which pertains to the matters in this case, but also, criticizing Thompson's words for the public interest. The title of the video itself should tell you what type of content I meant to emphasize and bring to the attention of the public for the sake of ending Thompson's behaviors, which is further underlied by the entirety of my FOURTH AMENDED COMPLAINT now before this court.

    YouTube LLC conspired with Mr. Thompson by upholding I find Mr. Thompson and YouTube would struggle to state why it wasn't fair use. If they cannot successfully argue that Plaintiff's use of Thompson's content, was most likely fair use, then it might be said, YouTube also violated the Fair Use Doctrine. Due to the contents of the video the Plaintiff was playing, it's possible that YouTube and Thompson are conspiring hide evidence, to put it plainly. This video, which was published on YouTube describes "Gangstalking". Further, at the moment, I cannot even watch the video. YouTube has REMOVED the video from my channel. So, even tough I cannot review it myself, I did get one chance, before responding to YouTube's takedown notice, and it seemed, that there was audio, less than 10 minutes I believe, used from "TRUE SHAMANISM + How to be a gangstalker", and I'm mostly certain only audio (as I was livestreaming). Defendants would both stand to gain from this content not being available to the public, and it is fairly obviously fair use. Warning the public about a potential threat, is not copyright theft. My video was 70 or so minutes long. The copyright strike is for 2

minutes or so in the latter half. Fair use content usually falls below 10 percent of the copyright used during the entire video. My video was 80 minutes (at least) and this was two minutes. 10 percent is 7 minutes. This means, that less than 5 percent of "audio only" on a topic I am deeply concerned about, am critical of, and sought to comment on. SEE EXHIBIT AAA attached.

    I have conferred with both parties on the issue. Both of them used the same language, indicating "I don't know anything about that." Mr Tucker then went on to say he didn't know much about "IT stuff". I believe his firm Wilson Sensoni is known particularly as a "Silicon Valley Firm".

    In light of these facts, I ask that the court provide injunctive relief in reinstating my video and sustain court sanctions proportionate to what may be retaliation or suppression of evidence, but at the very least, is a violation of the fair use doctrine against someone who they are both in court with. I declare this is true under penalty of perjury.

Thursday August 10th, 2023

                          Signed by

                          Todd Michael Schultz

                              In Pro Per

# EXHIBIT AAA

## Copyright strikes

If you get 3 copyright strikes, your account (along with any associated channels) will be subject to termination.

Learn more about copyright strikes

### Content removed

The following videos have been removed from YouTube due to a copyright takedown request

**Strike on August 3, 2023**  Expires in 84 days
Content removed by Michael C. Thompson

| Video | Content used | Actions |
| --- | --- | --- |
| New Space - Old Busi… 1:20:16 Created Jun 1, 2023 Content found during: 1:06:40 – 1:08:28 | TRUE SHAMANISM: demonic po… | SELECT ACTION Counter notification Rejected |