<u>MOTION TO EXHIBITS IN SUPPORT OF MEMORANDUM TO OPPOSE DISMISSAL BY MICHAEL C. THOMPSON AND GREGORY R. HOLMES</u>

TODD MICHAEL SCHULTZ

     v.

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

HONORABLE JUDGE JOHN A KRONSTADT
350 1st W. Street.
Los Angeles, CA 90012
COURTROOM 10B
CENTRAL DISTRICT OF CALIFORNIA IN LOS ANGELES

HEARING DATE:
SEPTEMBER 11th, 2023
8:30 AM

Counsel for Michael C. Thompson and Gregory Holmes:
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
TEL: 310-471-3000 FAX: 310-471-7990

Counsel for YouTube LLC
Conor D. Tucker (he/ him)
Wilson Sonsini Goodrich & Rosati
1900 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
direct (424)446-6925
Email: ctucker@wsgr.com

# EXHIBIT BA

house ? Lol

 Steven Ronan  i know

 reamce  I consulted my attorney about you and he said to prove defamation a reasonable person would have to find your words credible and cause damage. He said no reasonable person would find you credible.

 nic pau  Michael and Todd are so obsessed with each other

Tonya Allemand  He doesn't have to tell you that.

nic pau  It's insane

Alexander Urqhart Jensen  I love how Tonya, Varonika, Michael, Reamce, Robin and others

# EXHIBIT BA



# EXHIBIT BA



# EXHIBIT BA



# EXHIBIT BA

Michael is no excuse. There is no excuse for what you do. You should check yourself

**Alexander Urqhart Jensen**  @Leo Kohl You said you left. Sooo?

afar. I was always under the as

**reamce**  @Leo Kohl Taking responsibility for his statements and just saying "I was wrong and not thinking correctly due to my issues" would END everything with everyone. I don't know how to wake him up.

d to speaking with Fawn soon
ng like Iran Contra, of course.

**Leo Kohl**  *Message deleted by Good work!.* *View deleted message*

**Leo Kohl**  *Message deleted by Good work!.* *View deleted message*

**Dog Gerel**  You cannot use the courts as an instrument of harassment because you are hurting Todd.

**Leo Kohl**  *Message deleted by Good work!.* *View deleted message*

*Leo Kohl was hidden by Good work!.*

**Tonya Allemand**  Exactly Leo

**Tonya Allemand**  Todd play The Heart Wants What It Wants. Please.

'em badboys later. Lovin' me n

# EXHIBIT BA



EXHIBIT BA



# EXHIBIT BA





EXHIBIT BA

# EXHIBIT BA



guidelines.

# EXHIBIT BA

LEARN MORE

⚠ This message is held for review.

 **Baron von Elmo**  *nobody cares you junkie. give it a rest*

| SHOW | HIDE |
|------|------|

⚠ This message is held for review.

 **Baron von Elmo**  *prepare yourself loser*

| SHOW | HIDE |
|------|------|

 Baron von Elmo   you have no power lol

# EXHIBIT BA



# EXHIBIT BA



Johnny300794  I'm not saying YOU need to go to rehab. I'm just not agreeing that Rehab = Prison



Johnny300794   and yeah you seem much better



Betty's Bed & Breakfast   Hi, Todd. This is Robin. A friend told me that you were over here with my name in your mouth. Yet, you blocked me.

Betty's Bed & Breakfast   Even though I've been yeeted from The Order, I hope Michael never stops what he's doing

Hollywood Laughingstock (The Official)

Say something...

Gaming Worlds. The information you provide will only be used to administer ...kes. SWEEPSTAKES ARE VOID WHERE PROHIBITED BY LAW. For def...

...ty          Responsible Social Gaming          Contact us

Cookie Settings



Gaming is addictive.
Please play responsibly.

# EXHIBIT BA



# EXHIBIT BA



your privacy and abide by our community guidelines.

**LEARN MORE**

**B**  Bret has HIV   who got better call sauls pantys in a knot

*an-Computer Interaction*, Berks

**Good work!**

Say something...

0/200

duct joint research. tomers can be r
of do- Services and products can be
rover, and by whomever. The digital

# EXHIBIT BA



# EXHIBIT BA

 **Tolkien Study** 🔧 Heart of the matter

 Baron von Elmo you guys should team up he will love you

 Baron von Elmo just like Justin did!

 **Tolkien Study** 🔧 Yes

 **Tolkien Study** 🔧 Vsroniks please don't swear

 Baron von Elmo I'm trying to get down! to the heart of the matter!

 Baron von Elmo I can't lie I have been dreaming of this day to co.e

 Baron von Elmo come ⋮

 **Tolkien Study** 🔧 Are you a Christian? Yes I am today!!!!

 Baron von Elmo me too! halleloo!

 Varonika Maeigh He's back on the stuff.

 **Tolkien Study** 🔧 

 Baron von Elmo thank the Lord V

 Thilliuth Thodduth Isn't that the apartment you were thrown out of? Is this you CLEAN..? Oof...

 Baron von Elmo we have been sorely lacking a main event cow

 **Tolkien Study** 🔧 Such a good song dude

Baron von Elmo did the neighbors clear you to play again? obviously Bret isn't home

**Hide chat replay**

# EXHIBIT BA



 **The Egg Man**  What is a black out junky?

 **Kolchak**  Wanting it to end is not a crazy thought. I doubt Youtube would ever do anything, though.

 **COOTER - THE DUMP GUY**  Hi Todd, You know we have the cop video you posted, genius. Right?

 **COOTER - THE DUMP GUY**  When you were in a pants pissed state and sloppy drunk.

 **Kolchak**  You don't drink.



 **Hollywood Laughingstock (The Official)**

Say something...



0/200





# EXHIBIT BA



EXHIBIT BA

 Welcome to live chat! Remember to guard your privacy and abide by our community guidelines.

**LEARN MORE**

 David Bucky  where did you go to law school yale? or harvard?

 KRideXpress  satire tho

 Lucille Purr  better call saul really went down hill

 Lucille Purr  so parody?

 KRideXpress  "fair" isn't set by your suppositions and dictations

 Bret has HIV  you should probally cut back on the adderall its not helping you articulate your thoughts 😅

 Portten  remember lionel hutz from the simpsons? this is him now. feel old yet?

 **Good work!**

Say something...

Screen Shot 202....png   ⌃

Show All

Live chat

EXHIBIT BA

**Glory Howl**  Take Five by Dave Brubeck

**Bret has HIV**  at least take me to dinner first todd

**Glor   Ho vl  l tw, R ar ce ca  play pia o an l harpsichord,and makes (from what I understand) good money from it. How much did your last single make, did it chart anywhere?

**Bret has HIV**  i dont consent todd to have u take pics of my words 😄

**Carey Hunt**  Time to start yelling at podcasts, Todd?

**Bret has HIV**  who is it

**Bret has HIV**  drug dealer? or lawyer? or both? 😄

**Bret has HIV**  maybe hes trying to be interviewed 😄

**Bret has HIV**  hes gonna take downg yt then google then the big music then the world! 😄

**Bret has HIV**  todd are u okay your ok your ok todd youve been struck by a non criminal 😄

**Carey Hunt**  "I believe I can plummet to a painful death" by R Flammie Kelly 🎤

**Bret has HIV**  😄😄😄

**Bret has HIV**  r kelly performed it live at flamie funeral

**Bret has HIV**  he works as brets pet

**Henners**  I think the Nigerian guy he keeps talking to on Twitter is trying to get money out of him and the answers to the password recovery questions.

**Henners**  "Todd I am just making conversation but what was the name of your first childhood pet?" Do not connect on WhatsApp ffs 🤦
omg.

**Bret has HIV**  i have trauma my parent yelled at me one time idk if they have that their in africa all you guys have is child soldiers

**Henners**  Yesterday he was advising this guy in Nigeria to use their legal system to sue and he was saying America was JUST as corrupt as Nigeria

**Henners**  I mean when someone says Gospel the first thing that comes to mind is Sk8r Boi

**Bret has HIV**  😄😄😄😄

**Bret has HIV**  hell sue you to nigeria guy

**Bret has HIV**  todd he just wants money

**Henners**  He seems like a scammer. They have your WhatsApp now

EXHIBIT BA



Live chat

KRideXpress why don't you just get off of YouTube i you re against their policies so much

Glory Howl DONT TALK THE TALK IF YOU AINT GONNA WALK THE WALK. AQUÍ ESPERO TU ORDEN DE EXTRADICION 🤣 🤣 🤣 🤣

Lunarsparkles1 When someone calls I'll field the call

Glory Howl A que horas mandas la orden de extradicion? Je voudrais le papier asap

- Forever Conscious Research Channel Todd....Let's not forget Michael set all those videos to private at one point and asked you to not say his name. Then you came back only to start it all up again with him. Do you acknowledge that?

Glory Howl Te estas tardando mucho con la orden de extradicion, que paso? No nada? Boooo

Lunarsparkles1 no here in this chat

Glory Howl Na he won't acknowledge that. Lolcows lack higher understanding and logic

Lunarsparkles1 thank you for playing keyboard

Lunarsparkles1 I'm not going on streamyard etc

Glory Howl You know how long it took el chapo and other drug dealers to get extradited? and they commited serious crimes?

Lunarsparkles1 if anyone calls me I willanswer

KRideXpress then log off!

Glory Howl No sirves para nada jajaja, ni siquiera entiendes la diferencia entre gobierno y compañias privadas

Glory Howl Is this why Brett sent you to the basement? 🤣 🤣

Lunarsparkles1 just ignore me or call me

Glory Howl Tienes envidia que hablo y escribo 4 idiomas mejor que tu?

Lunarsparkles1 (it'salandline)

- Forever Conscious Research Channel so because I pointed out the truth of why the second season began you scream? Yes or no...did you start this all up *again* on your own? Is there any accountability? or just deflection

Lunarsparkles1 maybe talk this over at a later date

Glory Howl Andale que tan lento? No pasa papi, no eres especial no eres el único pelígrito del mundo. O que, no sabes que

Good work!

Say something...

# EXHIBIT BA



# EXHIBIT BA



26

# EXHIBIT BA

**Dewi666**  he off his meds again?

**S'kum Baagh**  the need for attention is proving to be the biggest grave shovel of li

**I-LiveUnderABridge**  hes either overly medicated or off the street drugs

**S'kum Baagh**  there's quite a bit of mechanics going on to even go "live" on youtube - sure, phone lives are less work but often you are camera/mic and youtube studio set up. every button you pressed to go "live".

**S'kum Baagh**  .is a terms of service acknowledgement

**S'kum Baagh**  i'll never understand why you wouldn't just create music or play into your strengths instead of feeding this.

**S'kum Baagh**  must be maddening, must be hell

**I-LiveUnderABridge**  he doesnt know what hes talking about at all its like watching a monkey try to explain astro physics

**I-LiveUnderABridge**  they dont though

**S'kum Baagh**  its a private business! they care about money. they DO NOT give a sh*t about your fights with other small creators over videos YOU produce

**Dewi666**  *[message retracted]*

**Dewi666**  so can someone give the reader digest version of his issue?

**S'kum Baagh**  if you were actually speaking to council they would tell you to delete youtube

**Dewi666**  gang stalking seriously. Brett Todd is on drugs again.

**S'kum Baagh**  there are better cases for truer, more positive outcomes concerning your issues than yours. perhaps piggyback on one that is meaningful

EXHIBIT BA



discuss the alleged bodycam footage of Michael with you?

I-LiveUnderABridge  the truth is your beyond delusional and wasting your time

I-LiveUnderABridge  i believe todd is guilty of killing flammie

I-LiveUnderABridge  justice for flammie !

James Fartswell  Your complaints are non-compliant and completely deficient.

I-LiveUnderABridge  this is boring he repeats himself and is clearly under the influence of something right now

I-LiveUnderABridge  yea this is boring now watching a junkie grasp at invisible straws l8r yall

Henners  No it arose from your use of service

Henners  You're the one posting these videos.

James Fartswell  It is embarrassing how ignorant he is to the Federal Rules of Civil Procedure. He definitely needs to read Rules 11 and 15. All this conjecture means nothing. You don't get ten bites at the apple 😂

Henners  And what reasonable steps did you take to prevent this from happening?

Henners  A tussle over his phone? His phone you say you don't control? Hmmmm

James Fartswell  Live it up man. You are in for the shock of your life. This madness will be dispatched to the land of misfit lawsuits.

I-LiveUnderABridge  your not even gonna make it to a room with a yt lawyer clown

I-LiveUnderABridge  im gonna sue you for wrongful death of flammie

James Fartswell  You don't need to drop this. It will be thrown out. Your ignorance is staggering. You need to go to a real pro se workshop. Research attorneys will be reading your claim and secretly laughing inside

Thilliuth Thodduth  ... of the night for a piss - there he is again...

I-LiveUnderABridge  so he has one b.s. lawsuit and is exaggerating and making up everything else

I-LiveUnderABridge  SUE YOUR PARENTS FOR PUTTING YOU IN YOUR BROS POOPY PJS 😂

Thilliuth Thodduth  Michael will be streaming Saturday but everyone in Todd's chat AT THE SAME TIME is Michael...

James Fartswell  If you have attempted ex parte communication with the judge and he didn't instruct you to stop, you are both in trouble. All of this "I talked with the judge" BS is a tell of how ignorant you are

I-LiveUnderABridge  imagine if the world

Top chat

else

I-Live Ind rAE ug SL E YOL FARENT FOR
PL TT NG OU IN OUR BROS OOPY P S 🤣

Thilli th T od th Mic ael w l be stre: ing
Saturday but everyone in Todd's chat AT THE
SAME TIME is Michael...

James Fartswell   If you have attempted ex
parte communication with the judge and he
didn't instruct you to stop, you are both in
trouble. All of this "I talked with the judge" BS is
a tell of how ignorant you are

I-LiveUnderABridge   imagine if the world
worked like he thinks this is gonna! im suing
my teacher cuz she gave me a B instead of a A
and it ruined my confidence so lost wages i
was gonna be a billionaire

I-LiveUnderABridge   who wtf is he on about?

I-LiveUnderABridge   this is the only part of this
whole thing hes gonna enjoy is this breif
attention hes getting

I-LiveUnderABridge   yea im suing todd for
hurting my ears when he attempts music

James Fartswell   You are in legal jeopardy and
you don't even know it. At this pace, you will be
adjudicated a vexatious litigant in no time. You
do realize that the defendants can file
counterclaims, don't you?

Henners   Todd's actions here are going to cost
Bret a fortune.

James Fartswell   Of course they don't agree,
they want to hook you for another ten sessions

David Bucky   why would you say "do your
worst" if you were gonna sue him

James Fartswell   We are here in your live chat
because it is open. AND you don't moderate
your own chat.

Henners   The outcome todd wants is for him
to have a platform to say whatever he wants
about anyone without recourse.

Jack rabbito   Who is Bret?

James Fartswell   He is really connecting the
dots 😊

Henners   His boyfriend/keeper is Bret Easton
Ellis, if you can believe it

Jack rabbito   The guy who directed American
psycho?

Jack rabbito   Or wrote the book rather?

Henners   Who wrote the book yes. Really
disappointing. Imagine living with this!

Jack rabbito   That's sad, man. I hope this
dudes okay. I have no dog in this fight, I just
came across his streams but he saw that my
name is Michael and started accusing me of
stalking him.

James Fartswell What about the stream when

Good work!

Live chat ⌄    ⋮

James Farswell  in fact, your continued efforts to make unsubstantiated public allegations against these parties may be defamatory on their face. you have claimed irrefutable evidence but have produced none.

Pingus Dingus  Can we compel Todd to do a filed sobriety test?

Pingus Dingus  field

D S  PREPONDERANCE

Clarence DARROW  YOU ALREADY alleged that such accounts ARE Mr Thompson...if that can be proven FALSE, you are DONE

D S  Crazy this dude is almost 40. 😂

Clarence DARROW  I will fly out to LA to drown you in paperwork and pavement

James Fartswell  The defendants may have have grounds to have the court order that the plaintiff be examined by a psychologist of their choosing. If this even goes that far

D S  ZzZzZzZzZzZz

Clarence DARROW  Mr Jones will DROWN you, so why are you even TRYING

Pingus Dingus  What happened to his face?

Pingus Dingus  Or is he legit a chimpanzee?

ProSeDoandAwayWeGo  I would ask you to grow tf up.

James Fartswell  it is spoliation, not "spoilation". reminds me of Mary J. "hateration"

Pingus Dingus  Do you get a lot of jailtime for teasing folks now?

Clarence DARROW  Hateration Obviation

Pingus Dingus  Exhibit T - Todd's Toupee

Portten  imagine seeing the court session for this on tv

Prostate Pete  Can we also submit Todd's dentures int evidence?

ProSeDoandAwayWeGo  This reminds me if when my friends and I would play kangaroo court on the playground.

Clarence DARROW  TOAD why have you been relegated to a pantry???

Clarence DARROW  Who is Mr Holmes? SHERLOCK???

ELEPHANTS GERALD  Is Todd sleeping under a bridge now?

ELEPHANTS GERALD  @Clarence DARROW That's right



Todd Michael

Say something...

Live chat

E X H B I T A

**Jimmy Mole** @Portten I think it's more "Drivel

**Jimmy Mole** Mr Shultz - currently a tapeworm

**D S** I have never heard so many words with so little meaning in my entire life. You gotta make arguments tighter, dawg.

**Clarence DARROW** Amy Winehouse wants to KNOW

**James Fartswell** in fact, your continued efforts to make unsubstantiated public allegations against these parties may be defamatory on their face. you have claimed irrefutable evidence but have produced none.

**Pingus Dingus** Can we compel Todd to do a filed sobriety test?

**Pingus Dingus** field

**D S** PREPONDERANCE

**Clarence DARROW** YOU ALREADY alleged that such accounts ARE Mr Thompson...if that can be proven FALSE, you are DONE

**D S** Crazy this dude is almost 40. 😂

**Clarence DARROW** I will fly out to LA to drown you in paperwork and pavement

**James Fartswell** The defendants may have grounds to have the court order that the plaintiff be examined by a psychologist of their choosing. If this even goes that far

**D S** ZzZzZzZzZzZz

**Clarence DARROW** Mr Jones will DROWN you, so why are you even TRYING

**Pingus Dingus** What happened to his face?

**Pingus Dingus** Or is he legit a chimpanzee?

**ProSeDoandAwayWeGo** I would ask you to grow tf up.

**James Fartswell** it is spoliation, not "spoilation". reminds me of Mary J. "hateration"

**Pingus Dingus** Do you get a lot of jailtime for teasing folks now?

**Clarence DARROW** Hateration Obviation

**Pingus Dingus** Exhibit T - Todd's Toupee

**Portten** imagine seeing the court session for this on tv

**Prostate Pete** Can we also submit Todd's dentures int evidence?

**ProSeDoandAwayWeGo** This reminds me of when my friends and I would play kangaroo court on the playground.

**Clarence DARROW** AD why have you been

31

EXHIBIT DA



Live chat ⌄

th ⁃ conducted in the federal system. m ⁃ ybe
De ⁃ p ⁃ Heard ⁃ tuc ⁃ the docket an ⁃ analyze
th ⁃ motion practice

**J**  James Fartswell  your family will be deposed
Todd. especially if you are claiming that your
parents abused you. Bret will be deposed. the
police who did the wellness check and the DV
report will be deposed

**J**  James Fartswell  is "Brett Easton Ellis Books"
a registered entity in CA?

**J**  James Fartswell  your entire social media
history will be preserved Todd. all public
statements that you have made will be
searchable. all of your business emails and
text messages. all electronic communications

**J**  James Fartswell  you better do it legally

**J**  James Fartswell  you were dancing with the
bird who was crawling on your body.

**J**  James Fartswell  did you accidentally roll over
on top of flammie?

**J**  James Fartswell  how do you know that your
negligence did not cause his death?

**J**  James Fartswell  Did you leave the balcony
sliding door open?

**J**  James Fartswell  #justiceforflammie

**J**  James Fartswell  no further questions for this
witness

**J**  James Fartswell  yes

**J**  James Fartswell  objection...non-responsive

**⬤**  The Antinatalism Zone  Wtf?

**J**  James Fartswell  I am not Mr. Thompson your
honor

**J**  James Fartswell  objection argumentative

**J**  James Fartswell  neither do you

**J**  James Fartswell  you can't say for sure that a
bird, who you had custody of (as caregiver)
was not harmed or killed through your
negligence

**⬤**  The Antinatalism Zone  This guy is the true
Patrick Bateman

**J**  James Fartswell  in fact, the witness has
stated as much that he may have been
negligent

**J**  James Fartswell  court is in recess...all rise

**⬤**  The Antinatalism Zone  Hip to be square

**⬤**  The Antinatalism Zone  Bret has written this
guy into existence  ⬇

**J**  James Fartswell  court is in session

Live chat ⌄

EXHIBIT BA



W lco ne t live chat! remembe to uard
yo r p vac and abide by our co mun ity
gu del....

**LEARN MORE**

**I** Incognito  Keep up the teaching. Wishing you good luck.

David Gottschalt  For someone who's obsessed with suing you think he'd know how to actually talk lmao

ProSeDoandAwayWeGo  He IS an awful speaker.

ProSeDoandAwayWeGo  His closing argument, "A be a be a be a, thats all folks!"

**J** James Fartswell  what did happen to the bird?

**J** James Fartswell  have the defendants waived their right to a jury trial?

**J** James Fartswell  this "mock trial" does not accurately depict what actually occurs in the pretrial and trial settings. You may be setting yourself up for disappointment.

**J** James Fartswell  maybe watch a defamation trial conducted in the federal system. maybe Depp v. Heard. study the docket and analyze the motion practice

**J** James Fartswell  your family will be deposed Todd. especially if you are claiming that your parents abused you. Bret will be deposed. the police who did the wellness check and the DV report will be deposed

**J** James Fartswell  is "Brett Easton Ellis Books" a registered entity in CA?

**J** James Fartswell  your entire social media history will be preserved Todd. all public statements that you have made will be searchable. all of your business emails and text messages. all electronic communications

**J** James Fartswell  you better do it legally

**J** James Fartswell  you were dancing with the bird who was crawling on your body.

**J** James Fartswell  did you accidentally roll over on top of flammie?

**J** James Fartswell  how do you know that your negligence did not cause his death?

**J** James Fartswell  Did you leave the balcony sliding door open?

**J** James Fartswell  #justiceforflammie

**J** James Fartswell  no further questions for this witness

**J** James Fartswell  v

Live chat ⌄

Portten imagine seeing the court session or this on tv

Fost te Fate Can e also submit Todd's dentures int evidence?

ProSeDoandAwayWeGo   This reminds me if when my friends and I would play kangaroo court on the playground.

Clarence DARROW   TOAD why have you been relegated to a pantry???

Clarence DARROW   Who is Mr Holmes? SHERLOCK???

ELEPHANTS GERALD   Is Todd sleeping under a bridge now?

ELEPHANTS GERALD   @Clarence DARROW That's right

Portten   the secret witness has to be peter fay!

James Fartswell   Todd, honestly, this whole "mock trial" thing is an exercise in futility. This is why it is recommended that the parties shut-it

ProSeDoandAwayWeGo   You should poop in one hand and weigh the evidence in the other. The poop will weigh more.

ELEPHANTS GERALD   He's also suing Elmer Fudd

ELEPHANTS GERALD   Wait - suing for hurt feefees? Hahahaha

James Fartswell   All you have to do is turn off the chat.

D S   Lmao

ELEPHANTS GERALD   Remember folks, Todd is only 23 years old.

D S   The most shot out 23 year old in history.

ELEPHANTS GERALD   It's called Methclown Chic, I think

Clarence DARROW   Mr Jones has no idea who you are, he's just protecting me, ya FOOL

ProSeDoandAwayWeGo   Confabulation is not admissible ina court of law.

James Fartswell   Honestly, this is the closest that you will get to having a verbal interaction with this judge

D S   And is this "partner that loves you" in the room with you now…? 🤔

ELEPHANTS GERALD   Todd actually thinks he's in court, right now.

D S   [message retracted]

Clarence DARROW   YOU ARE INITIATING contact you CHILD get those screenshots



Say something...

    0/200   ➤