# EXHIBIT CA



# EXHIBIT CA

Show this thread

 **Tyler A. Dee** 🧡 @TylerThaFox · 7h

While also simultaneously uploading the original unedited videos to a Google drive account. And the description of the edited videos I will link to the unedited video. So Justin can suck my balls. It will be worth the tedious effort to keep him squirming

      4     

Show this thread

 **Tyler A. Dee** 🧡 @TylerThaFox · 7h

Justin has issued copyright takedowns to remove my mirrored videos of him making death threats to children and adults. He's probably going to be gloating tomorrow. Meanwhile, I will be working to ensure that the videos will be re-uploaded in a way that he can't do anything about

💬 1          ♡ 5     

Show this thread

**Promoted Tweet**

 **Reuters** ✓ @Reuters

# EXHIBIT CA

 **Tyler A. Dee** 🧡🌈🗽 @TylerThaFox · 5h

I'll make Todd a deal. I'll take down all of the videos and I mean every last one of his own clips, but I'm going to need a legit and sincere apology to every person that he has been slandering. And I mean every single one.

💬 1       🔁       ♡       ⬆

Show this thread

---

🔁 **Tyler A. Dee** 🧡🌈🗽 Retweeted

 **Reamce** 🐙🏳️‍🌈 @Reamce1 · 6h

Replying to @BEEs_Assistant @allemandtonya and @BretEastonEllis

Todd it is absolutely undeniable that not one of us said a single word about you in over two years. There is NOT A WORD from us until after February 28 when YOU made a video saying the most awful things imaginable about us. If you post things like that, EXPECT A RESPONSE.

💬 1       🔁 2       ♡ 4       ⬆

---

 **Tyler A. Dee** 🧡🌈🗽 @TylerThaFox · 5h

Everyone on the face of the planet is a narcissist except for Todd and people who kiss his ass.

> 🖼 **Bret's Assistant** @BEEs_Assistant · 7h
> Another narcissistic agent that is trying to cause me harms
> twitter.com/allemandtonya/...

💬       🔁       ♡       ⬆

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 27

Here is the second of what will be three Justin mirror channels if he wants to try to get smart again.



Azazel the Sodomizer
🔗 youtube.com

💬 1   🔁 2   ♡ 8   ⬆

---

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 27

Everything I made today I'm uploading to a second channel with the exact same tags/title. If I get bored I'll do it on a third channel. Fuck you, Justin!

💬   🔁   ♡ 6   ⬆

---

**Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 27

I've been editing these Justin videos and this just popped up in the playlist lol

"Weird" Al Yankovic - Amish Paradise (Official Parody of "Gangsta's Para... youtu.be/lOfZLb33uCg via @YouTube



"Weird" Al Yankovic - Amish Paradise (Official Pa...
Watch the official music video for "Amish Paradise" performed by "Weird" Al YankovicMusic video by ...
🔗 youtube.com

💬 1   🔁   ♡ 8   ⬆

---

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 27

Justin Lewis Ray shares his thoughts on tampering with evidence, i.e. hiding it (MIRROR) youtu.be/EpEuZkssID4 via @YouTube



Justin Lewis Ray shares his thoughts on tamperin...
All the videos, songs, images, and graphics used in

# EXHIBIT CA



# EXHIBIT CA



# EXHIBIT CA

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 28

Why don't you just sue me as you have repeatedly threatened to do Todd? Is it because I have a number of videos revealing that you have broken the law?

> **Bret's Assistant** @BEEs_Assistant · Apr 28
> Replying to @DoctorRamani and @YouTube
>
> Doctor Ramani, this guy Michael Thompson is stalking me online, constantly slandering me and harassing me. This is just the latest example. He is a psychopath and I am not sure what I can do about it.
>
> **Undo**
>
>  Replying to @BretEastonEllis and @BEEs_Assistant
>
> Would YOU do business with Bret's boyfriend?
>
> youtube.com/watch?v=s5JqT3...
>
> 💬   🔁   ♡   ⬆

💬   🔁   ♡ 1   ⬆

🔁 Tyler A. Dee 💛🌈🗽 Retweeted



EXHIBIT CA

Jesus H. Christ replied to your reply on daniel v's comment

  Walking In Memphis (Todd Michael Cover of Marc Cohn)

**Jesus H. Christ**

Todd Michael Schultz The not talented one is called Todd.

**REPLY**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

outube.com>



Jesus H. Christ replied to your reply on JC Isadore's comment

  "Lana Del Rey" - Todd Michael Schultz



**Jesus H. Christ**

Todd Michael Schultz You're welcome...

**REPLY**

# EXHIBIT CA



**Beeble Brox commented on your video**

 a Todd Michael Schultz retrospective - "Walk Away From My Heart"



**Beeble Brox**

If you have to explain the song to people, it sucks. Period.

**REPLY    MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

# EXHIBIT CA

**YouTube** <noreply@youtube.com>  Unsubscribe
to me

Wed, Mar 24, 2021, 3:35 PM



Chief Handler, your owner commented on your video



Jugarme

**Chief Handler, your owner**
Say no to drugs, kids.

**REPLY**   **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 **YouTube**, LLC 901 Cherry Ave, San Bruno, CA 94066

 

 Reply    Forward

# EXHIBIT CA



**YouTube** &lt;noreply@youtube.com&gt; Unsubscribe

to me

Fri, Mar 5, 2021, 1



**Omni-Eris News Network commented on your video**

 Wonderwall Todd Michael

 **Omni-Eris News Network**

One of the worst things I've ever heard lmao

**REPLY**   **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

 Reply   Forward

# EXHIBIT CA

Omni-Eris News Network has subscribed to you on YouTube!   Inbox

YouTube <noreply@youtube.com>   Unsubscribe   Tue, Mar 2, 2021, 3:03 PM

to me



 **Omni-Eris News Network** has subscribed to you on YouTube
611 subscribers

Channels who subscribe to you will be notified when you upload new videos or respond to others' videos (by favoriting, commenting, rating, etc). You can control which of your actions are publicly visible by going to your Sharing settings.

Help Center • Email options • Unsubscribe

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

Reply   Forward

# EXHIBIT CA

**New comment on "The Road To Pop Stardom Season 2 Episode 1"**  Inbox

 **YouTube** <noreply@youtube.com> Unsubscribe                    Tue, Mar
to me



Omni-Eris News Network commented on your video

  The Road To Pop Stardom Season 2 Episode 1

  **Omni-Eris News Network**

Damn bro, two months has done quite the number on you. Lol

**REPLY**    **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can **unsubscribe**.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

 Reply     Forward

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · 22h

Todd's Total Meltdown part 4. Todd is going to send me to prison 4-28-21 (CLIPPED) youtu.be/BHpVcvi9CSA via @YouTube



Todd's Total Meltdown part 4: Todd is going to se...
I am NOT the person in this video nor do I agree with any of his opinions, statements, beliefs or ...
🔗 youtube.com

   ♺ 2      2     

 **Tyler A. Dee** 💛🌈🗽 @TylerThaFox · 22h

Todd admits that he is on drugs and denies he has ever "doctor shopped" 4-28-21 (CLIPPED) youtu.be/y9XOjlP_ILQ via @YouTube



Todd admits that he is on drugs and denies he ha...
I am NOT the person in this video nor do I agree with any of his opinions, statements, beliefs or ...
🔗 youtube.com

   ♺ 2      2     

**Tyler A. Dee** 💛🌈🗽 @TylerThaFox · 22h

Todd speaks to the success of his 11yr relationship with acclaimed author Bret Easton Ellis 4-28-21 (CLIPPED) youtu.be/ClHXZN6Uy10 via @YouTube



Todd speaks to the success of his 11yr relationshi...
I am NOT the person in this video nor do I agree with any of his opinions, statements, beliefs or ...
🔗 youtube.com

 2      2

# EXHIBIT CA




**Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 28
Todd (@BEEs_Assistant) is so stupid that he, a gay Jewish man, is defender ng a homophobic anti-Semite who said he's going to kill all gays and Jews. Sue me, idiot.

💬  ⟲  ♡ 2  ⬆


**Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 28
My stalker Roberta Hutchinson has been emailing Todd pretending to be me. Shocked.

💬  ⟲  ♡ 2  ⬆


**Tyler A. Dee** 💛🌈🗽 @TylerThaFox · Apr 28
Todd seems to think taking vodka shots and abusing cocaine and Vyvanse are the same thing.



💬  ⟲  ♡  ⬆