# EXHIBIT DA

 Jesus Ra Christ S...
21 subscribers

SUBSCRIBED   

Published on Mar 20, 2020

You're dead Omni watch, I'm gonna kill you read the bible with just my tongue and youtube as well watch, I will kill them and their kids with my tongue, I will send my Angel's to hunt them down, I will.let sil cut their heads off.

Category    People & Blogs

Up next                                    Autoplay

# EXHIBIT DA

3   REPLY

**Robin Eaglesong** 19 hours ago (edited)
Justin started attacking us six years ago out of the blue. It continues to this day. We have all the receipts.

3   REPLY

▲ Hide 4 replies

**Tamara ,Purplesweetgrass MacGuigan** 11 hours ago
ISREAL has had there Christ show up after pass over Justin has a run for his money he needs a new capital one.

REPLY

**I live under A Bridge** 9 hours ago
Did u guys ever send him anything like he says or is just more crazy lies

1   REPLY

**Robin Eaglesong** 8 hours ago (edited)
 @I live under A Bridge  That is the truth. I sent him a Granny badge with a sparkly note card forgiving him for the threats, curses and death wishes. I thanked him for the laughs. He refused it because I didn't put enough postage on it. The made up part was that it was a threat to his family. He follows my channel. He KNOWS Maggie and I send Granny badges to our guests and followers.

1   REPLY

**I live under A Bridge** 5 hours ago
 @Robin Eaglesong  ya I wouldn't think you'd threaten anyone I just wasn't sure if he was lying about the package also thank u for explaining this to me 🤗

REPLY

# EXHIBIT D



## What's happening

**MLB · Last night**
Mariners at Athletics

**Music · Trending**
#RockHall2023

**Music · Trending**
Missy Elliott

**Trending in United States**
Rock & Roll Hall of Fame

**Trending in United States**
The Spinners

Show more

## Who to follow

 **Elon Musk** @elonmusk   Follow

 **Andy Daly** @TVsAndyDaly   Follow

 **DuckDuckGo** @DuckDuckGo   Promoted   Follow

Show more



@omnieris

### Account suspended

Twitter suspends accounts that violate the Twitter Rules. Learn more

2:23-cv-03452-JAK-MRW

Ex-C-4

# EXHIBIT DA

