# MOTION TO EXHIBITS IN SUPPORT OF SANCTIONS ON MICHAEL C. THOMPSON AND YOUTUBE LLC FOR VIOLATING 17 U.S.C. § 107 FAIR USE DOCTRINE AND POTENTIALLY SUPPRESSING EVIDENCE

**TODD MICHAEL SCHULTZ**

v.

**MICHAEL C. THOMPSON**
**GREGORY R. HOLMES**
**YOUTUBE LLC**

**HONORABLE JUDGE JOHN A KRONSTADT**
350 1st W. Street.
Los Angeles, CA 90012
COURTROOM 10B
CENTRAL DISTRICT OF CALIFORNIA IN LOS ANGELES

HEARING DATE:
SEPTEMBER 11th, 2023
8:30 AM

Counsel for Michael C. Thompson and Gregory Holmes:
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
TEL: 310-471-3000 FAX: 310-471-7990

Counsel for YouTube LLC
Conor D. Tucker (he/ him)
Wilson Sonsini Goodrich & Rosati
1900 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
direct (424)446-6925
Email: ctucker@wsgr.com

# Exhibit AAA-2



# Exhibit AAA-3

# Copyright strikes

## ⚠ 1 copyright strike

A copyright owner asked us to take down your video because they believe it contains material that violates their copyright.

As a result:
- Your video was removed from YouTube
- Your channel received a strike

If you get 3 copyright strikes, your account (along with any associated channels) will be subject to termination.

Learn more about copyright strikes

## What you can do
- Do nothing. Strikes expire after 90 days, as long as you complete Copyright School.
- Request retraction ⓘ
- Submit counter notification ⓘ

Deleting the video will not remove the strike.

## Content removed

The following videos have been removed from YouTube due to a copyright takedown request

### Strike on August 3, 2023   Expires in 81 days
Content removed by Michael C. Thompson

| Video | Content used | Actions |
|---|---|---|
| **New Space - Old Business**<br>Created Jun 1, 2023<br>Content found during:<br>1:06:40 – 1:08:28<br>1:20:16 | TRUE SHAMANISM: demonic possessi… | Contact claimant<br>Submit counter notification |

# Exhibit AAA

4



# Exhibit AAA-5



# EXHIBIT AAA-6



# EXHIBIT AAA-7

# Counter notification

**Requirements** — Contact info — Rationale

## By filing a counter notification, you're beginning a legal process

A counter notification is a legal request for YouTube to reinstate a video that has been removed for alleged copyright infringement.

## Your personal information may be shared with the claimant

If YouTube determines that your counter notification is valid, we will forward its entire contents to the claimant, including your personal information. They may use this information to file a lawsuit against you to keep the content from being restored to YouTube. The video's original uploader typically must submit the counter notification. However, if you are concerned about disclosing your personal information to the claimant who removed your video, you may authorize a representative (such as an attorney) to email a counter notification on your behalf to copyright@youtube.com. Learn more

## Other options to resolve a copyright strike

You can wait for the strike to expire in 90 days. You can also contact the claimant and ask them to retract their takedown request.

Learn more about counter notifications

☐ I understand the implications of filing a counter notification and want to proceed

RETURN TO STRIKES     CONTINUE

- Learn more about copyright
  - Copyright and common myths
  - Frequently asked copyright questions
  - Copyright strike basics