TODD MICHAEL SCHULTZ

818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

EX PARTE APPLICATION FOR JUDICIAL REVIEW

Jury Trial Demanded: YES

---

PLAINTIFF TODD MICHAEL SCHULTZ, in Pro Per, urges the court to review an audio file, a deposition taken by Plaintiff in Pro Per, with witness testimony of what has reasonable possibility of constituting an emergency concerning the conduct of the the plaintiff. Accusations made by witness are credible in Plaintiff's view and to the best of his knowledge. The deposition has been emailed to local police. Plaintiff believes the relevance to the subject matter and potential serious criminal conduct makes it

**EX PARTE APPLICATION FOR JUDICIAL REVIEW**

Plaintiff contends that these are extraordinary claims and must be heard by the court as soon as possible. Plaintiff deposed witness August 13, 2023 and cannot in good conscience proceed with attempting to have the deposition heard. Plaintiff is not a lawyer, and is lodging this EX PARTE APPLICATION FOR JUDICIAL REVIEW based on his conscience and fear for potential victims. If after hearing the deposition, the court determines this was made in error, Plaintiff yields and apologizes. Plaintiff requests immediate relief in the form of submitting aforementioned deposition - an mp3 or m4a file type - for judicial review. There are claims that are difficult to put into words and Plaintiff prefers to yield all determinations o the court, as the court sees fit. If ORDER is granted, Plaintiff requests directions on how to transfer audio file of deposition as soon as the court may allow.

Dated August 14th, 2023				Signed by

						Todd Michael Schultz

						in Pro Per

**EX PARTE APPLICATION FOR JUDICIAL REVIEW**