TODD MICHAEL SCHULTZ

818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

Case No: 2:23-cv-03452-JAK-MRWx

NOTICE OF WITHDRAWAL
OF DOCKET NO. 70, ORDER
FOR COMPACT DISC

Jury Trial Demanded: YES

Plaintiff, Todd Michael Schultz, in Pro Per withdraws docket number 70, an Order for Compact Disc.

**NOTICE OF WITHDRAWAL**