Plaintiff in Pro Per
Todd Michael Schultz

818 N DOHENY DR. #1108
West Hollywood, CA 90069

310-435-5847
toddschultz86@gmail.com

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ | Case No. 2:23-cv-03452-JAK-MRWx |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF LODGING PROPOSED ORDER RE: EX PARTE APPLICATION FOR JUDICIAL REVIEW** |
| MICHAEL C. THOMPSON GREGORY R. HOLMES YOUTUBE LLC | |
| Defendants | |

   **PLAINTIFF IN PRO PER** makes notice to the court and opposing counsel

That he is lodging a PROPOSED ORDER regarding his **EX PARTE APPLICATION**

**FOR JUDCIAL REVIEW** which concerns an audio deposition taken with a witness

and conducted by Plaintiff in Pro Per.


Dated:
August 14, 2023                                                   Signed By

                                                                                 Todd Michael Schultz

                                                                                 In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28