Plaintiff in Pro Per
Todd Michael Schultz

818 N DOHENY DR. #1108
West Hollywood, CA 90069

310-435-5847
toddschultz86@gmail.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC<br><br>Defendants | Case No. 2:23-cv-03452-JAK-MRWx<br><br>**[PROPOSED] ORDER GRANTING FIRST EX PARTE APPLICATION *FOR JUDICIAL REVIEW RE: AUDIO DEPOSITION OBTAINED BY PLAINTIFF*** |

   1) **PLAINTIFF IN PRO PER CLAIMS THERE MAY BE** urgency to the public good which makes immediate or expedited judicial review a reasonable and a just request.

   2) In understanding that the public good is affected by potential judicial notice of the deposition mentioned in Plaintiff's **Ex Parte Application For Judicial Review**, and there not being a serious standing credibility issue with Plaintiff herforth, Ex Parte Application for Judicial Review of aforementioned deposition is **GRANTED for sufficient good cause**.

3) Plaintiff will email a file with a brief description of the mp3 to the Judge Kronstadt's Chambers within one day. Said deposition shall be lodged under seal until Plaintiff requests otherwise. It is in the best interest of safety to plae this deposition under seal until further notice.

4) The deposition will be lodged on the court docket and plaintiff will supply transcripts to opposing counsel at sooned availability. The deposition will serve as an exhibit in support of Plaintiff's MEMO TO OPPOSE DISMISSAL against all parties, with a current hearing date set for September 11th, 2023 at 8:30 at the central district courthouse in Courtroom 10B with Judge John A Kronstadt. Parties may attend on Zoom.

**IT IS SO ORDERED.**

Dated: August 14, 2023_____       SIGNED BY

_____       **THE HONORABLE JUDGE JOHN A KRONSTADT**
                                **UNITED STATES DISTRICT JUDGE**

**Opposing Counsel:**

Counsel for Michael C. Thompson and Gregory R. Holmes:

Mark D. Hurwitz

Levy, Small & Lallas

815 Moraga Drive

Los Angeles, California  90049

Tel: 310-471-3000  Fax: 310-471-7990

Email:  MHurwitz@lsl-la.com

Counsel for YouTube LLC:

**Conor Tucker (he/him) |**

**Wilson Sonsini Goodrich & Rosati**

1900 Avenue of the Stars, Suite 2800 |

Los Angeles, CA 90067 |

direct: (424) 446-6925 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28