## MOTION TO EXHIBITS IN SUPPORT OF MEMORANDUM TO OPPOSE DISMISSAL BY YOUTUBE LLC, MICHAEL C. THOMPSON AND GREGORY HOLMES

### AUDIO DEPOSITION OF TAMARA LORRAINE MACGUIGAN, A RESIDENT OF CANADA ON AUGUST 13, 2023 RECORDED AND DEPOSED BY TODD MICHAEL SCHULTZ ACTING IN PRO PER

TODD MICHAEL SCHULTZ

v

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

> HONORABLE JUDGE JOHN A KRONSTADT
> COURTROOM 10B
> 350 W 1st St,
> Los Angeles, CA 90012
> HEARING DATE: SEPT, 11 2023
> 8:30 AM

Counsel for Michael C. Thompson and Gregory R. Holmes:
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, California  90049
Tel: 310-471-3000  Fax: 310-471-7990
Email:  MHurwitz@lsl-la.com

Counsel for YouTube LLC:
**Conor Tucker (he/him) |**
**Wilson Sonsini Goodrich & Rosati**
1900 Avenue of the Stars, Suite 2800 |
Los Angeles, CA 90067 |
direct: (424) 446-6925 |
Email ctucker@wsgr.com