**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
1900 Avenue of the Stars, Suite 2800
Los Angeles, California 91356
Telephone:   (424) 446-6900
Facsimile:   (866) 974-7329

Attorney for Defendant YouTube LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL C. THOMPSON et al.<br><br>    Defendants. | ) Case No.: 2:23-cv-03452-JAK (MRWx)<br>)<br>)<br>)<br>)<br>) **DEFENDANT YOUTUBE LLC'S**<br>) **OBJECTIONS TO PLAINTIFF**<br>) **TODD MICHAEL SCHULTZ'**<br>) **REQUEST FOR ADMISSION,**<br>) **SET ONE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1   Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules

2   of the United States District Court for the Central District of California, Defendant

3   YouTube LLC ("YouTube") hereby responds to Plaintiff Todd Michael Schultz's

4   Request for Admissions ("RFAs") as follows:

5   **PRELIMINARY STATEMENT**

6   The Federal Rules of Civil Procedure provide that Plaintiff "may not seek

7   discovery form any source" until after the Rule 26(f) Conference has taken place.

8   *See* Fed. R. Civ. Proc. 26(d)(1).  The Court has already ordered that deadlines for

9   discovery—including the Rule 26(f) Conference—will not be set until "after any

10  Motions to Dismiss are resolved."  Order Denying Motion for Leave to File

11  Discovery Motion (ECF 44) at 2.  These RFAs are thus entirely premature.

12  The Court's Order was well taken.  "[S]ection 230 must be interpreted to

13  protect websites not merely from ultimate liability, but from having to fight costly

14  and protracted legal battles."  *Fair Hous. Council v. Roommates.com LLC*, 521

15  F.3d 1157, 1175 (9th Cir. 2008) (en banc).  For that reason, and as many courts

16  have determined, discovery is inappropriate—as here—before Section 230

17  immunity has been resolved.  *See, e.g., Doe v. Reddit, Inc.* No. SACV21-768 JVS

18  (KESx), 2021 U.S. Dist. LEXIS 129876 at *19-20 (C.D. Cal. July 12, 2021)

19  (granting motion to stay discovery pending resolution of motion to dismiss based

20  on CDA immunity); *Onuaha v. Facebook, Inc.*, No. 5:16-cv-06440-EJD, 2017

21  U.S. Dist. LEXIS 53963, at *3 (N.D. Cal. Apr. 7, 2017) (same); *Universal*

22  *Commc'n Sys. v. Lycos, Inc.*, 478 F.3d 413, 425—426 (1st Cir. 2007) (holding

23  district court appropriately denied preliminary discovery in CDA action).

24  Despite being informed that discovery was not yet open and the RFAs were

25  premature, Plaintiff repeatedly refused to withdraw them.  YouTube objects to any

26  response and reserves its right to timely respond and/or supplement these

27  objections—including adding further objections if warranted—until "after any

28

Motions to Dismiss are resolved," the Parties' Rule 26(f) conference has been conducted, and further objection or response is deemed appropriate or ordered by the Court.

No incidental or implied admissions are intended herein. The fact that YouTube has objected to any RFA should not be taken as an admission or that YouTube accepts the existence of any "facts" or information set forth or assumed by the RFAs.

## OBJECTIONS

### Request for Admission No. 1

Admit that you are familiar with the HL Channel and that it belongs to Thompson.

### Objections to Request for Admission No. 1:

YouTube objects to RFA No. 1 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing

1  such information.  YouTube further objects to this request to the extent it calls for

2  a legal conclusion.  YouTube further objects to this request as compound.

3  **Request for Admission No. 2**

4      Admit that you understand that HL Channel uses, and has used since

5  February 2021, copyrighted material belonging to Plaintiff.

6  **Objections to Request for Admission No. 2:**

7      YouTube objects to RFA No. 2 as premature, as the parties have not

8  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

9  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

10  violation of the Court's Order, under which Discovery cannot commence until

11  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

12  objects to this request as propounded pursuant to an inapplicable rule of California

13  civil procedure.  YouTube objects to this request to the extent it is inconsistent

14  with, or does not meet the requirements of, or seeks to impose obligations greater

15  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

16  objects to this request to the extent it calls for attorney client privileged, attorney

17  work product, and/or any other applicable privilege or protected category of

18  information, if any.  YouTube further objects to this request to the extent it calls

19  for disclosure of confidential, proprietary, trade secret or other such like

20  information, if any, prior to entry of a protective order in this matter governing

21  such information.  YouTube further objects to this request to the extent it calls for

22  a legal conclusion.  YouTube further objects to this request as compound.

23  YouTube further objects to this request to the extent it calls for information beyond

24  YouTube's knowledge, custody, or control.

25  **Request for Admission No. 3**

26      Admit that you understand HL Channel is meant to deride or otherwise

27  harm the reputation of Plaintiff.

28

**Objections to Request for Admission No. 3:**

YouTube objects to RFA No. 3 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion. YouTube further objects to this request to the extent it calls for information beyond YouTube's knowledge, custody, or control.

**Request for Admission No. 4**

Admit that you understand HL Channel is meant to harass and induce emotional distress in Plaintiff.

**Objections to Request for Admission No. 4:**

YouTube objects to RFA No. 4 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further

objects to this request as propounded pursuant to an inapplicable rule of California civil procedure.  YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.  YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any.  YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information.  YouTube further objects to this request to the extent it calls for a legal conclusion.  YouTube further objects to this request to the extent it calls for information beyond YouTube's knowledge, custody, or control.

**Request for Admission No. 5**

Admit that you are negligent in upholding your Terms of Service, as it relates to protecting the civil rights and user rights of Plaintiff.

**Objections to Request for Admission No. 5:**

YouTube objects to RFA No. 5 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure.  YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.  YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work

1   product, and/or any other applicable privilege or protected category of

2   information, if any.  YouTube further objects to this request to the extent it

3   calls for disclosure of confidential, proprietary, trade secret or other such

4   like information, if any, prior to entry of a protective order in this matter

5   governing such information.  YouTube further objects to this request to the

6   extent it calls for a legal conclusion.

7   **Request for Admission No. 6**

8        Admit that you are aware of Thompson's "Parking Lot Creeper"

9   Channel and the nature of its content.

10  **Objections to Request for Admission No. 6:**

11       YouTube objects to RFA No. 6 as premature, as the parties have not

12  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

13  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

14  violation of the Court's Order, under which Discovery cannot commence until

15  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

16  objects to this request as propounded pursuant to an inapplicable rule of California

17  civil procedure.  YouTube objects to this request to the extent it is inconsistent

18  with, or does not meet the requirements of, or seeks to impose obligations greater

19  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

20  objects to this request to the extent it calls for attorney client privileged, attorney

21  work product, and/or any other applicable privilege or protected category of

22  information, if any.  YouTube further objects to this request to the extent it calls

23  for disclosure of confidential, proprietary, trade secret or other such like

24  information, if any, prior to entry of a protective order in this matter governing

25  such information.  YouTube further objects to this request to the extent it calls for

26  a legal conclusion.  YouTube further objects to this request because "Parking Lot

27  Creeper" is not adequately defined or identified.  YouTube further objects to this

28

1  request because "aware" is vague and ambiguous.  YouTube further objects to this

2  request to the extent it calls for information beyond YouTube's knowledge,

3  custody, or control.

4  **Request for Admission No. 7**

5      Admit that malicious harassment designed to inflict emotional distress

6  on a person is against your Terms of Service.

7  **Objections to Request for Admission No. 7:**

8      YouTube objects to RFA No. 7 as premature, as the parties have not

9  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

10  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

11  violation of the Court's Order, under which Discovery cannot commence until

12  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

13  objects to this request as propounded pursuant to an inapplicable rule of California

14  civil procedure.  YouTube objects to this request to the extent it is inconsistent

15  with, or does not meet the requirements of, or seeks to impose obligations greater

16  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

17  objects to this request to the extent it calls for attorney client privileged, attorney

18  work product, and/or any other applicable privilege or protected category of

19  information, if any.  YouTube further objects to this request to the extent it calls

20  for disclosure of confidential, proprietary, trade secret or other such like

21  information, if any, prior to entry of a protective order in this matter governing

22  such information.  YouTube further objects to this request to the extent it calls for

23  a legal conclusion.  YouTube further objects to this request to the extent it calls for

24  information beyond YouTube's knowledge, custody, or control.

25  **Request for Admission No. 8**

26      Admit or deny that human moderators reviewed and responded to

27  "Channel Reports" in 2021 regarding HL Channel.

28

**Objections to Request for Admission No. 8:**

YouTube objects to RFA No. 8 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion. YouTube further objects to this request because "Channel Reports" is not adequately defined or identified.

**Request for Admission No. 9**

Admit that there is no due warning about PATHOLOGICAL ABUSE in Livestream Set Up windows.

**Objections to Request for Admission No. 9:**

YouTube objects to RFA No. 9 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further

1  objects to this request as propounded pursuant to an inapplicable rule of California
2  civil procedure.  YouTube objects to this request to the extent it is inconsistent
3  with, or does not meet the requirements of, or seeks to impose obligations greater
4  than those imposed by the Federal Rules of Civil Procedure.  YouTube further
5  objects to this request to the extent it calls for attorney client privileged, attorney
6  work product, and/or any other applicable privilege or protected category of
7  information, if any.  YouTube further objects to this request to the extent it calls
8  for disclosure of confidential, proprietary, trade secret or other such like
9  information, if any, prior to entry of a protective order in this matter governing
10  such information.  YouTube further objects to this request to the extent it calls for
11  a legal conclusion.  YouTube further objects to this request because
12  "PATHOLOGICAL ABUSE," "due warning," and "Livestream Set Up windows"
13  are not adequately defined or identified.  YouTube further objects to this request to
14  the extent it calls for information beyond YouTube's knowledge, custody, or
15  control.

16  **Request for Admission No. 10**

17      Admit or deny that PATHOLOGICAL ABUSE and HARASSMENT is a
18  significant problem across the Youtube platform.

19  **Objections to Request for Admission No. 10:**

20      YouTube objects to RFA No. 10 as premature, as the parties have not
21  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."
22  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in
23  violation of the Court's Order, under which Discovery cannot commence until
24  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further
25  objects to this request as propounded pursuant to an inapplicable rule of California
26  civil procedure.  YouTube objects to this request to the extent it is inconsistent
27  with, or does not meet the requirements of, or seeks to impose obligations greater

28

1  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

2  objects to this request to the extent it calls for attorney client privileged, attorney

3  work product, and/or any other applicable privilege or protected category of

4  information, if any.  YouTube further objects to this request to the extent it calls

5  for disclosure of confidential, proprietary, trade secret or other such like

6  information, if any, prior to entry of a protective order in this matter governing

7  such information.  YouTube further objects to this request to the extent it calls for

8  a legal conclusion.  YouTube further objects to this request because

9  "PATHOLOGICAL ABUSE" and "HARASSMENT" are not adequately defined

10  or identified.  YouTube further objects to this request to the extent it calls for

11  information beyond YouTube's knowledge, custody, or control.

12  **Request for Admission No. 11**

13      Admit that tools available to Livestreamers are not adequate tools to prevent,

14  address or enforce harassment policies of your platform.

15  **Objections to Request for Admission No. 11:**

16      YouTube objects to RFA No. 11 as premature, as the parties have not

17  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

18  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

19  violation of the Court's Order, under which Discovery cannot commence until

20  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

21  objects to this request as propounded pursuant to an inapplicable rule of California

22  civil procedure.  YouTube objects to this request to the extent it is inconsistent

23  with, or does not meet the requirements of, or seeks to impose obligations greater

24  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

25  objects to this request to the extent it calls for attorney client privileged, attorney

26  work product, and/or any other applicable privilege or protected category of

27  information, if any.  YouTube further objects to this request to the extent it calls

28

1  for disclosure of confidential, proprietary, trade secret or other such like

2  information, if any, prior to entry of a protective order in this matter governing

3  such information.  YouTube further objects to this request to the extent it calls for

4  a legal conclusion.  YouTube further objects to this request because

5  "Livestreamers" is not adequately defined or identified.  YouTube further objects

6  to this request to the extent it calls for information beyond YouTube's knowledge,

7  custody, or control.

8  **Request for Admission No. 12**

9       Admit or deny that Thompson's content violates Youtube's Terms of

10  Service.

11  **Objections to Request for Admission No. 12:**

12       YouTube objects to RFA No. 12 as premature, as the parties have not

13  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

14  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

15  violation of the Court's Order, under which Discovery cannot commence until

16  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

17  objects to this request as propounded pursuant to an inapplicable rule of California

18  civil procedure.  YouTube objects to this request to the extent it is inconsistent

19  with, or does not meet the requirements of, or seeks to impose obligations greater

20  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

21  objects to this request to the extent it calls for attorney client privileged, attorney

22  work product, and/or any other applicable privilege or protected category of

23  information, if any.  YouTube further objects to this request to the extent it calls

24  for disclosure of confidential, proprietary, trade secret or other such like

25  information, if any, prior to entry of a protective order in this matter governing

26  such information.  YouTube further objects to this request to the extent it calls for

27  a legal conclusion.

28

**Request for Admission No. 13**

Admit that "Channel Reports" as opposed to specific video "reports" are not logged in the "Report Log" section of Youtube's interface.

**Objections to Request for Admission No. 13:**

YouTube objects to RFA No. 13 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion. YouTube further objects to this request because "Channel Reports," "video 'reports'", "Report Log" and "interface" are not adequately defined or identified.

**Request for Admission No. 14**

Admit that you are incapable of upholding your Terms of Service as it concerns and/ or relates to all content being uploaded on Youtube.

**Objections to Request for Admission No. 14:**

YouTube objects to RFA No. 14 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion.

**Request for Admission No. 15**

Admit that HL Channel remains published on your platform with your explicit knowledge and consent.

**Objections to Request for Admission No. 15:**

YouTube objects to RFA No. 15 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California

1  civil procedure.  YouTube objects to this request to the extent it is inconsistent

2  with, or does not meet the requirements of, or seeks to impose obligations greater

3  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

4  objects to this request to the extent it calls for attorney client privileged, attorney

5  work product, and/or any other applicable privilege or protected category of

6  information, if any.  YouTube further objects to this request to the extent it calls

7  for disclosure of confidential, proprietary, trade secret or other such like

8  information, if any, prior to entry of a protective order in this matter governing

9  such information.  YouTube further objects to this request to the extent it calls for

10  a legal conclusion.

11  **Request for Admission No. 16**

12      Admit that you are aware that Thompson harasses and maliciously insults, as

13  well as cyberstalks various individuals on your site to this day.

14  **Objections to Request for Admission No. 16:**

15      YouTube objects to RFA No. 16 as premature, as the parties have not

16  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

17  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

18  violation of the Court's Order, under which Discovery cannot commence until

19  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

20  objects to this request as propounded pursuant to an inapplicable rule of California

21  civil procedure.  YouTube objects to this request to the extent it is inconsistent

22  with, or does not meet the requirements of, or seeks to impose obligations greater

23  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

24  objects to this request to the extent it calls for attorney client privileged, attorney

25  work product, and/or any other applicable privilege or protected category of

26  information, if any.  YouTube further objects to this request to the extent it calls

27  for disclosure of confidential, proprietary, trade secret or other such like

28

1  information, if any, prior to entry of a protective order in this matter governing

2  such information.  YouTube further objects to this request to the extent it calls for

3  a legal conclusion.  YouTube further objects to this request because "harasses,"

4  "insults," "cyberstalks" and "various individuals" are not adequately defined or

5  identified.  YouTube further objects to this request to the extent it calls for

6  information beyond YouTube's knowledge, custody, or control.

7  **Request for Admission No. 17**

8        Admit that you believe HL Channel does not violate your

9  Terms of Service.

10  **Objections to Request for Admission No. 17:**

11        YouTube objects to RFA No. 17 as premature, as the parties have not

12  conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

13  Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

14  violation of the Court's Order, under which Discovery cannot commence until

15  "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

16  objects to this request as propounded pursuant to an inapplicable rule of California

17  civil procedure.  YouTube objects to this request to the extent it is inconsistent

18  with, or does not meet the requirements of, or seeks to impose obligations greater

19  than those imposed by the Federal Rules of Civil Procedure.  YouTube further

20  objects to this request to the extent it calls for attorney client privileged, attorney

21  work product, and/or any other applicable privilege or protected category of

22  information, if any.  YouTube further objects to this request to the extent it calls

23  for disclosure of confidential, proprietary, trade secret or other such like

24  information, if any, prior to entry of a protective order in this matter governing

25  such information.  YouTube further objects to this request to the extent it calls for

26  a legal conclusion.

27

28

**Request for Admission No. 18**

Admit that a warning could easily be made available about PATHOLOGICAL ABUSE and HARASSMENT on your platform.

**Objections to Request for Admission No. 18:**

YouTube objects to RFA No. 18 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion. YouTube further objects to this request because "PATHOLOGICAL ABUSE" and "HARASSMENT" are not adequately defined or identified.

**Request for Admission No. 19**

Admit that users that have been banned, or otherwise prohibited from accessing their Youtube accounts can and often circumvent any such ban by simply creating a new Username or Channel on your platform whether or not this necessitates a VPN.

**Objections to Request for Admission No. 19:**

YouTube objects to RFA No. 19 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion. YouTube further objects to this request because "ban," "new Username," and "new … Channel" are not adequately defined or identified.

**Requestion for Admission No. 20**

Admit that machine learning or Artificial Intelligence (onward "Bots") are trained and instructed to represent specific groups over others.

**Objections to Request for Admission No. 20:**

YouTube objects to RFA No. 20 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further

1   objects to this request as propounded pursuant to an inapplicable rule of California

2   civil procedure.  YouTube objects to this request to the extent it is inconsistent

3   with, or does not meet the requirements of, or seeks to impose obligations greater

4   than those imposed by the Federal Rules of Civil Procedure.  YouTube further

5   objects to this request to the extent it calls for attorney client privileged, attorney

6   work product, and/or any other applicable privilege or protected category of

7   information, if any.  YouTube further objects to this request to the extent it calls

8   for disclosure of confidential, proprietary, trade secret or other such like

9   information, if any, prior to entry of a protective order in this matter governing

10   such information.  YouTube further objects to this request to the extent it calls for

11   a legal conclusion.  YouTube further objects to this request because "Artificial

12   Intelligence," "Bots," and "represent specific groups over others" are not

13   adequately defined or identified.

14   **Request for Admission No. 21**

15       Admit that you do not believe HL Channel constitutes harassment of

16   Plaintiff.

17   **Objections to Request for Admission No. 21:**

18           YouTube objects to RFA No. 21 as premature, as the parties have not

19   conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

20   Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

21   violation of the Court's Order, under which Discovery cannot commence until

22   "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

23   objects to this request as propounded pursuant to an inapplicable rule of California

24   civil procedure.  YouTube objects to this request to the extent it is inconsistent

25   with, or does not meet the requirements of, or seeks to impose obligations greater

26   than those imposed by the Federal Rules of Civil Procedure.  YouTube further

27   objects to this request to the extent it calls for attorney client privileged, attorney

28

1  work product, and/or any other applicable privilege or protected category of

2  information, if any.  YouTube further objects to this request to the extent it calls

3  for disclosure of confidential, proprietary, trade secret or other such like

4  information, if any, prior to entry of a protective order in this matter governing

5  such information.  YouTube further objects to this request to the extent it calls for

6  a legal conclusion.  YouTube further objects to this request because "harassment"

7  is vague and ambiguous.

8  **Request for Admission No. 22**

9      Admit that Youtube avoids enforcing reports of harassment regularly

10 **Objections to Request for Admission No. 22:**

11     YouTube objects to RFA No. 22 as premature, as the parties have not

12 conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

13 Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

14 violation of the Court's Order, under which Discovery cannot commence until

15 "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

16 objects to this request as propounded pursuant to an inapplicable rule of California

17 civil procedure.  YouTube objects to this request to the extent it is inconsistent

18 with, or does not meet the requirements of, or seeks to impose obligations greater

19 than those imposed by the Federal Rules of Civil Procedure.  YouTube further

20 objects to this request to the extent it calls for attorney client privileged, attorney

21 work product, and/or any other applicable privilege or protected category of

22 information, if any.  YouTube further objects to this request to the extent it calls

23 for disclosure of confidential, proprietary, trade secret or other such like

24 information, if any, prior to entry of a protective order in this matter governing

25 such information.  YouTube further objects to this request to the extent it calls for

26 a legal conclusion.  YouTube further objects to this request because "harassment"

27 and "regularly" are vague and ambiguous.

28

**Request for Admission No. 23**

Admit that Plaintiff is not responsible for the conduct of Thompson on your platform.

**Objections to Request for Admission No. 23:**

YouTube objects to RFA No. 23 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure.  YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.  YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any.  YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information.  YouTube further objects to this request to the extent it calls for a legal conclusion.

**Request for Admission No. 24**

Admit that there were no possible options for Plaintiff to have the aforementioned harassing conduct be addressed, and stopped once it began.

**Objections to Request for Admission No. 24:**

YouTube objects to RFA No. 24 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney work product, and/or any other applicable privilege or protected category of information, if any. YouTube further objects to this request to the extent it calls for disclosure of confidential, proprietary, trade secret or other such like information, if any, prior to entry of a protective order in this matter governing such information. YouTube further objects to this request to the extent it calls for a legal conclusion.

**Request for Admission No. 25**

Admit that significant harm was sustained by Plaintiff as a result of using of Youtube.

**Objections to Request for Admission No. 25:**

YouTube objects to RFA No. 25 as premature, as the parties have not conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery." Fed. R. Civ. Proc. 26(d)(1). YouTube further objects to this request as served in violation of the Court's Order, under which Discovery cannot commence until "after any Motions to Dismiss are resolved." ECF 44 at 2. YouTube further objects to this request as propounded pursuant to an inapplicable rule of California civil procedure. YouTube objects to this request to the extent it is inconsistent with, or does not meet the requirements of, or seeks to impose obligations greater than those imposed by the Federal Rules of Civil Procedure. YouTube further objects to this request to the extent it calls for attorney client privileged, attorney

1    work product, and/or any other applicable privilege or protected category of

2    information, if any.  YouTube further objects to this request to the extent it calls

3    for disclosure of confidential, proprietary, trade secret or other such like

4    information, if any, prior to entry of a protective order in this matter governing

5    such information.  YouTube further objects to this request to the extent it calls for

6    a legal conclusion.

7    **Request for Admission No. 26**

8        Admit that Thompson's "Parking Lot Creeper" constitutes harassment of Mr.

9    Justin Ray.

10    **Objections to Request for Admission No. 26:**

11        YouTube objects to RFA No. 26 as premature, as the parties have not

12    conducted their Rule 26(f) conference and thus Plaintiff "may not seek discovery."

13    Fed. R. Civ. Proc. 26(d)(1).  YouTube further objects to this request as served in

14    violation of the Court's Order, under which Discovery cannot commence until

15    "after any Motions to Dismiss are resolved."  ECF 44 at 2.  YouTube further

16    objects to this request as propounded pursuant to an inapplicable rule of California

17    civil procedure.  YouTube objects to this request to the extent it is inconsistent

18    with, or does not meet the requirements of, or seeks to impose obligations greater

19    than those imposed by the Federal Rules of Civil Procedure.  YouTube further

20    objects to this request to the extent it calls for attorney client privileged, attorney

21    work product, and/or any other applicable privilege or protected category of

22    information, if any.  YouTube further objects to this request to the extent it calls

23    for disclosure of confidential, proprietary, trade secret or other such like

24    information, if any, prior to entry of a protective order in this matter governing

25    such information.  YouTube further objects to this request to the extent it calls for

26    a legal conclusion.  YouTube further objects to this request because "Parking Lot

27

28

Creeper" and "Mr. Justin Ray" are not adequately defined or identified.  YouTube further objects to this request because "harassment" is vague and ambiguous.

Dated: August 14, 2023          WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                        By:    /s/ Conor Tucker
                                Conor Tucker

                                *Attorney for Defendant*
                                YOUTUBE LLC

**PROOF OF SERVICE**

I am employed in Los Angeles County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, PC, 1900 Avenue of the Stars, Suite 2800, Los Angeles, California 90071.  My electronic mail (email) address is: ctucker@wsgr.com.

On this date, the following document was served on the interested party below, using the following means:

YOUTUBE'S OBJECTIONS TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE

☒　　By forwarding the document via email and by Federal Express as indicated below:

Todd Michael Schultz
818 N. Doheny Dr., #1108
West Hollywood, CA 90069
　　Toddschultz86@gmail.com

Executed at Los Angeles, California on August 14, 2023.

Dated: August 14, 2023

/s/ Conor Tucker
_____
Conor Tucker