| | |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI** |
| | **Professional Corporation** |
| 2 | CONOR TUCKER, State Bar No. 318075 |
| | ctucker@wsgr.com |
| 3 | 1900 Avenue of the Stars, Suite 2800 |
| | Los Angeles, California 91356 |
| 4 | Telephone: (424) 446-6900 |
| | Facsimile: (866) 974-7329 |
| 5 | |
| 6 | Attorney for Defendant YouTube LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TODD MICHAEL SCHULTZ | ) | Case No.: 2:23-cv-03452-JAK (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **DEMAND THAT DEFENDANT PROVIDE ANSWERS TO LEGALLY SERVED RFA, SERVED OVER ONE MONTH AGO, ON JULY 17th IMMEDIATELY OR BE SANCTIONED** |
| MICHAEL C. THOMPSON et al. | ) | |
| Defendants. | ) | |

1  PLAINTIFF IN PRO PER, SERVED A REQUEST FOR ADMISSIONS OR
2  DENIALS (aka RFA). The RFA, per Judge Wilner's judgment, does not constitute
3  discovery and therefore cannot be reasonably objected to, per opposing counsels
4  motion to object.
5  Plaintif is PRO PER demands answers within the timeframe (30 days).

7  PLAINTIFF IN PRO PER REQUESTS JUDICAL
8  ACKNOWLEDGEMENT ONE WAY OR THE OTHER AS SOON AS IS
9  POSSIBLE AS WE ARE EXCEEDING THE 30 DAY LIMIT.

12  Dated August 18 2023     Signed by Todd Michael Schultz in Pro Per