1 Name: TODD MICHAEL SCHULTZ

2 Address: 818 N DOHENY DR. #1108

3 WEST HOLLYWOOD, CA 90069

4 Phone: 310-435-5847

5 In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff<br><br>MICHAEL C. THOMPSON<br>GREGORY R. HOLMES<br>YOUTUBE LLC<br><br>Defendant(s). | CASE NUMBER:<br>2:23-CV-03452-JAK-MRWx<br>To be supplied by the Clerk of<br>The United States District Court<br><br>MOTION TO COMPEL ANSWERS TO REQUEST FOR ADMISSIONS SERVE TO YOUTUBE LLC ON JULY 11TH |

   PLAINTIFF, TODD MICHAEL SCHULTZ, pursuant to ARTICLE 1 rule 2033.020 (b) A plaintiff may make requests for admission by a party without leave of court at any time that is 10 days eafter the service of the summons on, or appearance by, that party, whichever occurs first.

   Mr. Tucker, counsel for Google LLC and or YouTube LLC emailed me to set up a 7-3 meeting on YouTube's LLC's motion to dismiss on July 13th. Plaintiff told Tucker the RFA was coming. Tucker objected, but Plaintiff saw it fit and per the law, served the Request For Admissions, he did so the next day, July 14th and now we are 32 days past the point they've been served, on July 11th. Plaintiff has proof of service lodged with the court prior to more than 30 days prior to today.

Mr. Tucker knows I expect answers to these questions immediately as we are well past 30 days they have had to answer. If none of these questions can be answered, according to Mr. Tucker's legal theory, there can be no dismissal. The questions seem to triple at the insistence by which NOT to answer questions about abuse incurred on their platform with many reports.

    Plainitff is pro per requests the court compel testimony in the form of admissions or denials to any question they find appropriate, whether it be all of them, half of them, or if they must parse questions. Plaintiff contends some info must be learned before YouTube even has a right to enter a hearing for dismissal.

Dated: Friday August 19th, 2023

Signed by:

Todd Michael Schultz

In Pro Per

counsel For Mr. Holmes and Mr. Thopmpson

Mr. Thompson and Mr. Holmes' counsel
Mark D. Hurwitz
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, California  90049
Tel: 310-471-3000  Fax: 310-471-7990
Email:  MHurwitz@lsl-la.com

counsel for Google LLC and YouTube LLC

Conor Tucker (he/him) |
Wilson Sonsini Goodrich & Rosati
1900 Avenue of the Stars, Suite 2800 | Los Angeles, CA 90067 | direct: (424) 446-6925 | ctucker@wsgr.com