1  Name: TODD MICHAEL SCHULTZ
2  Address: 818 N DOHENY DR. #1108
3  WEST HOLLYWOOD, CA 90069
4  Phone: 310-435-5847
5  Email:toddschultz86@gmail.com
6  In Pro Per
7  UNITED STATES DISTRICT COURT
8  CENTRAL DISTRICT OF CALIFORNIA of LOS ANGELES

TODD MICHAEL SCHULTZ

V.

MICHAEL C. THOMPSON
GREGORY R. HOLMES

YOUTUBE LLC

2:23-CV-03452-JAK-MRWx

SECOND MOTION TO COMPEL TESTIMONY OF PLAINTIFF'S DULY SERVED RFA TO YOUTUBE SERVE ON JULY 14th, 2023

11      1. The Requests for Admission concern YouTube's knowledge of and

12  conduct related to the "Hollywood Laughingstock" Channel, which has been

13  brought to light several times in this matter. If YouTube cannot ascertain what is

14  meant by HL Channel they should call Plaintiff and Plaintiff will dutifully go

15  through all existing evidence. Furthermore, there are exhibits set for hearing on

1

September 11th, 2023 that should give opposing counsel due notice of what is 3stand.

2.  YouTube LLC should also know by now wht is meant by "Parking Lot Creeper" and if they do not, they bare the brunt of responsibility should such a channel exist on their platform and be causing harm. Plaintiff brought it to their responisibility months ago. There is little doubt about that. Defendant must explain how this in unclear.

3.  Rule 26(d) allows requests for admission to be served prior to the Rule 26(f) conference. In addition, Plaintiff intends to use YouTube's responses as exhibits in relation to YouTube's forthcoming motion to dismiss, to demonstrate YouTube's knowledge and involvement, but it's outright nwillingness to demonstrate any reasonable knowledgeability or concer for the matter can also be used to demonstrate something. Which the court shall determine until a jury trial is had.

4.  Plaintiff respectfully requests that the Court order YouTube to provide full and substantive responses to the Requests for Admission within 14 days, notwithstanding the pendency of the Rule 26(f) conference and motion to dismiss. This 14 days should come at a cost, because they are out of days as far as the legal options go. They sprung an objection letter last minute on Plaintiff to which Plaintiff disagrees with.

5. Plaintiff asks court for strict guidance on the legal courses of action or both parties hereforth.

Dated August 19, 2023                    Signed By

                                         Todd Michael Schultz

                                         In Pro Per

MOTION TO COMPEL TESTIMONY

1   2) All communications between defendants, Michael C. Thompson (onward "Thompson"), Gregory R. Holmes (onward "Holmes") and or Youtube
2   concerning or regarding Plaintiff, Mr. Todd Michael Schultz, from starting date
3   of February 28th, 2021 until current day. This shall include any such
4   communications involving Plaintiff's name, nicknames, derogatory names (e.g. Hollywood Laughingstock, Sober House Laughingstock, etc.) or other words   5 used which are intended to refer to or regarding Plaintiff as of July 13th, 2023.
6
    3) A summary containing a list of all channels and aliases created and or used
7    by Thompson, Holmes for the purpose of engaging with Plaintiff, whether it be
                8 lawful or otherwise since June 2016 until present day,    as of July 13th, 2023.

9   4) privated, deleted or otherwise obscured from public view, that has ever been   A list containing every video and all accompanying titles uploaded, whether

10  uploaded or otherwise posted to the "Hollywood Laughingstock" channel
11  (times has been referred to under various aliases (e.g. "Hell Toupee", "onward "HL Channel") as it is referred to in the COMPLAINT, but which at
12  Hollywood Menace", etc), as of July 13th, 2013.
13
    5) All additional materials (i.e. comments, future plans, prior plans, etc.) related
14   to the creation, upkeep of "HL Channel" and otherwise material contributions
15   not limited to, but including all file types (i.e. .mp4, .mov or any other file type that may be uploaded as a video, image, or text based comment) created by
16   Thompson and or Holmes as of July 13, 2023.

5

17

6) A summary and or list of ALL previous donations, payments or other
18  financial contributions provided to Thompson, from Holmes, using any "
19  Livestreaming" technology (e.g. Streamlabs, DLive, Youtube, etc.) as of July

13th, 2023.
20

21  I, Plaintiff, contend that this is a non-exhaustive list of required materials, but a
sufficient start in allowing the court to properly adjudicate - expediently - the
22  matter at hand. Further, Plaintiff contends that all listed information is directly

23  relevant to the ongoing case. Plaintiff asks the court for an order specifying which
materials are ORDERED to be COMPELLED for DISCOVERY and to
24  provide a TIMELY date for their delivery to plaintiff and the court. pertaining

25  to this case and must be offered in order to properly assess damages inflicted by
Defendants and sustained by Plaintiff.
26

27       Dated:    Signed

28   Thursday, July 13th, 2023   by:   Todd Michael Schultz

                                              (Plaintiff)


**MOTION TO COMPEL DISCOVERY**

6