



## Videos  ▶ Play all


2:01
Justin Lewis Ray gets fired from his new job & pretends…
101 views • 1 year ago


1:44
A drunk Justin gets thrown out of restaurant, cries…
73 views • 1 year ago


0:31
Justin Lewis Ray dances around a closed Wal-Mart…
62 views • 1 year ago


3:59
Tweakyboi Justin says TikTok's algorithm is out to…
51 views • 1 year ago


5:03
Justin Ray blows his monthly welfare check, suggests he …
43 views • 1 year ago


3:42
Justin Lewis Ray seems to think he owns Thomasville,…
51 views • 1 year ago

## Created playlists


6 videos
4-6-21 Meltdown
View full playlist


13 videos
CPS Saga
View full playlist


7 videos
Homeless Saga
View full playlist


7 videos
Supercut Compilations
View full playlist


8 videos
Separation / Motel 6 Saga
View full playlist




5:03
Justin Ray blows his monthly welfare check, suggests he is living in the woods 10-1-21…
43 views • 1 year ago


3:42
Justin Lewis Ray seems to think he owns Thomasville, NC & Wal-Mart's parking lot 1…
51 views • 1 year ago


1:13
Justin Lewis Ray begs for food & cigarettes outside of Thomasville, NC gas station 9-2…
86 views • 1 year ago


1:57
Justin Ray is in love with his new best friend, tweaks out in Wal-Mart parking lot 9-28-21…
64 views • 1 year ago


4:00
Justin Lewis Ray's message for his wife + cringey rap & dance 9-19-21
56 views • 1 year ago


1:53
Justin Lewis Ray snaps and calls out Omni-Eris, says that his acolytes will take care of …
72 views • 1 year ago


4:19
What secret of Justin's did Keegan, Ariel & Hannah keep? Is Justin in love with Ariel?…
49 views • 1 year ago


15:06
Justin Lewis Ray releases 3 hot new tracks from his upcoming album "GAY VIBES"
42 views • 1 year ago

2:36       2:39       14:30       5:45





**Justin Lewis Ray is back to making impotent threats toward people he can't hurt 4-20-21...**
49 views • 2 years ago



**Justin Lewis Ray seems very confused about his Veteran's Association benefits...**
46 views • 2 years ago



**Justin Lewis Ray - Justin claims that CPS has cleared him and he's going to sue me 4...**
45 views • 2 years ago



**Justin Lewis Ray - Sorry People Have To Deal With Evil People (MIRROR)**
4 views • 2 years ago



**Justin Lewis Ray puts on a show for CPS, says that evil people are out to get him 4-1...**
45 views • 2 years ago



**A nervous Justin Lewis Ray says he hopes God destroys his enemies in a polite way 4-...**
40 views • 2 years ago



**Justin Lewis Ray - Revelations 17 KJV (MIRROR) 4-12-21**
18 views • 2 years ago



**Screenshots are forever! 4-10-2021 Facebook**
45 views • 2 years ago




**Justin Lewis Ray - Zeus (MIRROR)**
36 views • 2 years ago


**Justin Lewis Ray - Omni Eris (MIRROR)**
26 views • 2 years ago


**Justin Lewis Ray - Omni Eris and crew Vs Zeus (MIRROR)**
21 views • 2 years ago


**Justin Lewis Ray - Life Freestyle Pendo46 And Zeus (MIRROR)**
11 views • 2 years ago


**Justin Lewis Ray - RapFame Battle NeilArmsbong Prod by PQNO (MIRROR)**
15 views • 2 years ago


**Justin's belly ache**
63 views • 2 years ago


**Justin Lewis Ray - Random Freestyle (MIRROR)**
9 views • 2 years ago


**Justin Lewis Ray - Laced Freestyle (MIRROR)**
7 views • 2 years ago



**Justin Lewis Ray - says that he is disabled before swearing that he is not a reverse...**
14 views • 2 years ago



**Justin Lewis Ray - claims assault, says nasty stuff about everyone (MIRROR)**
16 views • 2 years ago



**Justin Lewis Ray - Justin says that the FBI is investigating people who dislike his chann...**
8 views • 2 years ago



**Justin Lewis Ray - says the FBI defines The Order of Eris as a legal cult (MIRROR)**
29 views • 2 years ago



**Justin Lewis Ray - Liars Always Get Caught (MIRROR) (they sure do Justin)**
6 views • 2 years ago



**Justin Lewis Ray - #Cheese Anyone (MIRROR)**
5 views • 2 years ago



**Justin Lewis Ray - Keep Trying (MIRROR)**
7 views • 2 years ago



**Justin Lewis Ray - Commissary Ain't Cheap Omni (MIRROR)**
6 views • 2 years ago









| 34 | far as the legal options go. They sprung an objection letter last minute on |
| 35 | Plaintiff to which Plaintiff disagrees with. |



**Justin Lewis Ray Supercut V.5 says it's your fault if he hurts you, you're sick for making…**
15 views • 2 years ago



**Justin Lewis Ray - Checkmate EXTREMELY WASTED (MIRROR)**
20 views • 2 years ago



**Justin Lewis Ray - When You Do Whats Right (MIRROR)**
6 views • 2 years ago



**Justin Lewis Ray - Some Hard Facts (MIRROR)**
7 views • 2 years ago



**Justin Lewis Ray - Keep Attacking (MIRROR)**
7 views • 2 years ago



**Justin Lewis Ray - Have A Great Night (MIRROR)**
5 views • 2 years ago



**Justin Lewis Ray - You Cant Destroy True Love (MIRROR)**
3 views • 2 years ago



**Justin Lewis Ray - New Security Install (MIRROR)**
5 views • 2 years ago








**Justin Lewis Ray - I Am An aka Jesus (MIRROR)**
2 views • 2 years ago



**Justin Lewis Ray - Get Madddd (MIRROR)**
3 views • 2 years ago



**Justin Lewis Ray - Blah Blah Blah Varonika (MIRROR)**
9 views • 2 years ago



**Justin Lewis Ray - Cant Tell Right From Left Varonika (MIRROR)**
6 views • 2 years ago



**Intoxicated Randolph County "messiah" threatens local law enforcement, mentions...**
27 views • 2 years ago



**Justin Lewis Ray Supercut V.4 Justin threatens to hurt someone if Omni doesn't...**
25 views • 2 years ago



**Justin Lewis Ray - begs us to please worship him or else, explores his serious daddy...**
14 views • 2 years ago



**Justin Lewis Ray Supercut V.3: The Sexual Assault Saga so far...**
20 views • 2 years ago









2


11:29
n Lewis Ray Supercut V.1
iews • 2 years ago


2:40
Crusatyr - Justin Lewis Ray (produced by Omni)
10 views • 2 years ago


2:31
Banana for the Monkey - Justin Lewis Ray (produced by Omni)
6 views • 2 years ago


27:10
Justin Lewis Ray - What Is Racism (MIRROR)
16 views • 2 years ago


23:18
n Lewis Ray - Science And Religion ROR)
s • 2 years ago


7:35
Justin Lewis Ray - Those Who are Like You Will Surround You (MIRROR)
3 views • 2 years ago


7:38
Justin Lewis Ray - True Love (MIRROR)
7 views • 2 years ago


6:19
Justin Lewis Ray - Omni Eris Tucking (MIRROR)
1 view • 2 years ago






2

HOME   VIDEOS   SHORTS   PLAYLISTS   COMMUNITY   CHANNELS   ABOUT



2:24

Justin Lewis Ray - Nomi Eris (MIRROR)
No views • 2 years ago



7:08

Justin Lewis Ray - Michael Thompson (MIRROR)
3 views • 2 years ago



5:16

Justin Lewis Ray - Just Walk Away Please (MIRROR)
No views • 2 years ago



Justin Lewis Ray - Some Hard Facts - 3-7- (MIRROR)
2 views • 2 years ago



4:00

Justin Lewis Ray - I Am An aka Jesus - 3-7-21 (MIRROR)
2 views • 2 years ago



10:04

Justin Lewis Ray - Amarak=Karma And He's Not A Woman - 3-7-21 (MIRROR)
1 view • 2 years ago



6:07

Justin Lewis Ray - Get Madddd - 3-7-21 (MIRROR)
No views • 2 years ago



Justin Lewis Ray - I Choose Not To Rap (MIRROR)
5 views • 2 years ago






| HOME | VIDEOS | SHORTS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT | |
|------|--------|--------|-----------|-----------|----------|-------|---|






**Justin Lewis Ray - Stepping Back Isnt A Bad Thing (MIRROR)**
26 views • 3 years ago

**Justin Lewis Ray - I am The Temple Of God (MIRROR)**
34 views • 3 years ago

**Justin Lewis Ray - Preachers Are Not Teachers (MIRROR)**
9 views • 3 years ago

**Justin Lewis Ray - Perfect Righteousness (MIRROR)**
14 views • 3 years ago






**Justin Lewis Ray - Scars Of Jesus (MIRROR)**
36 views • 3 years ago

**Justin Lewis Ray - Jesus Finishes Last 3 1/2 Years Of Prophecy (MIRROR)**
17 views • 3 years ago

**Justin Lewis Ray - They Pierced Jesus Tongue (MIRROR)**
9 views • 3 years ago

**Justin Lewis Ray - God Does Depend On Jesus (MIRROR) (WARNING: RACISM)**
72 views • 3 years ago






