TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

SECOND AMENDED COMPLAINT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Case No: 2:23-cv-03452-JAK-MRW

NAME OF PLAINTIFF,

      TODD MICHAEL SCHULTZ

  vs.

NAME OF DEFENDANT(s),

 MICHAEL C. THOMPSON
 GREGORY R. HOLMES
 YOUTUBE LLC

NOTICE OF WITHDRAWL OF DOCKET NUMBER 78, the FIRST PETITION TO REQUEST ENFORCEMENT OF RFA SERVED BY PLAINTIFF TO YOUTUBE LLC ON JULY 14th, 2023

_____

    A number of confusing typos and mistakes were made on that form, including using the wrong header. In light of the two other MOTIONS TO COMPEL, Plaintiff, in PRO PER, asks the court to withdraw or otherwise strike docket number 78 upon receiving this notice.

    August 20th, 2023             Signed by Todd Michael Schultz

                                     In Pro Per