TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

PLAINTIFF,

TODD MICHAEL SCHULTZ

vs.

Michael C. Thompson

Gregory R. Holmes

YouTube LLC

**Case No: 2:23-cv-03452-JAK-MRW**

**NOTICE OF WITHDRAWL OF DOCKET NUMBER 80 TO REQUEST MOTION TO COMPEL RFA SERVED BY PLAINTIFF TO YOUTUBE LLC ON JULY 14th, 2023**

---

A number of confusing typos and mistakes were made on DOCKET NO. 80. In light of the one remaining MOTIONS TO COMPEL (#79) Plaintiff asks that attqachements for 80 stand in support as exhibits of Docket Number 79. If not permitted, Plaintiff shall refile said exhibits in support of Motion To Compel upon judges ORDER.

August 20th, 2023                         Signed by Todd Michael Schultz

                                                                In Pro Per

**NOTICE TO WITHDRAWAL DOCKET NO. 78 AND NO. 80**