Name: TODD MICHAEL SCHULTZ

Address: 818 N DOHENY DR. #1108

WEST HOLLYWOOD, CA 90069

Phone: 310-435-5847

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TODD MICHAEL SCHULTZ

Plaintiff

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

Defendant(s).

CASE NUMBER:

2:23-CV-03452-JAK-MRWx

To be supplied by the Clerk of
The United States District Court

DECLARATION TO SHOW WHY PLAINTIFF SHOULD NOT PAY SANCTIONS TO THE DEFENSE OR COURT

    PLAINTIFF, TODD MICHAEL SCHULTZ, understood the RFA's as not being overseen by the courts until the "discovery". He construed there to be nuance in this matter. He believed that Judge Wilner's striking of the document was merely reflecting that "inter-party discovery" did not constitute "discovery." It was and is a legal theory. Plaintiff does not believe there has been cooperation but does not know how to iterate it properly to the court. Plaintiff believed that filing the OBJECTIONS to the RFA would demonstrate a lack of cooperating.

    Plaintiff asks the court for mercy and understand that he believed that the RFA would not be "discovery" until it was lodged under Judge Wilner. This very well may have been a midjudgment and Plaintiff is apologetic and still not very clear on the differences between discovery, exhibits and the like. .

1
DECLARATION TO AVOID SANCTIONS

1  Plaintiff in Pro Per, takes responsibility and asks the court for mercy for
2  failing to adhere to the rules that he should have known and implemented
3
4  with more of a beginner's mind. Plaintiff did not see Docket # 36 as a motion.
5  Plaintiff believed it was superflous, not denied. A mistake to file at that time
6  as discovery had not begun. However, the definition and scope of discovery
7
8  seems to be debated online and I firmly believed that inter-party communications
9  did not constitute discovery after doing potentially bad research.
10  Plaintiff assumes responsibility and will abide the courts
11  decision. Plaintiff apologizes thoroughly for any harm caused to the court or
12
13  opposing counsel through his actions. He was merely caught up in a
14  difficult and complicated process that he is sworn to learn and uphold if he
15  decides to use it. He also swears under penalty of perjury that all stated
16  here is true.                                              Signed by:
17
18  Dated August 21.2023                                       Todd Michael Schultz
19
20  **Mr. Thompson and Mr. Holmes' counsel**                   (Plaintiff)
    **Mark D. Hurwitz**
21
22       Levy, Small & Lallas
         815 Moraga Drive
23       Los Angeles, California  90049
         Tel: 310-471-3000  Fax: 310-471-7990
24       Email:  MHurwitz@lsl-la.com
25  **counsel for Google LLC and YouTube LLC**
26
         1900 Avenue of the Stars, Suite 2800 | Los
27  **Conor Tucker (he/him) |**
         Wilson Sonsini Goodrich & Rosati
28       Angeles, CA 90067 | direct: (424) 446-6925 |
         ctucker@wsgr.com