# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>    Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE EX PARTE APPLICATION FOR JUDICIAL REVIEW (DKT. 73)** |

1

Based on a review of the Ex Parte Application for Judicial Review (the "Application" (Dkt. 73)), insufficient good cause has been shown for the requested relief. Therefore, the Application is **DENIED**.

Plaintiff requests that the Court to review an audio file, which he has designated as a "deposition" taken by Plaintiff. Review of the audio file would be inappropriate for two reasons. *First*, Plaintiff was not given leave to take this "deposition" without requesting permission from the Court. When a "party seeks to take [a] deposition before the time specified in Rule 26(d)," that party "must obtain leave of court," absent certain exceptions not applicable here. Fed. R. Civ. P. 30(a)(2)(iii). Nor would leave to take the deposition have been granted had Plaintiff requested it. As previously stated, it is not appropriate for discovery to begin until the Motions to Dismiss are resolved and deadlines for discovery are set. *See* Dkt. 44.

*Second*, it appears that Plaintiff has not complied with any of the requirements necessary to take a deposition under Fed. R. Civ. P. 30(b), including providing the other parties with advance notice of the deposition, providing the Defendants with the opportunity to be present at the deposition and the opportunity to question the witness, and taking the deposition before an officer appointed or designated under Fed. R. Civ. P. 28.

This is one of several filings in which Plaintiff has sought to take discovery in an improper manner. Plaintiff shall not to continue to make filings of this nature in this action. As noted, any discoery process will be begin later in the proceedings. If Plaintiff does not comply with this Order, it may result in the issuance of an Order to Show Cause as to why sanctions should not be imposed on Plaintiff.

2

**IT IS SO ORDERED.**

Dated: August 24, 2023

_____

John A. Kronstadt

United States District Judge

3