# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ, | No. 2:23-cv-03452-JAK (MRWx) |
| Plaintiff, | **ORDER RE REQUEST TO FILE DEPOSITION AUDIO UNDER SEAL (DKT. 71)** |
| v. | |
| MICHAEL C. THOMPSON, et al., | |
| Defendants. | |

1

Based on a review of the Request to File Deposition Audio Under Seal (the "Request" (Dkt. 71)), insufficient good cause has been shown for the requested relief. Therefore, the Request is **DENIED**. The Request will remain on the docket, and shall not be sealed.

**IT IS SO ORDERED.**

Dated: August 24, 2023  _____

John A. Kronstadt

United States District Judge

2