UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV23-03452 JAK (MRWx) | Date | September 11, 2023 |
| Title | Todd Michael Schultz v. Michael Christopher Thompson, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | April Lassiter-Benson |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Todd Michael Schultz (video) | Mark Hurwitz<br>Conor Tucker |

**Proceedings:** **DEFENDANT YOUTUBE LLC'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT (DKT. 50)**

**DEFENDANTS MICHAEL C. THOMPSON AND GREGORY HOLMES MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT (DKT. 53)**

The motion hearing is held. Plaintiff appears via zoom. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Defendant's YouTube LLC's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. 50) and Defendants Michael C. Thompson and Gregory Holmes Motion to Dismiss for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, and Failure to State a Claim Upon Which Relief Can be Granted or, in the Alternative, for More Definite Statement (Dkt. 53) (together, the "Motions"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 22 |
|---|---|---|
| Initials of Preparer | TJ | |