| Seller Message | Created (UTC) | Amount | Amount Refunded | Currency | Converted Amount | Converted Amount Refunded |
|---|---|---|---|---|---|---|
| Payment complete. | 2021-08-16 17:11:41 | 150.00 | 0.00 | usd | 150.00 | 0.00 |
| Payment complete. | 2021-08-16 14:38:32 | 365.25 | 0.00 | usd | 365.25 | 0.00 |
| Payment complete. | 2021-08-16 12:42:53 | 121.50 | 0.00 | usd | 121.50 | 0.00 |
| Payment complete. | 2021-08-15 20:54:47 | 121.50 | 0.00 | usd | 121.50 | 0.00 |
| Payment complete. | 2021-08-15 20:44:41 | 121.50 | 0.00 | usd | 121.50 | 0.00 |
| Payment complete. | 2021-08-15 20:38:00 | 122.35 | 0.00 | usd | 122.35 | 0.00 |
| Payment complete. | 2021-08-15 20:37:56 | 122.50 | 0.00 | usd | 122.50 | 0.00 |
| Payment complete. | 2021-08-15 20:34:07 | 119.50 | 0.00 | usd | 119.50 | 0.00 |
| Payment complete. | 2021-08-07 20:03:41 | 650.00 | 0.00 | usd | 650.00 | 0.00 |
| Payment complete. | 2021-05-26 23:01:44 | 42.00 | 0.00 | usd | 42.00 | 0.00 |
| Payment complete. | 2021-05-25 05:54:26 | 593.90 | 0.00 | usd | 593.90 | 0.00 |
| Payment complete. | 2021-05-24 02:56:20 | 161.42 | 0.00 | usd | 161.42 | 0.00 |
| Payment complete. | 2021-05-23 23:14:55 | 337.25 | 0.00 | usd | 337.25 | 0.00 |
| Payment complete. | 2021-05-13 22:08:44 | 334.25 | 0.00 | usd | 334.25 | 0.00 |
| Payment complete. | 2021-05-12 12:44:45 | 316.50 | 0.00 | usd | 316.50 | 0.00 |
| Payment complete. | 2021-05-12 02:13:17 | 318.00 | 0.00 | usd | 318.00 | 0.00 |
| Payment complete. | 2021-05-11 00:23:30 | 222.69 | 0.00 | usd | 222.69 | 0.00 |
| Payment complete. | 2021-05-09 20:41:46 | 106.00 | 0.00 | usd | 106.00 | 0.00 |
| Payment complete. | 2021-05-08 00:28:13 | 50.00 | 0.00 | usd | 50.00 | 0.00 |
| Payment complete. | 2021-05-07 04:33:41 | 223.95 | 0.00 | usd | 223.95 | 0.00 |
| Payment complete. | 2021-05-07 03:51:45 | 302.10 | 0.00 | usd | 302.10 | 0.00 |
| Payment complete. | 2021-05-06 21:31:04 | 224.64 | 0.00 | usd | 224.64 | 0.00 |
| Payment complete. | 2021-05-05 17:06:37 | 47.00 | 0.00 | usd | 47.00 | 0.00 |
| Payment complete. | 2021-05-05 14:44:04 | 225.00 | 0.00 | usd | 225.00 | 0.00 |
| Payment complete. | 2021-05-05 00:54:54 | 212.00 | 0.00 | usd | 212.00 | 0.00 |
| Payment complete. | 2021-05-04 22:08:52 | 303.88 | 0.00 | usd | 303.88 | 0.00 |
| Payment complete. | 2021-05-04 20:09:49 | 104.00 | 0.00 | usd | 104.00 | 0.00 |
| Payment complete. | 2021-05-04 19:23:31 | 296.40 | 0.00 | usd | 296.40 | 0.00 |
| Payment complete. | 2021-05-04 16:07:14 | 265.63 | 0.00 | usd | 265.63 | 0.00 |
| Payment complete. | 2021-05-04 15:26:01 | 31.20 | 0.00 | usd | 31.20 | 0.00 |
| Payment complete. | 2021-05-04 04:45:40 | 26.56 | 0.00 | usd | 26.56 | 0.00 |
| Payment complete. | 2021-05-02 23:38:56 | 185.50 | 0.00 | usd | 185.50 | 0.00 |
| Payment complete. | 2021-05-02 23:18:50 | 265.00 | 0.00 | usd | 265.00 | 0.00 |
| Payment complete. | 2021-04-29 14:47:27 | 26.56 | 0.00 | usd | 26.56 | 0.00 |
| Payment complete. | 2021-04-28 21:39:26 | 302.10 | 0.00 | usd | 302.10 | 0.00 |
| Payment complete. | 2021-04-21 04:08:39 | 47.98 | 0.00 | usd | 47.98 | 0.00 |
| Payment complete. | 2021-04-18 19:52:46 | 42.31 | 0.00 | usd | 42.31 | 0.00 |
| Payment complete. | 2021-04-18 15:57:24 | 281.13 | 0.00 | usd | 281.13 | 0.00 |
| Payment complete. | 2021-04-15 03:49:30 | 203.19 | 0.00 | usd | 203.19 | 0.00 |
| Payment complete. | 2021-04-14 21:42:09 | 38.02 | 0.00 | usd | 38.02 | 0.00 |
| Payment complete. | 2021-04-13 13:46:27 | 41.58 | 0.00 | usd | 41.58 | 0.00 |
| Payment complete. | 2021-04-12 13:48:18 | 42.16 | 0.00 | usd | 42.16 | 0.00 |
| Payment complete. | 2021-04-12 00:09:47 | 42.31 | 0.00 | usd | 42.31 | 0.00 |
| Payment complete. | 2021-04-11 07:21:44 | 100.00 | 30.00 | usd | 100.00 | 30.00 |
| Payment complete. | 2021-04-09 23:54:10 | 75.00 | 30.00 | usd | 75.00 | 30.00 |
| Payment complete. | 2021-04-09 23:37:33 | 42.31 | 0.00 | usd | 42.31 | 0.00 |
| Payment complete. | 2021-04-09 23:34:29 | 38.29 | 0.00 | usd | 38.29 | 0.00 |
| Payment complete. | 2021-04-09 23:33:19 | 258.60 | 0.00 | usd | 258.60 | 0.00 |
| Payment complete. | 2021-04-09 23:16:12 | 41.58 | 0.00 | usd | 41.58 | 0.00 |
| Payment complete. | 2021-04-09 23:14:47 | 42.13 | 0.00 | usd | 42.13 | 0.00 |
| Payment complete. | 2021-04-09 02:49:44 | 275.50 | 0.00 | usd | 275.50 | 0.00 |
| Payment complete. | 2021-04-08 11:47:50 | 275.50 | 0.00 | usd | 275.50 | 0.00 |
| Payment complete. | 2021-04-04 17:11:57 | 275.50 | 0.00 | usd | 275.50 | 0.00 |
| Payment complete. | 2021-04-04 15:28:46 | 318.60 | 0.00 | usd | 318.60 | 0.00 |
| Payment complete. | 2021-04-03 17:24:19 | 321.16 | 0.00 | usd | 321.16 | 0.00 |
| Payment complete. | 2021-04-01 04:10:48 | 275.00 | 0.00 | usd | 275.00 | 0.00 |
| Payment complete. | 2021-04-01 03:01:03 | 1195.50 | 0.00 | usd | 1195.50 | 0.00 |

EXHIBIT - C

REDACTED BEEBOOKS PAYMENTS from 2021

# EXHIBIT - A

# YOUTUBE REPORT LOG

| Type | Title | Channel | Requestسent | Request status | Find matches | Automatically preven... |
|---|---|---|---|---|---|---|
| 📄 | Video made private<br>Contains: My Livestreaming Content 100 percent. | — | Jul 28, 2023 | 🔴 Info needed<br>See email | — | — |
| 📄 | Video made private<br>Contains: Old Livestream Republished By Thompson | — | Jul 28, 2023 | 🔴 Info needed<br>See email | — | — |
| 📄 | Video made private<br>Contains: Clips from livestreams by Todd Michael... | — | Jul 28, 2023 | 🔴 Info needed<br>See email | — | — |
| 📄 | Video removed<br>Contains: At This Old Hotel | — | Jul 28, 2023 | 🔴 Info needed<br>See email | — | — |
| 📄 | Video made private<br>Contains: Livestreams from Todd Michael Schultz that he... | — | Jul 28, 2023 | 🔴 Info needed<br>See email | — | — |
| 📄 | The METHCLOWN DIA...<br>Contains: At This Old Hotel | DOC SAVAGE<br>520 subscribers | Jul 27, 2023 | 🟢 Resolved<br>Video removed | Active | Active<br>No copies found |
| 📄 | "The METHCLOWN DI...<br>Contains: At This Old Hotel | Very Litigious ...<br>244 subscribers | Jul 27, 2023 | 🟢 Resolved<br>Video removed | Active | Active<br>No copies found |
| 📄 | "The METHCLOWN DI...<br>Contains: At This Old Hotel | Very Litigious ...<br>244 subscribers | Jul 27, 2023 | 🟢 Resolved<br>Video removed | Active | Active<br>No copies found |
| 📄 | The METHCLOWN DIA...<br>Contains: The METHCLOWN DIARY - PART 10 - THE LAST... | DOC SAVAGE<br>520 subscribers | Jul 27, 2023 | 🟢 Resolved<br>Video removed | Active | Active<br>No copies found |
| 📄 | "The METHCLOWN DI...<br>Contains: At This Old Hotel | Very Litigious ...<br>244 subscribers | Jul 27, 2023 | 🟢 Resolved<br>Video removed | Active | Active<br>No copies found |

Looking for a copyright claim somebody made on *your* video? Check the video list.

Rows per page: 10    1–10 of 11

EXHIBIT- B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**PA 2-421-779**

Effective Date of Registration:
July 13, 2023
Registration Decision Date:
July 25, 2023

## Title

| | |
|---|---|
| Title of Work: | This Old Hotel |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | May 01, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Todd Michael Schultz |
| Author Created: | entire motion picture |
| Work made for hire: | No |
| Domiciled in: | United States |
| Year Born: | 1986 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Todd Michael Schultz |
| | 818 N Doheny Dr. #1108, West Hollywood, CA, 90069, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Todd Michael Schultz |
| Email: | toddschultz86@gmail.com |
| Telephone: | (310)435-5847 |
| Alt. Telephone: | (310)435-5847 |
| Address: | 818 N Doheny Dr. #1108 |
| | West Hollywood, CA 90069 United States |

## Certification

Page 1 of 2