1  Name:   TODD   MICHAEL   SCHULTZ

2  Address: 818 N DOHENY DR. #1108

3  WEST HOLLYWOOD, CA 90069

4  Phone: 310-435-5847

5  In Pro Per

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                                              | CASE NUMBER:

11  TODD MICHAEL SCHULTZ                         |     2:23-CV-03452-JAK-MRWx

12                                   Plaintiff   | To be supplied by the Clerk of

13                                               | The United States District Court

14  MICHAEL C. THOMPSON

15  GREGORY R. HOLMES                            | **MOTION TO REMAND CASE TO**
                                                 | **STATE COURT AT STANLEY**
16  YOUTUBE LLC                                  | **MOSK COURTHOUSE**

17

18                                 Defendant(s).

19

20       Please take notice that Plaintiff, Todd Michael Schultz, in Pro Per, requests that this

21  court, which has provided a 30 day stay as a time period to have the current action, which has

22  been deemed outside the subject-matter jurisdiction of the District Court of Los Angeles. In

23  order to maintain the expedience of the process, Plaintiff requests that the case, currently,

24  dismissed without prejudice for lack of subject-matter jurisdiction - but a 30 day Stay is provided

25  for the action requested in this motion.

26       Plaintiff asks that the case be placed at the Stanley Mosk Courthouse, which is the most

27  convenient and appropriate courthouse for the Plaintiff to be engaged at. Furthermore, it must be

28  determined if a "long arm statute" will apply, or any other instance where a general jurisdiction

can be held over the defendants both in order to determine 230 immunity for YouTube, and

whatever argument Thompson and Holmes decide to put forth when jurisdiction is no longer an issue. Plaintiff plans to provide the judge's analysis, the 4AC, but is willing to clarify per the needs of the defendant Thompson and Holmes' representation. The consistent threats and vastly inappropriate behavior from Thompson and Holmes is unlikely to find immunity and there is a likelihood that a due process of this matter is vastly important to the conditions existing on one of the most popular platforms on the planet, one that we trust to provide a neutral or truthful or both experience from, but has proven that following their own terms of service should be viewed as a courtesy, and not a legal obligation they have instigated and promised by virtue of the words in it's ToS and Policy Enforcement, etc.

There has been very little substantive contact between counsel, and it seems the two hired counsel understand ignoring my emails and inquiries as a strategically smart, given the odds that a pro se litigant is going to properly find fault with their litigation privilieged behavior. However, Plaintiff feels strongly that all defendants will be found liable for the matter described in 4AC. Plaintiff requests this motion be granted per Judge Kronstadt's filing dismissing without prejudice and providing a 30 day Stay in order to do so.

Dated: Wednesday June 28, 2023

Signed by:

Todd Michael Schultz

(Plaintiff)