UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL C. THOMPSON, et al.,<br><br>         Defendants. | No. 2:23-cv-03452-JAK (MRWx)<br><br>**ORDER RE MOTION TO REMAND CASE TO STATE COURT AT STANLEY MOSK COURTHOUSE (DKT. 95)** |

1

Based on a review of the Motion to Remand Case to State Court at Stanley Mosk Courthouse (the "Motion" (Dkt. 95)), Plaintff's request that this action be remanded to the Los Angeles Superior Court ("LASC") at its Stanley Mosk Courthose, is **DENIED** because it was not originally filed in a California Superior Court. Plaintiff must re-file the action in the LASC in accordance with the procedures and rules of that Court, including as to the appropriate courthouse in which it may be filed.

**IT IS SO ORDERED.**

Dated:  October 11, 2023    _____

John A. Kronstadt

United States District Judge